UNITED STATE DISTRICT COURT
DISTRICT OF DELAWARE

ANIBAL MELENDEZ )
  plaintiff )
 )
 )
V )  Civ. No. 04-193-SLR
 )
Thomas Carroll et al )
  defendant )

FILED
MAR - 4 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MOTION FOR LEAVE TO FILE
AN AMENDED COMPLAINT

Plaintiff Anibal Melendez, pursuant to Rules 15(a) and 4(a) Fed.R.Civ.P., requests leave to file and amended complaint adding a party.

1. The plaintiff in his original complaint named Lt. Stain defendant and Betty Bryan defendant.

2. Since the filing of the complaint the plaintiff has determined that the name of Lt. Stain defendant is Lt. Stanton paragraphs 27, 28, 29 and 36 of the allegation, and paragraphs D2 and E2 of the allegations, and paragraphs D2 of the relief requested, are amended to reflect the identity and the actions of officer Stanton and defendant Bryant, defendant Nurse Bryant same paragraph and relief requested from above.

3. This Court should grant leave freely to amend a complaint Foman V. Davis. 371 US. 178, 182, 83 SCt 227 (1962)

Respectfully submitted

UNITED STATE DISTRICT COURT
DISTRICT OF DELAWARE

Anibal Melendez
   Plaintiff

v.

Thomas Carroll, Meguigan,
Allen, Mardells, Brian, internal
affairs, Lt Stanton, Merson,
Balanger, Sager
   defendants

Civ. No - 04 - 193 - SLR

AMENDED COMPLAINT

JURY TRIAL DEMANDED

27. Shortly after this incident plaintiff informed Defendant Bryant and requested her for medical attention Defendant Bryant said "I dont believe you Im going to inform Lt. Stanton" and then left

28. Defendant Stanton came to the unit plaintiff show defendant Stanton of the injuries and bruises, he said ok and then left.

29. Defendant Stanton or Bryant never came back to reminate plaintiff or treat plaintiff injuries

36. The failure of defendant, Stanton and Bryant of medical attention, constituted deliberate indifference to the plaintiff serious medical needs in violation of the eighth amended of the United State constitution.

Wherefore, plaintiff requests that the court grant the following relief:

J. Award compensatory damages in the following amounts:

1. $50,000 jointly and severally against defendants Bryan and Stanton of the physical and emotional injury resulting from the failure to provide adequate medical care for the plaintiff

E. Award punitive damages in the following amount

1. 20,000 each against defendant Bryant and Stanton

E. Grant such other relief as it may appear that plaintiff is intitled

Date: 1/13/05

Respectfully submitted
Anibal Melendez
D.C.C. Smyrna De 19977

Alternative version of Damage demand:

J. Award compensatory damage jointly and severally against

1. Defendant Bryant and Stanton for the physical and emot injury resulting from failure to provide adequate medical care to the plaintiff

# CERTIFICATE OF SERVICE

I Anibal Melendez hereby had render a copy of Motions for Leave to file out amended complaint by hand delivery on this 17 day of February of 2005 to the party below

Peter T. Dalleo
844 N King St
Wilmington De 15801

Eileen Kelly
820 N French St
Wilmington De 19801

Date: 11/28/05

*(signature)*
D.C.C.
Smyrna De 19977