OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 8, 2005

TO:   Anibal Melendez
      SBI# 337929
      Delaware Correctional Center

RE:  *Return of Documents due to Lack of Proof of Service on all
     Local Counsel of Record* - CA 04-193 SLR

     Document Title: Discovery Documents

Dear Mr. Melendez:

     Documents have been presented for filing in the above noted
case which do not conform to one or more of the following:  Federal
Rules of Civil Procedure 5; District of Delaware Local Rules of
Civil Practice and Procedure 5.2.(a) & 5.3.

     In order for your documents to be acceptable for filing, they
**must be served by you, upon all local counsel of record**, and this
must be indicated on an Affidavit or Certificate of Service.

     A copy of the current local counsel attorney listing (with
addresses) for this case is attached for your convenience.

     Your corrected filing, (original and one copy) to include a
certificate of service,  should be sent to this office for
processing.

                         Sincerely,

                         PETER T. DALLEO
/jp                      CLERK

Enclosure

cc:  The Honorable Sue L. Robinson; CA 04-193 SLR