OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 17, 2005

TO: Anibal Melendez
SBI #337929
DCC

RE: "Plaintiff's Interrogatories and Request for Production of Documents"; CA 04-193 SLR

Dear Mr. Melendez:

The Clerk's Office is in receipt of the above referenced papers (enclosed and returned herewith). Please be advised that it is unclear how you wish these papers to be treated. The Court has previously returned these papers to you do to lack of proof of service upon local counsel. A copy of this rejection letter, DI 40, is attached.

Please clarify your intentions for filing these papers in U.S. District Court and return for filing if necessary. Be advised, pursuant to Federal Rule of Civil Procedure 5 and District of Delaware Local Rule 5.2(a) and 5.3, these papers must be served by you upon all local counsel of record. This service must be indicated on an Affidavit or Certificate of Service. A copy of the current local counsel attorney listing (with addresses) for this case is attached for your convenience.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/btg

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson; CA 04-193 SLR

United State District Court
District of Delaware

Anibal Melendez

v.                                C.A. No. 04-193-SLR

Thomas L Carroll et al



Plaintiff's Interrogatories and request for production of documents

Pursuant to Rules 33 and 34, Fed. R. Civ. P., the plaintiff submits the following interrogatories and requests for documents to the defendant. You are directed to answer each of the interrogatories in writing under oath, and produce each of the requested document for inspection and copying, within 30 day of service.

1. State the Duties of defendant Bryant, Medical administrator at Delaware Correctional Center ("Smyrna"). If those duties are set forth in any job description or other document, produce the document.

2. State the duties of defendant Larry McGuigan, Deputy warden for administration at Smyrna. If these duties are set forth in any job description or other document, produce the document

3. State the names, titles, and duties of all staff member at Smyrna other than defendant Nurse Bryant who have responsibility for ensuring the inmates' requests for medical attention are responded to. If those duties are set forth in any job description or other document, produce the document.

4. State the procedure in effect during ~~February~~ December, 2003 at Smyrna for conducting sick call, including the procedure by which inmates sign up for or request sick call. If the procedure is different for segregation inmates than for general population inmates, state both procedures. If those procedures are set forth in any policy, directive, or other document, produce the document.

5. State the names, titles, and duties of all staff members at Smyrna who have responsibility to investigate or deciding inmate grievances. If those duties are set forth in any job description, policy directive or other document, produce the document.

6. State the procedure in effect during ~~February~~ December, 2003 at Smyrna for responding to, investigating, and deciding inmate grievances. If the procedure for handling grievances based on medical complaints is different from the procedure for handling other kinds of grievances, state both procedures. If those procedures are set forth in any directive, manual, or other kind document, produce the document.

Date: 1/19/05

[signature]

COPY

OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 8, 2005

TO: Anibal Melendez
SBI# 337929
Delaware Correctional Center

RE: **Return of Documents due to Lack of Proof of Service on all Local Counsel of Record** - CA 04-193 SLR

Document Title: Discovery Documents

Dear Mr. Melendez:

Documents have been presented for filing in the above noted case which do not conform to one or more of the following: Federal Rules of Civil Procedure 5; District of Delaware Local Rules of Civil Practice and Procedure 5.2.(a) & 5.3.

In order for your documents to be acceptable for filing, they **must be served by you, upon all local counsel of record**, and this must be indicated on an Affidavit or Certificate of Service.

A copy of the current local counsel attorney listing (with addresses) for this case is attached for your convenience.

Your corrected filing, (original and one copy) to include a certificate of service, should be sent to this office for processing.

Sincerely,

PETER T. DALLEO
/jp        CLERK

Enclosure

cc: The Honorable Sue L. Robinson; CA 04-193 SLR

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:04-cv-00193-SLR
### Internal Use Only

Melendez v. Carroll, et al
Assigned to: Honorable Sue L. Robinson
Demand: $0
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 03/30/2004
Jury Demand: Both
Nature of Suit: 555 Prisoner: Prison Conditions
Jurisdiction: Federal Question

**Plaintiff**

**Anibal Melendez**                represented by **Anibal Melendez**
SBI# 337929
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977
PRO SE

V.

**Defendant**

**Warden Carroll**                 represented by **Eileen Kelly**
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Email: eileen-kelly@comcast.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Larry Meguigan**                 represented by **Eileen Kelly**
*also known as*                    (See above for address)
Meguigan                           *LEAD ATTORNEY*
                                   *ATTORNEY TO BE NOTICED*

**Defendant**

**Betty Brian**
*also known as*
Nurse Betty

**Defendant**

**Lt. Stain**

**Defendant**

**Cpt. Merson**                    represented by **Eileen Kelly**
*also known as*                    (See above for address)