March 11, 2005

Mr. Peter T. Dalleo
844 N King St.
Wilmington Del 19801



Dear Mr. Dalleo

I am very sorry for the inconvenient, However I am sending this document to all counsel of record
It has been time that they had CD's sent me they [sent] some document back to me 3 weeks later for some any reason, I do not understand what is the problem, but I am having problem sending this document to the court

please do not hold me responsible for D.C.C. problems, I will send you this documents back and I did sent the same documents to D.A along with this documents the last time, I do not know if Mrs Kelly had received them but if she did not please do not send me this document back to me, send me a letter, and I will send her the document again for the 3rd time

very truly yours

[signature]

UNITE STATE DISTRICT COURT
DISTRICT OF DELAWARE

Anibal Melendez

v.                              C.A. NO. 04-193-SLR

Thomas L Carroll et al



Plaintiff's Interrogatories and request for production of Documents

Pursuant to Rules 33 and 34, Fed. R. Civ. P., the plaintiff submits the following interrogatories and requests for documents to the defendant, you are directed to answer each of the interrogatories in writing under oath, and produce each of the requested document for inspection and copying, within 30 days of service.

1. State the Duties of defendant Bryant, Medical administrator at Delaware Correctional Center ("Smyrna"). If those duties are set forth in any Job description or other document, produce the document.

2. State the duties of defendant Larry McGuigan, Deputy Warden for administration at smyrna. If those duties are set forth in any Job description or other document, produce the document

3. State the names, titles, and duties of all staff member at smyrna other than defendant Nurse Bryant who had responsibility for ensuring the inmates's requests for medical attention are responded to. If those duties are set forth in any job description or other document, produce the document.

4. State the procedure in effect during December, 2003 at Smyrna for conducting sick call, including the procedure by which inmates sign up for or request sick call. If the procedure is different for segregation inmates than for general population inmates, state both procedure. If those procedures are set forth in any policy, directive, or other documents, produce the document.

5. State the names, titles, and duties of all staff member at smyrna who have responsibility to, investigate or deciding inmate grievance. If those duties are set forth in any job descriptions, policy, directive ont other document, produce the document.

6. State the procedure in effect during December, 2003 at smyrna for responding to, investigating and deciding inmate grievance. If the procedure for handling grievance base on medical complaints is different from the procedure for handling other kinds of grievance, state both procedure. If those procedure are set forth in any directive, manual or other kind document, produce the document.

Date: 1/29/05

# CERTIFICATE OF SERVICE

I Anibal Melendez hereby had render a copy of Motion for requste production of documents on this 28th day of February 2005 by hand 1st class delivery Mail to the party below

Peter T. Dalleo
844 King St
Wilm De 19801

Date: 3/6/05

[signature]
D.C.C.
Smyrna De 19977