IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANIBAL MELENDEZ, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Civ. No. 04-193-SLR ) |
| WARDEN CARROLL, LARRY MCGUIGAN[1], BETTY BRIAN, LT. STAIN, CPT. MERSON, CPT. SUGER, NATE GARDELLS, CPT. BELANGER, INTERNAL AFFAIRS, and MICHAEL ALLEN, | ) ) ) ) ) ) ) |
|     Defendants. | ) |

**O R D E R**

At Wilmington this 29th day of March, 2005, pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(c);

IT IS ORDERED that:

1. **Discovery**. All discovery in this case shall be initiated so that it will be completed on or before **July 29, 2005.**

2. **Application by Motion**. Any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, the parties shall **not** deliver copies of papers or correspondence to Chambers.

3. **Summary Judgment Motions**. All summary judgment motions

---

[1] By their answer, D.I. 36, State Defendant Larry McGuigan's name has been changed to reflect the correct spelling of his last name.

and an opening brief and affidavits, if any, in support of the motion, shall be served and filed on or before **August 29, 2005.** Answering briefs and affidavits, if any, shall be filed on or before **September 29, 2005.** Reply briefs shall be filed on or before **October 13, 2005.**

                                                                                                 _____
                                                        United States District Judge