IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ANIBAL MELENDEZ, )
 )
      Plaintiff, )
 )
  v. ) Civ. No. 04-193-SLR
 )
WARDEN CARROLL, LARRY )
MCGUIGAN, NURSE BRYANT, LT. )
STANTON, CPT. MERSON, CPT. )
SUGER, NATE GARDELLS, CPT. )
BELANGER, INTERNAL AFFAIRS, )
and MICHAEL ALLEN, )
 )
      Defendants. )

**O R D E R**

At Wilmington this 8th day of April, 2005 having reviewed plaintiff's motion for leave to file an amended complaint;

IT IS ORDERED that said motion (D.I. 39) is granted.

IT IS FURTHER ORDERED that:

1. Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), plaintiff shall submit to the court **within thirty (30) days** an **original** United States Marshal-285 form for each of the defendants, Lt. Stanton and Nurse Bryant, whose name spellings have been corrected through plaintiff's second amended complaint filed as of the date of this order. Failure to submit this form may provide grounds for dismissal of these defendants from this action pursuant to Fed. R. Civ. P. 4(m).

2. Upon receipt of the completed United States Marshal-

285 forms, the United States Marshal shall serve a copy of the signed complaint, the first and second amended complaints, the court orders of April 19, 2004, May 5, 2004, June 22, 2004, and January 14, 2005, and this order upon defendants as directed by plaintiff. All costs of service shall be advanced by the United States.

_____
United States District Judge