UNITED STATE DISTRICT COURT
DISTRICT OF DELAWARE

Anibal Melendez
                Plaintiff

V.

Thomas Carroll, Meguigan,
Allen, Mardells, Brian, internal
affairs, Lt Stanton, Merson,
Balenger, Sager
                defendants

CIV NO-04-193-SLR

AMENDED COMPLAINT

JURY TRIAL DEMANDED

27. Shortly after this incident plaintiff informed Defendant Bryant and requested her for medical attention Defendant Bryant said "I don't believe you I'm going to inform Lt. Stanton" and then left

28 Defendant Stanton came to the unit plaintiff show defendant Stanton of the injuries and brucies, he said ok and then left.

29. Defendant Stanton or Bryant never came back to reminate plaintiff or treat plaintiff injuries

36. The failure of defendant Stanton and Bryant of medical attention, constituted deliberate indifference to the plaintiff serious medical needs in violation of the eighth amended of the United State Constitution.

Wherefore, plaintiff requests that the court grant the following relief:

J. Award compensatory damages in the following amounts:

1. $50,000 jointly and severally against defendants Bryant and Stanton of the physical and emotional injury resulting from the failure to provide adequate medical care for the plaintiff

E. Award punitive damages in the following amount

1. 20,000 each against defendant Bryant and Stanton

E. Grant such other relief as it may appear that plaintiff is entitled

Date: 1/13/05

Respectfully submitted
Ambal Mehler
D.C.C. Smyrna De 19977

Alternative version of Damage demand:

J. Award compensatory damage jointly and severally against

1. Defendant Bryant and Stanton for the physical and emotional injury resulting from failure to provide adequate medical care to the plaintiff

## CERTIFICATE OF SERVICE

I, Anibal Melendez hereby had render a copy of Motions for Leave to file and amended complaint in hand delivery on this 17 day of February of 2005 to the party below

Peter T. Dalleo
844 N King St
Wilmington De 15801

Eileen Kelly
820 N French St
Wilmington De 19801

Date: 11/28/05

_(signature)_
D.C.C.
Smyrna De 19977