IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANIBAL MELENDEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 04-193-SLR |
| ) | |
| WARDEN CARROLL, LARRY ) | |
| MCGUIGAN, NURSE BRYANT, LT. ) | |
| STANTON, CPT MERSON, CPT. SAGAR, ) | |
| NATE GARDELS, CPT. BELANGER, ) | |
| MICHAEL ALLEN, and INTERNAL ) | |
| AFFAIRS, ) | |
| ) | |
| Defendants. ) | |

**STATE DEFENDANTS' ANSWER TO AMENDED COMPLAINT**

COME NOW the State Defendants Warden Thomas Carroll, Deputy Warden Larry McGuigan, Corporal Lise Merson, Captain Clyde Sagers, Officer James Gardels, Captain Joseph Belanger, Internal Affairs, and Officer Michael Allen, by and through the undersigned counsel, and hereby answer the Complaint as follows:

27.   Answering Defendants are without sufficient information to admit or deny the allegations set forth in this paragraph.

28.   Answering Defendants are without sufficient information to admit or deny the allegations set forth in this paragraph.

29.   Answering Defendants are without sufficient information to admit or deny the allegations set forth in this paragraph.

30.   Answering Defendants are without sufficient information to admit or deny the allegations set forth in this paragraph.

**RELIEF**

1. It is specifically denied that Plaintiff is entitled to compensatory damages or punitive damages.

2. It is specifically denied that plaintiff is entitled to injunctive or any other relief.

**AFFIRMATIVE DEFENSES**

3. Plaintiff has failed to state a claim upon which relief can be granted.

4. Plaintiff has failed to exhaust his administrative remedies.

5. Answering Defendants are immune from liability under the Eleventh Amendment.

6. Answering Defendants are entitled to qualified immunity.

*7.* As to any claims under state law, Answering Defendants are entitled to immunity under the State Tort Claims Act, 10 *Del. C.* § 4001 *et seq.*

8. As to any claims under state law, Answering Defendants are entitled to sovereign immunity in their official capacities.

9. Answering Defendants cannot be held liable in the absence of personal involvement for the alleged constitutional deprivations.

10. To the extent that Plaintiff seeks to hold Answering Defendants liable based on supervisory responsibilities, the doctrine of *respondeat superior* or vicarious liability is not a basis for liability in an action under 42 *U.S.C.* § 1983.

11. Answering Defendants, in their official capacities, are not liable for alleged violations of Plaintiff's constitutional rights as they are not "persons" within the meaning of 42 *U.S.C.* § 1983.

12. Insufficiency of service of process.

13. Insufficiency of process.

14. Lack of jurisdiction over the person and subject matter.

WHEREFORE, the State Defendants respectfully request that judgment be entered in their favor and against Plaintiff as to all claims and that attorney fees be awarded to the State Defendants.

|  |  |
|---|---|
|  | STATE OF DELAWARE<br>DEPARTMENT OF JUSTICE |
|  | /s/ Eileen Kelly<br>Eileen Kelly<br>Deputy Attorney General<br>Carvel State Office Building<br>820 N. French Street, 6th Floor<br>Wilmington, Delaware 19801<br>(302) 577-8400<br>eileen.kelly@state.de.us |
| Date: May 20, 2005 | Attorney for State Defendants |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2005, I electronically filed *State Defendants' Answer to the Amended Complaint* with the Clerk of Court using CM/ECF. I hereby certify that on May 20, 2005, I have mailed by United States Postal Service, the document to the following non-registered participant: Anibal Melendez.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us