IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANIBAL MELENDEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-193-SLR |
| | ) |
| WARDEN CARROLL, LARRY MCGUIGAN, NURSE BRYANT, LT. STANTON, CPT. MERSON, CPT. SUGER, NATE GARDELLS, CPT. BELANGER, INTERNAL AFFAIRS, and MICHAEL ALLEN, | ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

O R D E R

WHEREAS, on April 8, 2005, the court granted plaintiff's motion for leave to amend his complaint to correct the name spellings of two defendants listed in his civil rights action;

WHEREAS, on April 8, 2005, the court entered an order requiring plaintiff to complete and return USM-285 forms within thirty (30) days for the two defendants listed in his amended complaint and that failure to timely provide the USM-285 forms may result in the dismissal of said defendants from this action pursuant to Fed. R. Civ. P. 4(m) (D.I. 44);

WHEREAS, to date, the required USM-285 forms for Lt. Stanton and Nurse Bryant have not been received from plaintiff;

THEREFORE, at Wilmington this ⟨2⟩ day of June, 2005, IT IS HEREBY ORDERED that defendants Lt. Stanton and Nurse Bryant are DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 4(m).

_____
United States District Judge