IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANIBAL MELENDEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 04-193-SLR |
| | ) | |
| WARDEN CARROLL, LARRY MCGUIGAN, NURSE BRYANT, LT. STANTON, CPT MERSON, CPT. SAGAR, NATE GARDELS, CPT. BELANGER, MICHAEL ALLEN, and INTERNAL AFFAIRS, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**STATE DEFENDANTS' MOTION FOR LEAVE TO DEPOSE PLAINTIFF**

COMES NOW the State Defendants Warden Thomas Carroll, Deputy Warden Larry McGuigan, Corporal Lise Merson, Captain Clyde Sagers, Officer James Gardels, Captain Joseph Belanger, Internal Affairs, and Officer Michael Allen ("State Defendants"), by and through undersigned counsel, and respectfully move this Honorable Court to enter an Order granting State Defendants' counsel the right to depose Plaintiff Anibal Melendez ("Plaintiff"), an incarcerated individual:

1. Plaintiff is an inmate incarcerated at the Delaware Correctional Center in Smyrna, Delaware.

2. Counsel for the State Defendants wishes to depose Plaintiff as part of discovery in this case.

3. The discovery deadline in this matter is July 29, 2005.

4. Fed. R. Civ. P. 30(a)(2) requires leave of the Court to depose an incarcerated

individual.

5.	A form of order is attached to this motion that grants State Defendants' counsel the right to depose Plaintiff.

WHEREFORE, State Defendants respectfully request that this Honorable Court grant their Motion for Leave to Depose Plaintiff Anibal Melendez.

                                        **STATE OF DELAWARE**
                                        **DEPARTMENT OF JUSTICE**

                                        /s/ Eileen Kelly
                                        Eileen Kelly, I.D. No. 2884
                                        Deputy Attorney General
                                        Carvel State Office Building
                                        820 North French Street, 6th fl.
                                        Wilmington, DE 19801
                                        (302) 577-8400
                                        Attorney for State Defendants

Dated: June 14, 2005

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ANIBAL MELENDEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 04-193-SLR |
| ) | |
| WARDEN CARROLL, LARRY ) | |
| MCGUIGAN, NURSE BRYANT, LT. ) | |
| STANTON, CPT MERSON, CPT. SAGAR, ) | |
| NATE GARDELS, CPT. BELANGER, ) | |
| MICHAEL ALLEN, and INTERNAL ) | |
| AFFAIRS, ) | |
| ) | |
| Defendants. ) | |

### 7.1.1 CERTIFICATE OF COUNSEL

Undersigned counsel hereby certifies, pursuant to Local Rule 7.1.1, that:

1. Plaintiff Anibal Melendez is currently incarcerated and it is not practical for undersigned counsel to communicate with him concerning State Defendants' Motion for Leave to Depose Plaintiff.

2. Therefore, undersigned counsel assumes that the Motion is opposed.

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

    /s/ Eileen Kelly
    Eileen Kelly, I.D. No. 2884
    Deputy Attorney General
    Carvel State Office Building
    820 North French Street, 6th fl.
    Wilmington, DE 19801
    (302) 577-8400
    Attorney for State Defendants

Dated: June 14, 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GERRON MAURICE LINDSEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 04-1383-SLR |
| | ) |
| LT. RISPOLI, C/O MOORE, | ) |
| C/O VICTOR GONZALEZ, | ) |
| SGT. CARPENTER, C/O MANNO, | ) |
| C/O TERRY, NURSE HOLLY, and | ) |
| NURSE BRENDA, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

This _____ day of _____, 2005,

**WHEREAS,** State Defendants having requested leave to depose Plaintiff Anibal Melendez pursuant to Fed. R. Civ. P. 30(a); and

**WHEREAS,** there being good cause shown for the granting of such motion;

**IT IS HEREBY ORDERED**, that State Defendants' Motion for Leave to Depose shall be granted and State Defendants shall have the right to depose Plaintiff Anibal Melendez.

_____
Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2005, I electronically filed *State Defendants' Motion For Leave to Depose Plaintiff* with the Clerk of Court using CM/ECF.  I hereby certify that on June 14, 2005, I have mailed by United States Postal Service, the document to the following non-registered party: Anibal Melendez.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us