# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANIBAL MELENDEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 04-193-SLR |
| | ) |
| WARDEN CARROLL, LARRY | ) |
| MCGUIGAN, NURSE BRYANT, LT. | ) |
| STANTON, CPT MERSON, CPT. SAGAR, | ) |
| NATE GARDELS, CPT. BELANGER, | ) |
| MICHAEL ALLEN, and INTERNAL | ) |
| AFFAIRS, | ) |
| | ) |
| Defendants. | ) |

### Notice of Deposition

TO:   Anibal Melendez
      S.B.I. #337929
      Delaware Correctional Center
      1181 Paddock Road
      Smyrna, DE 19977

**PLEASE TAKE NOTICE** that the oral deposition of Anibal Melendez will be taken by Eileen Kelly, Deputy Attorney General, on Thursday, July 14, 2005 at 10:00 a.m. The deposition will take place at the Delaware Correctional Center; 1181 Paddock Road; Smyrna, DE 19977, and will be transcribed by a professional reporter.

                                            **STATE OF DELAWARE**
                                            **DEPARTMENT OF JUSTICE**

                                            /s/ Eileen Kelly
                                            Deputy Attorney General
                                            Department of Justice
                                            820 N. French Street, 6th Floor
                                            Wilmington, DE 19801
                                            (302) 577-8400
DATED: June 30, 2005                        eileen.kelly@state.de.us

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2005, I electronically filed *Notice of Deposition* with the Clerk of Court using CM/ECF. I hereby certify that on June 30, 2005, I have mailed by United States Postal Service, the document to the following non-registered party: Anibal Melendez

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us