June 7, 2005

Sue L. Robinson
844 N King St
Wilmington, DE 19801

Anibal Melendez v. Thomas Carroll et al.
CA No. 04-193-SLR

Dear Mrs. Robinson,

I just received the order to dismiss with out prejudices defendant's Bryant and Stanton because I failed to timely submit USM-285 form for said defendants.

It must be a misunderstanding because I just receive the USM-285 form I sent to this Court by District Attorney Eileen Kelly indicating that she wasn't accepting services for defendant Bryant and Stanton because they have not been serve with answer of amended complaint, and here is a copy enclose.

Also it was brought to my attention by Mrs. Kelly that she hasn't been serve with my discovery request motion I served within this court.

I have apply by all federal local rules of this court, but I cannot be held responsible for the outgoing mail of this prison. If your Honorable did not received a copy, I be more than happy to send you one. I also sent a copy of reply brief in a matter Anibal Melendez v. State ID No 04-1537-SLR to this court and local counsel, copie enclose, and it was sent back to me.

I am returning serve for defendants, to correct the misunderstanding.

Date: 6/8/05

Respectfully yours,
[signature]