M. JANE BRADY
ATTORNEY GENERAL



# STATE OF DELAWARE
## DEPARTMENT OF JUSTICE

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-4698 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

PLEASE REPLY TO:

May 20, 2005

Civil Division - New Castle County
Anibal Melendez
S.B.I. #337929
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

    Re:    **Anibal Melendez v. Thomas Carroll, et al.**
            **C.A. No. 04-193-SLR**

Dear Mr. Melendez:

    I am returning to you a form, which was sent to me, from the U.S. Department of Justice concerning service of the Complaint on Nurse Bryant. Nurse Bryant is not an employee of the Department of Correction. Further, please note that I cannot accept service for Lt. Stanton, who has been added as a defendant in this case.

    The State Defendants currently in the case, whom I do represent, have not yet been served with the Amended Complaint. However, I am filing an Answer, a copy of which is enclosed, while reserving the defense of inadequate service.

    I also want to note that the docket in this case shows that, on March 17, 2005, the clerk of the court returned to you Interrogatories and Request for Production due to lack of proof of service. According to the docket, you have not yet addressed this deficiency. Therefore, the State Defendants have not yet been served with your discovery requests.

                                         Very truly yours,

                                         Eileen Kelly
                                         Deputy Attorney General

Enclosures