UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Anibal Melendez

v.                                    C.A. NO. 04-193-SLR

Thomas L Carroll et al

Plaintiff's Interrogatories and request for production of Documents

Pursuant to Rules 33 and 34, Fed. R. Civ. P., the plaintiff submits the following interrogatories and requests for documents to the defendant. You are directed to answer each of the interrogatories in writing under oath, and produce each of the requested document for inspection and copying, within 30 day of service.

1. State the Duties of defendant Bryant, Medical administrator at Delaware Correctional Center ("Smyrna") if those duties are set forth in any job description or other document, produce the document.

2. State the duties of defendant Larry McGuigan, Deputy Warden for administration at Smyrna. If these duties are set forth in any job description or other document, produce the document.

3. State the names, titles, and duties of all staff member at Smyrna other than defendant Nurse Bryant who have responsibility for ensuring the inmate's requests for medical attention are responded to. If those duties are set forth in any job description or other document, produce the document.

4. State the procedure in effect during December, 2003 at smyrna for conducting sick call, including the procedure by which inmates sign up for or request sick call. If the procedure is different for segregation inmates than for general population inmates, state both procedure. If those procedures are set forth in any policy, directive, or other document, produce the document.

5. State the names, titles, and duties of all staff member at smyrna who have responsibility to investigate or deciding inmate grievance. If those duties are set forth in any job descriptions, policy, directive or other documents, produce the document.

6. State the procedure in effect during December, 2003 at smyrna for responding to, investigating, and deciding inmate grievance. If the procedure for handling grievance base on medical complaints is different from the procedure for handling other kinds of grievance, state both procedure. If those procedure are set forth in any directive, manual or other kind document, produce the document.

Date: 1/19/05

[signature]