UNITED STATE DISTRICT COURT
DISTRICT OF DELAWARE

Anibal Melendez

v.                           CA04-193-SLR

Thomas Carroll et al

Plaintiff's Request for production of documents

Pursuant to Rule 34, Fed. R. Civ. P., the plaintiff requests that the defendants produce the documents listed herein within 30 days, either by providing the plaintiff with copies or by making them available to the plaintiff for inspection and copying.

1. Any and all grievance, complaints, or other documents received by the defendants or their agent at Smyrna concerning mistreatment of inmates by defendants Mardells and Allen and any memorandum, investigative files, or other documents created in response to such documents, since December 18, 2003.

2. Any and all policies, directives, or instruction to staff concerning the use of force by Smyrna staff.

3. Any and all policies, directives, or instruction to staff governing sick call procedures, both in general population and in segregation.

4. All sick call request sheets from the period December 18, 2003 to the date of your response.

5. The plaintiff complete medical records from December 18, 2003

to the date of your response.

6. Any logs, lists, or other documentation reflecting grievance filed by Smyrna inmate from January 1, 2004 to the day of your response.

7. Any and all documents created by any Smyrna staff member in response to a grievance filed by the plaintiff in January 1, 2004 to the date of your response.

8. Any and all documents create by any Smyrna staff member from December 19, 2003 to date concerning the plaintiff medical care and not included 5, 6 or 7 of this request.

Date: 1/19/05
Anibal Melendez
D.C.C.
Smyrna De 19877