UNITED STATE DISTRICT COURT
DISTRICT OF DELAWARE

Anibal Melendez    )
                   )
       v           )   Civ. No. 04-193-SLR
                   )
Thomas L Carroll   )
       et al       )

FILED
JUL 22 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Motion For Leave to AN Amended Complaint

Plaintiff Anibal Melendez pursuant to Rules 15(a) and 815(a), Fed R. Civ. P, requests leave to file an amended complaint adding a party.

1. The plaintiff in his original complaint name a Lt. Stain defendant and Nurse Brjan defendant.

2. Since the filing of the complaint the plaintiff had determined that the names of the Lt. Stain, and Nurse Brjan Defendants is Lt. Stanton and Nurse Bryant. Paragraphs 27, 28, 29 and 30 and 31 of the allegation, and paragraph D2, E2 and D2 of the allegations, of the relief requested, are amended to reflect the identity and the actions of defendant Stanton and Bryant.

Date:7/18/05
              Respectfully submitted,

              Anibal Melendez
              D C C
              Smyrna D 19977



Clerk of Court
844 N King St
Wilmington De 19801

"Legal Mail"

I/M Ambrel Melester
SBI# 337918 UNIT MHU
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977