UNITED STATE DISTRICT COURT
DISTRICT OF DELAWARE

Anibal Melendez,
   plaintiff
   v.                      ) Civ. No. 04-193-SLR
Thomas L. Carroll          ) Amended Complaint
   et al.                  ) Jury trial Demanded
   Defendants


FILED
JUL 22 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

27. Shortly after this incident plaintiff informed Defendant Bryant and requested her for medical attention. Defendant Bryant said "I dont believe you, I am going to informe Lt Stanton" and then left.

28. Defendant Stanton came to the unit, plaintiff show defendant Stanton of the injuries and Bruises he said "OK" and then left.

29. Defendant Stanton and Bryant never came back to examinate plaintiff or treat plaintiff injuries.

30. Since then, plaintiff has submitted repeated Sick call request and has filed grievance requesting treatment for his neck and head injurie

31. Defendant Bryant told the plaintiff that there is nothing wrong with him and sent him back to the unit

WHEREFORE, plaintiff requests that the court grant the following relief:

A. Issue a declaratory judgment stating that:

D. Award compensatory damages in the following amounts:
1. $50,000 jointly and severally against defendants Bryant and Stanton of the physical and emotional injury resulting from the failure to provide accurate medical care for the plaintiff

E. Award punitive damages in the following amount:

1. $20,000 each against defendant Stanton and Bryant.

Date [7/18/05]

Respectfully submitted
Anibal Melendez
D.C.C.
Smyrna De 19977



I/M Anibal Melendez
SBI# 337585 UNIT MHU
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerck of Court
844 N King St.
Wilmington De. 19801

"Legal Mail"