IN THE UNITED STATE DISTRICT
COURT DISTRICT OF DELAWARE

Anibal Melendez
        v.                    Civ. No. 04-193-SLR
Thomas Carroll et al.



## Motion for EXTENSION OF TIME

Pursuant to Rule 6 of the federal rules of civil Procedure the respondent moves for an extension of time in which to file a Discovery request. In support thereof, the respondent states the following:

1. I, Anibal Melendez, has applied a complaint against Carroll et al. for assault and battery.

2. In this case I am requesting extention of time to file a Discovery request motion, and thus the petition is due to be file July 29, 2005. Plantiff complete work on the Discovery request in timely fashion and prepared the document for filing in accordance with the recently enacted electronic filing procedures. Notably plaintiff on June 5, 2005 filed the certified copies of state court records as directed by the court's order. Inadvertently, however, the motion does not appear to have been filed with the court. Plaintiff notes that the document was reduce to the to the "pdf format" require for filing, and plaintiff assumed that the document had been submitted to the court. When electronic notice regarding the petition was not received, however, plaintiff's review of the docket reveal the petition had not been filed. Upon discovery of the oversight, plaintiff prepared motion again for filing with the court today.

3. This is plaintiff first request for an extension of time in this case the requested extention will not result in any prejudice to the Respondent.

4. In light of the above, the plaintiff submitts that an extention of time to and including today, July 18, 2005 is

reasonable. Plaintiff submits herewith a proposed order

Anibal *[signature]*
Anibal Melendez
D.C.C.
Date July 18, 2005    Smyrna De 15877
Date in Return August 15, 2005

## CERTIFICATE OF SERVICE

I, Anibal Melendez, hereby certifies that on July 18, 2005 had serve by hand delivery a motion for extension of time with the clerk of the court by first class US Mail a copie of the document to the following party.

Peter T. Dalleo
844 N King St
Wilmington, De 19801

Date: July 18, 2005

Anibal Melendez
D.C.C.
Smyrna De 19977


I/M Anibal Melendez
SBI# 335785   UNIT MHU
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of Court
844 N. King St
Wilmington, De. 19801

"Legal Mail"