IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANIBAL MELENDEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 04-193-SLR |
| ) | |
| WARDEN CARROLL, LARRY ) | |
| MCGUIGAN, NURSE BRYANT, LT. ) | |
| STANTON, CPT. MERSON, CPT. ) | |
| SUGER, NATE GARDELLS, CPT. ) | |
| BELANGER, INTERNAL AFFAIRS, ) | |
| and MICHAEL ALLEN, ) | |
| ) | |
| Defendants. ) | |

O R D E R

At Wilmington this 1st day of August, 2005, having reviewed plaintiff's request for reconsideration of the court's June 3, 2005 order and having received the necessary USM-285 forms in accordance with said order on June 22, 2005;

IT IS ORDERED that plaintiff's request (D.I. 50) is granted and service to Lt. Stanton and Nurse Bryant shall be effectuated in accordance with the court's order of April 8, 2005 (D.I. 44).

IT IS FURTHER ORDERED that plaintiff's motion for extension of time[1] (D.I. 54) is denied as moot.

_____
United States District Judge

---

[1] The court notes that plaintiff's request for an extension until July 18, 2005 to complete discovery is earlier than the current discovery deadline of July 29, 2005. (See D.I. 43)