AUG 10 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATE DISTRICT COURT
DISTRICT OF DELAWARE

Anibal Melendez

     V.           Civ. Act. No. 04-193-SLR

Carroll et al.

## Motion For EXTENTION OF TIME

Pursuant to Rule 6 of the federal Rule of Civil Procedure the plaintiff move for an extention of time in which to file a discovery motion. In support therefor, the respondent state the following:

    1. The plaintiff, Anibal Melendez, has applied a complaint against Carroll et al. for assault and battery

    2. The motion was due to be file on or July 19, 2005 plaintiff completed work in accordance with the recently enacted electronic filing procedures. Notably plaintiff on July 19, 2005 file the certified copies of state court record as directed by the court order. Inadvertently, however, the motion does not appear to have been file with the court. plaintiff notes that the document was reduce to the "pdf format" before for filing, and plaintiff assumed that the document had been submitted to the court, when electronic notice regarding the certificate of service was not received. Upon discovery of the oversight plaintiff prepare the motion again for filing with the court today

    3. Plaintiff first motion an extention of time was erroneously submitted requesting extention of time until July 14, 2005 earlier than the current discovery deadline of July 19, 2005 plaintiff now apologies to this Honorable court.

    4. Plaintiff now request an extention of time 30 day from today, until September 8, 2005

4. This is plaintiff second request for an extension of time in this case, the requested extention will not result in any prejudice to the defendants

5. In light of the above the respondent submitts that the an extention of time untill September 8, 2005 is reasonable plaintiff submitts herewith a propose order.

Hannibal Melendez
D.C.C.
Smyrna, De. 1977

Date: August 8, 2005
Untill September 8, 2005

CERTIFICATE OF SERVICE

I, Anibal Melendez, hereby, has render that on 2005 a motion for an Extention of time with this office/court by first class US. Mail on copie document to the following persons:

Eileen Kelly
820 N.F. rench st.
Wilmington De 19801


D.C.C.
Smyrna De 19577

Date: 8/8/05.

