IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ANIBAL MELENDEZ,                    )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )   Civ. No. 04-193-SLR
                                    )
WARDEN CARROLL, LARRY               )
MCGUIGAN, BETTY BRIAN, LT.          )
STAIN, CPT. MERSON, CPT.            )
SUGER, NATE GARDELLS, CPT.          )
BELANGER, INTERNAL AFFAIRS,         )
and MICHAEL ALLEN,                  )
                                    )
        Defendants.                 )

O R D E R

At Wilmington this 23d day of August, 2005, having
reviewed plaintiff's motion for extension of time and noting that
service is currently being effectuated to the two newly added
defendants by the United States Marshal;

IT IS ORDERED that:

1. **Discovery.**  All discovery in this case shall be
completed on or before **October 24, 2005.**

2. **Summary Judgment Motions.**    All summary judgment
motions and accompanying opening briefs and affidavits, if any, in
support of the motion, shall be served and filed on or before
**November 23, 2005.** Answering briefs and affidavits, if any, shall
be filed on or before **December 23, 2005.** Reply briefs shall be
filed on or before **January 10, 2006.**

3.  Plaintiff's motion (D.I. 56) is denied as moot.

United States District Judge