STATE OF DELAWARE
DEPARTMENT OF CORRECTION
DELAWARE CORRECTIONAL CENTER
**OFFICE OF THE INMATE GRIEVANCE CHAIRPERSON**
1181 Paddock Road
SMYRNA, DELAWARE 19977

### MEMORANDUM

To:    Inmate Melendez, Anabal              INF

From:  Cpl. L. M. Merson, Inmate Grievance Chairperson

Date:  Monday, January 05, 2004

RE:    Grievance

The grievance submitted by you Dated: 12/15/03 is being returned to you for the following reason(s):

____    The complaint was addressed by the IGC:

____    **Security Issue** (involves the security and/or **staffing of the institution** and/or the safety, health, and/or welfare of inmates, staff, and the public.

____    **Classification issues** (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the DCC Classification Office within 7 days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

____    **Disciplinary Issue:** Disciplinary actions cannot be grieved but must be APPEALED following the Correctional Code of Penal Discipline.

____    **Parole Board Decision:** The inmate must write a letter to the Parole Board within 30 days of the Board's decision, expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole; Carvel State Office Bldg.; 820 N. French Street, 5th Floor; Wilmington, DE 19801.

__X__   Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff, **WRITE A LETTER** to that person's supervisor; in this case, that is: Capt. Henry

____    This is an issue/complaint that has already been grieved by you or another inmate.

____    Grievance is unacceptable because it has passed the seven day time frame allotted to file a grievance.

____    The grievance is a photocopy, carbon copy, written in pencil, red ink or **is illegible.** Original grievance forms only and they must be written in Black or Dark Blue Ink.

____    This complaint is addressed in the housing rules for your housing unit. Refer to the Housing Rules, page ____, for clarification and/or direction.

__X__   Action Request is inappropriate or **not completed.** Inmate must make an actual request; such as, **request that an investigation be conducted** (inmates are not forwarded results of investigations that involve staff conduct).

____    Documentation must be **attached to the grievance** when it is resubmitted that supports allegations/complaint; such as commissary receipts, Form 537, etc. The IGC will make copies of items submitted with the grievance and return the originals to the inmate.

____    **Other:**  *Capt. Sagers -11*

cc: inmate
Original: file

## FORM #584

## GRIEVANCE FORM

FACILITY: D C C                          DATE: 12/15/03

GRIEVANT'S NAME: Anibal Melendez        SBI#: 337989

CASE#: 1216                              TIME OF INCIDENT: 12/10/03  12:00 pm

HOUSING UNIT: 1N

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

On the 10th day of December C/o nuke & Allen
open my cell door & told me "shake down" I
turn around to put my jumper on and as I had
my back turn c/o nuke came in my cell & attack
me causing me going down to the floor & as I was
laying on the floor c/o nuke & Allen start to kick me
down & punching my face leaving me in some series
bruises & injuries

ACTION REQUESTED BY GRIEVANT: _____

GRIEVANT'S SIGNATURE: _____    DATE: 12/15/03

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED

DEC 2 9 2003

Inmate Grievance Office

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 09/10/2004

# INFORMAL RESOLUTION

| | | |
|---|---|---|
| **Offender Name :** MELENDEZ, ANIBAL G | **SBI#** : 00337929 | **Institution** : DCC |
| **Grievance #** : 1216 | **Grievance Date** : 12/15/2003 | **Category** : Individual |
| **Status** : Non Grievable | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Assault by Staff | **Incident Date** : 12/10/2003 | **Incident Time :** 12:00 |
| **IGC** : Davis, Jill D | **Housing Location :** Bldg 17, Upper, Tier D, Cell 4, Single | |

Offender's Signature:_____

Date                  :_____

Witness (Officer)   :_____

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
DELAWARE CORRECTIONAL CENTER
**OFFICE OF THE INMATE GRIEVANCE CHAIRPERSON**
1181 Paddock Road
SMYRNA, DELAWARE 19977

**MEMORANDUM**

To:    Inmate  Melendez, Anibal            17        CU4

From:  Cpl. L. M. Merson, Inmate Grievance Chairperson

Date:  Tuesday, February 03, 2004

RE:    Grievance

The grievance submitted by you Dated: 01/20/04 is being returned to you for the following reason(s):

\_\_\_\_    The complaint was addressed by the IGC:

\_\_\_\_    **Security issue** (involves the security and/or **staffing of the Institution** and/or the safety, health, and/or welfare of inmates, staff, and the public.

\_\_\_\_    **Classification issues** (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the DCC Classification Office within 7 days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

\_\_\_\_    **Disciplinary issue:** Disciplinary actions cannot be grieved but must be APPEALED following the Correctional Code of Penal Discipline.

\_\_\_\_    **Parole Board Decision:** The inmate must write a letter to the Parole Board within 30 days of the Board's decision, expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole; Carvel State Office Bldg.; 820 N. French Street, 5th Floor; Wilmington, DE 19801.

\_X\_\_    Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff, **WRITE A LETTER** to that person's supervisor; in this case, that is: Capt. Sagers

\_\_\_\_    This is an issue/complaint that has already been grieved by you or another inmate.

\_\_\_\_    Grievance is unacceptable because it has passed the seven day time frame allotted to file a grievance.

\_\_\_\_    The grievance is a photocopy, carbon copy, written in pencil, red ink or **is illegible.** Original grievance forms only and they must be written in Black or Dark Blue Ink.

\_\_\_\_    This complaint is addressed in the housing rules for your housing unit. Refer to the Housing Rules, page \_\_\_\_, for clarification and/or direction.

\_\_\_\_    Action Request is **inappropriate** or not completed. Inmate must make an actual request; such as, **request that an investigation be conducted** (inmates are not forwarded results of investigations that involve staff conduct).

\_\_\_\_    Documentation must be **attached to the grievance** when it is resubmitted that supports allegations/complaint; such as commissary receipts, Form 537, etc. The IGC will make copies of items submitted with the grievance and return the originals to the inmate.

\_\_\_\_    **Other:**  D/u reConigence -/7j'
cc: inmate
Original: file

**FORM #584**

**GRIEVANCE FORM**

FACILITY: _D.C.C._     DATE: _1/30/04_

GRIEVANT'S NAME: _Anibal Melendez_   SBI#: _337989_

CASE#: _1491_     TIME OF INCIDENT: _1100 hr._

HOUSING UNIT: _17 C U4_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On this date & time I came back from the dentis on my way back to my housing unich I ask C/o Rodney am I going to be eating on my housing unit? and he say "yes" your food should be inside yourself" and when I came back it wasn't inside my cell & I ask C/o Mardells where is my food & he say "you beat" this is the same C/o that beat me up in my cell each month & this is not the first time he beat my for my Lunch & in fact this been going on for th last 5 month & noone hade done anything about it

ACTION REQUESTED BY GRIEVANT: _I want this unusual & ~~cruel~~ cruel punishment to stop_

GRIEVANT'S SIGNATURE: _Anibal Melendez_    DATE: _1/31/04_

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) ✓ (NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____ DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED
FEB 02 2004
Inmate Grievance Office

## Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven(7) days from the date of the occurance or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be recieved during the next working day.

---

### Return of Unprocessed Grievance

Intake Action: This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

_____ **Vulgar/Abusive or Threatening Language.** The language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_____ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed. _____Disciplinary Action       _____Parole Decision
_____Classification Action

_____ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

_____ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance #_____.

_____ **Original Grievances must be submitted to the Inmate Grievance Chairperson.** Photocopies are not accepted.

_____ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

_____ **Expired filing period.** Grievance exceeds seven(7) days from date of occurrence.

_____          _____
Inmate Grievance Chairperson                              Date

Form#: 584 (F&B)
(Reverse Revised July '99)

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 09/10/2004

## GRIEVANCE REPORT

| | | |
|---|---|---|
| **Offender Name :** MELENDEZ, ANIBAL G | **SBI#** : 00337929 | **Institution** : DCC |
| **Grievance #** : 1491 | **Grievance Date** : 01/20/2004 | **Category** : Individual |
| **Status** : Non Grievable | **Resolution Status :** | **Resol. Date** : |
| **Grievance Type:** Staff Issues | **Incident Date** : 01/20/2004 | **Incident Time :** 11:00 |
| **IGC** : Davis, Jill D | **Housing Location :** Bldg 17, Upper, Tier D, Cell 4, Single | |

**Description of Complaint:** I/M CAME BACK TO CELL AFTER DENTIST AND OFFICER TOLD HIM FOOD WOULD BE IN HIS CELL AND IT WASN'T;  I/M WANTS THIS CRUEL AND UNUSUAL PUNISHMENT TO STOP

**Remedy Requested** : I/M'S CANNOT REQUEST OR DEMAND DISCIPLINARY ACTION ON STAFF

| | |
|---|---|
| **Medical Grievance :** NO | **Date Received by Medical Unit :** |
| **Investigation Sent :** | **Investigation Sent To** : |
| **Grievance Amount :** | |

**DCC  Delaware Correctional Center**
Smyrna Landing Road
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 09/10/2004

## INFORMAL RESOLUTION

| | | | | | |
|---|---|---|---|---|---|
| **Offender Name :** MELENDEZ, ANIBAL G | | **SBI#** | : 00337929 | **Institution** | : DCC |
| **Grievance #** | : 1491 | **Grievance Date** | : 01/20/2004 | **Category** | : Individual |
| **Status** | : Non Grievable | **Resolution Status:** | | **Inmate Status :** | |
| **Grievance Type:** Staff Issues | | **Incident Date** | : 01/20/2004 | **Incident Time :** 11:00 | |
| **IGC** | : Davis, Jill D | **Housing Location :** Bldg 17, Upper, Tier D, Cell 4, Single | | | |

Offender's Signature:_____

Date                    :_____

Witness (Officer)       :_____

# DELAWARE CORRECTIONAL CENTER
# INMATE GRIEVANCE OFFICE

**To:**    Inmate Melandez, Anibal    MH21    DL1

**From:**  Corporal L.M. Merson, Acting Inmate Grievance Chairperson

**Date:**  Thursday, November 14, 2002

**Re:**    GRIEVANCE (S)

*received EBurns 11/17/0*

---

## I HAVE RECEIVED YOUR GRIEVANCE (S) DATE 11/03/02 THE GRIEVANCE (S) ARE REJECTED FOR THE FOLLOWING REASON (S):

__ SECURITY ISSUE (INVOLVES THE SECURITY & STAFFING OF THE INSTITUTION AND THE SAFETY, HEALTH AND/OR WELFARE OF INMATES, STAFF AND THE PUBLIC)

__ CLASSIFICATION ISSUES (JOBS, TRANSFERS, PROGRAMS, ETC. IT HAS IT'S OWN APPEAL PROCESS. I.B.C.C.: MS. E. STEVENSON, C.I.C.B.: MS. F. LEWIS AND I.R.C.B.: MR. H. YOUNG)

_X_ DISCIPLINARY ISSUE (M. A. B. WRITE-UP'S HAVE THEIR OWN APPEAL PROCESS. THE HEARING OFFICERS ARE CAPT. G. GREEN, S/LT. B. WILLIAMS AND LT. SCOTT.)

__ AN INMATE DOES NOT HAVE THE POWER TO REQUEST OR DEMAND DISCIPLINARY ACTION ON STAFF. THE IGC DOES NOT HAVE THE POWER TO HOLD HEARINGS ON STAFF. IF YOU HAVE A COMPLAINT REGARDING STAFF, **WRITE A LETTER** TO THAT PERSONS SUPERVISOR. IN YOUR CASE THAT IS:

__ PAROLE BOARD ISSUE.

__ IT IS AN ISSUE THAT HAS ALREADY BEEN GRIEVED BY YOU OR ANOTHER INMATE

__ IT IS UNACCEPTABLE BECAUSE IT HAS PASSED THE SEVEN (7) DAY TIME FRAME ALLOTTED TO FILE A GRIEVANCE.

__ IT IS A PHOTO COPY, CARBON COPY, **WRITTEN IN PENCIL** OR RED INK (SUBMIT   ORIGINAL FORMS ONLY, WRITE IN BLACK OR DARK BLUE INK ONLY.)

__ OTHER:

cc: Inmate

Original: File

## FORM #584

## GRIEVANCE FORM

FACILITY: D.C.C

DATE: 11/3/02

GRIEVANT'S NAME: Anibal Melendez

SBI#: 337929

CASE#:

TIME OF INCIDENT: 7:30 P.M 10/30/02

HOUSING UNIT: 21 DL1

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

on the above date and appox time I IM Melendez
observe c/o Bramer locking my cell door while I was standing
a few doors down from my cell, then I hear her say lock is
so I walk up to the window and I ask the C/o on the
control panel to open my cell door and he did and I lock
in before the last men was out on rec; latter on I learn
c/o Bramer came back with a write up I ask her what it was
for and she told me OFF limits I told her I never hear he
saying rec was over she say she did announce from the second
floor there _____
floor I didn't hear her, we was rec on first floor not on second floor

ACTION REQUESTED BY GRIEVANT: disregard the write up
_____
_____
_____
_____

GRIEVANT'S SIGNATURE: [signature]

DATE: 11/3/02

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

RECEIVED
NOV 0 6 2002
Inmate Grievance Office

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____     DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

# DELAWARE CORRECTIONAL CENTER
# INMATE GRIEVANCE OFFICE

**To:**     Inmate  Melendez, Anibal      MH21     DL1

**From:**   Corporal L.M. Merson, Acting Inmate Grievance Chairperson

**Date:**   Monday, November 25, 2002

**Re:**     GRIEVANCE (S)

---

## I HAVE RECEIVED YOUR GRIEVANCE (S) DATE11/18/02 THE GRIEVANCE (S) ARE REJECTED FOR THE FOLLOWING REASON (S):

__ SECURITY ISSUE (INVOLVES THE SECURITY & STAFFING OF THE INSTITUTION AND THE SAFETY, HEALTH AND/OR WELFARE OF INMATES, STAFF AND THE PUBLIC)

__ CLASSIFICATION ISSUES (JOBS, TRANSFERS, PROGRAMS, ETC. IT HAS IT'S OWN APPEAL PROCESS. I.B.C.C.: MS. E. STEVENSON, C.I.C.B.: MS. F. LEWIS AND I.R.C.B.: MR. A. RENDINA)

_X_ DISCIPLINARY ISSUE (M. A. B. WRITE-UP'S HAVE THEIR OWN APPEAL PROCESS. THE HEARING OFFICERS ARE CAPT. G. GREEN, S/LT. B. WILLIAMS AND LT. SCOTT.)

__ AN INMATE DOES NOT HAVE THE POWER TO REQUEST OR DEMAND DISCIPLINARY ACTION ON STAFF. THE IGC DOES NOT HAVE THE POWER TO HOLD HEARINGS ON STAFF. IF YOU HAVE A COMPLAINT REGARDING STAFF, **WRITE A LETTER** TO THAT PERSONS SUPERVISOR. IN YOUR CASE THAT IS:

__ PAROLE BOARD ISSUE.

__ IT IS AN ISSUE THAT HAS ALREADY BEEN GRIEVED BY YOU OR ANOTHER INMATE

__ IT IS UNACCEPTABLE BECAUSE IT HAS PASSED THE SEVEN (7) DAY TIME FRAME ALLOTTED TO FILE A GRIEVANCE.

__ IT IS A **PHOTO COPY**, CARBON COPY, WRITTEN IN PENCIL OR RED INK (SUBMIT   ORIGINAL FORMS ONLY, WRITE IN BLACK OR DARK BLUE INK ONLY.)

__ OTHER:

cc: Inmate

Original: File     *cc: Capt. Henry*

## FORM  #584

## GRIEVANCE FORM

FACILITY: D.C.C                          DATE: 11-18-0h

GRIEVANT'S NAME: Anibal Melendez     SBI#: 532919

CASE#:_____        TIME OF INCIDENT: 11-13/02 - 1850

HOUSING UNIT: 21 DCL

**BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.**

on the above date and appeox. time I came back
fom the Show Hall and I seen a write up on the floor
saying that I didn't close my door when I inform C/o SCOTT
that my cell mate left the door open he say Im
reponsible for him living the door open for my understand
I not responsible for nobody actions in this persion I belive if
I left himself and I live to the chow hall hee is responsible
for himself living the door open not me

ACTION REQUESTED BY GRIEVANT: disregard the write up

GRIEVANT'S  SIGNATURE:_____    DATE:_____

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE  ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

**RECEIVED**

**NOV 2 0 2002**

Inmate Grievance Office

**IF UNRESOLVED, YOU ARE  ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

cc: INSTITUTION FILE
    GRIEVANT

**April '97 REV**

# DELAWARE CORRECTIONAL CENTER
## INMATE GRIEVANCE OFFICE

**To:**   Inmate Melandez, Anibal   MH21   DL1

**From:**   Corporal L.M. Merson, Inmate Grievance Chairperson

**Date:**   Tuesday, January 07, 2003

**Re:**   GRIEVANCE (S)

*REVIEWED Fri 1/8/03   (Rumn 1/1/03)*

## I HAVE RECEIVED YOUR GRIEVANCE (S) DATED 12/23/02 THE GRIEVANCE (S) ARE REJECTED FOR THE FOLLOWING REASON (S):

__ SECURITY ISSUE (INVOLVES THE SECURITY & STAFFING OF THE INSTITUTION AND THE SAFETY, HEALTH AND/OR WELFARE OF INMATES, STAFF AND THE PUBLIC)

__ CLASSIFICATION ISSUES (JOBS, TRANSFERS, PROGRAMS, ETC. IT HAS IT'S OWN APPEAL PROCESS. I.B.C.C.: MS. E. STEVENSON, C.I.C.B.: MS. F. LEWIS AND I.R.C.B.: MR. A. RENDINA)

_X_ DISCIPLINARY ISSUE (M. A. B. WRITE-UP'S HAVE THEIR OWN APPEAL PROCESS. THE HEARING OFFICERS ARE S/LT. B. WILLIAMS AND LT. SCOTT)

__ AN INMATE DOES NOT HAVE THE POWER TO REQUEST OR DEMAND DISCIPLINARY ACTION ON STAFF. THE IGC DOES NOT HAVE THE POWER TO HOLD HEARINGS ON STAFF. IF YOU HAVE A COMPLAINT REGARDING STAFF, **WRITE A LETTER** TO THAT PERSONS SUPERVISOR. IN YOUR CASE THAT IS:

__ PAROLE BOARD ISSUE.

__ IT IS AN ISSUE THAT HAS ALREADY BEEN GRIEVED BY YOU OR ANOTHER INMATE

__ IT IS UNACCEPTABLE BECAUSE IT HAS PASSED THE SEVEN (7) DAY TIME FRAME ALLOTTED TO FILE A GRIEVANCE.

__ IT IS A **PHOTO COPY**, CARBON COPY, WRITTEN IN PENCIL OR RED INK (SUBMIT ORIGINAL FORMS ONLY, WRITE IN BLACK OR DARK BLUE INK ONLY.)

__ OTHER:

cc: Inmate

Original: File,   *cc: Capt. Belanger*

**FORM #584**

**GRIEVANCE FORM**

FACILITY: D.C.C.                    DATE: 12/23/02

GRIEVANT'S NAME: Anibal Melendez    SBI#: 337929

CASE#:                              TIME OF INCIDENT: 18:33 hr.

HOUSING UNIT: DL1-21

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

on the above date and time I was suppose
to be or rec and c/o Gonzalez never open my door
letter on He came to my door telling me I
have a 14 CoAP for yelling, I didn't yell I was
inside my cell waiting for rec. this was the same
c/o that wrote me up for a major write Up yesterday
when I was requesting him to see the nurse because
I have to keep on with the nurse because the medication
I'm taking, when I was calling him He told me to stop
calling him and wrote me up

ACTION REQUESTED BY GRIEVANT: disiplinary Hearing for
Horrisment, false allegation negligent

GRIEVANT'S SIGNATURE: Anibal Melendez    DATE: 12/23/02

WAS AN INFORMAL RESOLUTION ACCEPTED?    ____(YES)  ____(NO)

**RECEIVED**

**JAN 0 6 2003**

**Inmate Grievance Office**

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

**April '97 REV**

## DELAWARE CORRECTIONAL CENTER
## INMATE GRIEVANCE OFFICE

**To:**      Inmate Melendez, anibal      MH21    DI1

**From:**  Corporal L.M. Merson, Inmate Grievance Chairperson

**Date:**  Tuesday, January 14, 2003

**Re:**      GRIEVANCE (S)

*Reviewed 1/14/03*
*(Buns 1/1/03)*

### I HAVE RECEIVED YOUR GRIEVANCE (S) DATED 01/08/03 THE GRIEVANCE (S) ARE REJECTED FOR THE FOLLOWING REASON (S):

__ SECURITY ISSUE (INVOLVES THE SECURITY & STAFFING OF THE INSTITUTION AND THE SAFETY, HEALTH AND/OR WELFARE OF INMATES, STAFF AND THE PUBLIC)

_X_ CLASSIFICATION ISSUES (JOBS, TRANSFERS, PROGRAMS, ETC. IT HAS IT'S OWN APPEAL PROCESS. I.B.C.C.: MS. E. STEVENSON, C.I.C.B.: MS. F. LEWIS AND I.R.C.B.: MR. A. RENDINA)

__ DISCIPLINARY ISSUE (M. A. B. WRITE-UP'S HAVE THEIR OWN APPEAL PROCESS. THE HEARING OFFICERS ARE S/LT. B. WILLIAMS AND LT. SCOTT)

_X_ AN INMATE DOES NOT HAVE THE POWER TO REQUEST OR DEMAND DISCIPLINARY ACTION ON STAFF. THE IGC DOES NOT HAVE THE POWER TO HOLD HEARINGS ON STAFF. IF YOU HAVE A COMPLAINT REGARDING STAFF, **WRITE A LETTER** TO THAT PERSONS SUPERVISOR. IN YOUR CASE THAT IS: Capt. Belanger

__ PAROLE BOARD ISSUE.

__ IT IS AN ISSUE THAT HAS ALREADY BEEN GRIEVED BY YOU OR ANOTHER INMATE

__ IT IS UNACCEPTABLE BECAUSE IT HAS PASSED THE SEVEN (7) DAY TIME FRAME ALLOTTED TO FILE A GRIEVANCE.

__ IT IS A **PHOTO COPY**, CARBON COPY, WRITTEN IN PENCIL OR RED INK (SUBMIT ORIGINAL FORMS ONLY, WRITE IN BLACK OR DARK BLUE INK ONLY.)

_X_ OTHER: The IGC does not have the power to press charges.

cc: Inmate

Original: File,

*cc: Major Cunningham*
*Capt. Belanger*

**FORM #584**

**GRIEVANCE FORM**

FACILITY: D.C.C.                    DATE: 1/8/03

GRIEVANT'S NAME: Anibal Melendez        SBI#: 337929

CASE#:                              TIME OF INCIDENT: ~~1500~~ 1850

HOUSING UNIT: DC 1-21

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

on the above date and time I was getting my nail cut at the barber
shop when I was on my way out c/o Stevenson was saying something
to me and when I went to check c/o Stevenson was coming from
the side of the door telling me to put my hands behind my
back, I asking why and he start to put his hands on me in a aggressive
manner and ready to spray me, he put the hand cuff on me and took
me to a class room sit me there with hand cuff on my back and shackles
on both of my legs and the shackles around the legs of the table for
30½ hours which I'm now suffering minors injuries on my ~~shoulders~~ shoulders
and back for sitting there so long & when I return to the tier he didn't
gave me a shower or my phone call this is the second time c/o Stevenson didn't allowed me
to take a shower during tier rec / witness barber / is been 4 days I haven't take a shower

ACTION REQUESTED BY GRIEVANT:

I ~~want~~ feel he is being prejudice towards me
because I'm spanish I want to press charge
since I'm classified to 23-23 can you please have me move I want to be away from him

GRIEVANT'S SIGNATURE: _Anibal Melendez_        DATE: 1/8/03

WAS AN INFORMAL RESOLUTION ACCEPTED?        ____(YES)  ____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

**RECEIVED**

**JAN 1 3 2003**

GRIEVANT'S SIGNATURE: _____        DATE: _____    Inmate Grievance Office

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

*Duplicate*

**FORM #584**

**GRIEVANCE FORM**

FACILITY: D C C

DATE: 1/3/04

GRIEVANT'S NAME: Anibal Melendez

SBI#: 337904

CASE#:

TIME OF INCIDENT:

HOUSING UNIT: M C U 4

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

I put in a grievance about mistreatmen that I'm recieving and I still haven't hear from anybody

ACTION REQUESTED BY GRIEVANT: I want an resolution for my problem or a hearing by the resident grievance committe or any type of resolution .

GRIEVANT'S SIGNATURE: _____ DATE: 1/3/04

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) __✓__(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____ DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

**RECEIVED**

FEB 0 9 2004

Inmate Grievance Office

April '97 REV

Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 04/26/2004

# GRIEVANCE REPORT

| | | | |
|---|---|---|---|
| Offender Name : MELENDEZ, ANIBAL G | SBI# | : 00337929 | Institution : DCC |
| Grievance # : 2786 | Grievance Date | : 04/17/2004 | Category : Individual |
| Status : Unresolved | Resolution Status : | | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date | : 04/17/2004 | Incident Time : 00:00 |
| IGC : Merson, Lise M | Housing Location : Bldg 17, Upper, Tier D, Cell 4, Single | | |

**Description of Complaint:** I put in a sick call request form stating I have a serious problem with my head. I cannot lay down on my head. I explain to nurse betty brian every time I lay down on my head my head start to hurt. I have to sleep on my face. She told me to take some tylenol I told her it only hurt when i lay down on it , I don't need tylenol. I told her i need to get check. She said I didn't need to get check because it's normal, it happens to her too. I believe something it'sa wrong with me I need to get that check.

**Remedy Requested** : I need to get check for my medical illness.

| | |
|---|---|
| **Medical Grievance :** YES | **Date Received by Medical Unit :** 04/20/2004 |
| **Investigation Sent :** 04/20/2004 | **Investigation Sent To** : Hastings, Terry L |
| **Grievance Amount :** | |

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## INFORMAL RESOLUTION

| | | |
|---|---|---|
| Offender Name : MELENDEZ, ANIBAL G | SBI# : 00337929 | Institution : DCC |
| Grievance # : 2786 | Grievance Date : 04/17/2004 | Category : Individual |
| Status : Unresolved | Resolution Status: | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 04/17/2004 | Incident Time : 00:00 |
| IGC : Merson, Lise M | Housing Location :Bldg 17, Upper, Tier D, Cell 4, Single | |

| | |
|---|---|
| Investigator Name : Hastings, Terry L | Date of Report  04/20/2004 |

Investigation Report :

Reason for Referring:

April 26. 2004
Scheduled to be seen by
Dr. broom on 4/27/04 the
Will schedule ī Dr. Ali for
eval of neck pain . the

Offender's Signature: X _(signature)_

Date : 4/27/04

Witness (Officer) _Brenda L. Holwerda_ MSCNS

NAME: Melendez, Anibal    SBI#: ~~St~~ 337929

LOCATION: Shu 17    DATE: 4/27/04

Please schedule with:

MD: Dr. Alie

NP/PA: _____

NSC: _____

For: eval of neck pain

**FORM #585**

**MEDICAL GRIEVANCE**

FACILITY: D.C.C.

DATE SUBMITTED: 4/17/04

INMATE'S NAME: Anibal Melendez

SBI#: 337929

HOUSING UNIT: MBUY

CASE #: 2786

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

**SECTION #1**

DATE & TIME OF MEDICAL INCIDENT: I don't remember

TYPE OF MEDICAL PROBLEM:

I pot in a sick call request form stating that I have a serious problem with my head I cand not lay down on my head I explain that to the nurse Betty Brian everythime I lay down on my head my head start to hurt I have to sleep on my face she told me to take some tylenols I told her my head only hurt when I lay down on it I don't need no tylenol I told her I need to get check she said I don't need to get to check because its normal it happens to her too. I believe something its wrong with me I need to get that check

GRIEVANT'S SIGNATURE: _Anibal henny_    DATE: 4/17/04

ACTION REQUESTED BY GRIEVANT: I need to get check for my medical illness

DATE RECEIVED BY MEDICAL UNIT: _____

**RECEIVED**

APR 1 9 2004

Inmate Grievance Office

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
DELAWARE CORRECTIONAL CENTER
**OFFICE OF THE INMATE GRIEVANCE CHAIRPERSON**
1181 Paddock Road
SMYRNA, DELAWARE 19977

**MEMORANDUM**

To:    Inmate  Melendez, Anibal          17        CU4

From:  Cpl. L. M. Merson, Inmate Grievance Chairperson

Date:  Tuesday, February 03, 2004

RE:    Grievance

The grievance submitted by you Dated: 01/20/04 is being returned to you for the following reason(s):

____    The complaint was addressed by the IGC:

____    **Security issue** (involves the security and/or **staffing of the institution** and/or the safety, health, and/or welfare of inmates, staff, and the public.

____    **Classification issues** (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the DCC Classification Office within 7 days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

____    **Disciplinary issue:** Disciplinary actions cannot be grieved but must be APPEALED following the Correctional Code of Penal Discipline.

____    **Parole Board Decision:** The inmate must write a letter to the Parole Board within 30 days of the Board's decision, expressing the desire to  appeal the decision and listing the reasons. The Parole Board's address is:  Board of Parole; Carvel State Office Bldg.; 820 N. French Street, 5th Floor; Wilmington, DE 19801.

__X__   Inmates cannot request or demand disciplinary action on staff.  If you have a complaint regarding staff, **WRITE A LETTER** to that person's supervisor; in this case, that is:  Capt. Sagers

____    This is an issue/complaint that has already been grieved by you or another inmate.

____    Grievance is unacceptable because it has passed the seven day time frame allotted to file a grievance.

____    The grievance is a photocopy, carbon copy, written in pencil, red ink or **is illegible.** Original grievance forms only and they must be written in Black or Dark Blue ink.

____    This complaint is addressed in the housing rules for your housing unit.  Refer to the Housing Rules, page ____, for clarification and/or direction.

____    Action Request is **inappropriate** or not completed. Inmate must make an actual request; such as, **request that an investigation be conducted** (inmates are not forwarded results of investigations that involve staff conduct).

____    Documentation must be **attached to the grievance** when it is resubmitted that supports allegations/complaint; such as commissary receipts, Form 537, etc.  The IGC will make copies of items submitted with the grievance and return the originals to the inmate.

____    **Other:**

cc: inmate
Original: file

**FORM #584**

**GRIEVANCE FORM**

FACILITY: D.C.C.                          DATE: 1/30/04

GRIEVANT'S NAME: Anibal Melendez    SBI#: 337989

CASE#: 1491                          TIME OF INCIDENT: 1100 hr.

HOUSING UNIT: 17 C U4

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On this date & time I came back from the dentist on my way back to my hosing uniet & I ask C/O Rodney am I going to be eating on my hosing unit? and he say "yes your food should be inside your cell" and when I came back it wasn't inside my cell & I ask C/O Mardells where is my food & he say "you beat" this is the same C/O that beat me up inside my cell last month & this is not the first time he beat my for my Lunch & in fact this been going on for the last 5 month & nonne have done any thing about it

ACTION REQUESTED BY GRIEVANT: I want this unwesial & ~~cruel~~ cruel punishment to stop

GRIEVANT'S SIGNATURE: [signature]        DATE: 1/31/04

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES)    ✓(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED
FEB 02 2004
Inmate Grievance Office

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 09/10/2004

# GRIEVANCE REPORT

| | | | |
|---|---|---|---|
| **Offender Name :** MELENDEZ, ANIBAL G | **SBI#** : 00337929 | **Institution** : DCC |
| **Grievance #** : 1491 | **Grievance Date** : 01/20/2004 | **Category** : Individual |
| **Status** : Non Grievable | **Resolution Status :** | **Resol. Date** : |
| **Grievance Type:** Staff Issues | **Incident Date** : 01/20/2004 | **Incident Time :** 11:00 |
| **IGC** : Davis, Jill D | **Housing Location :** Bldg 17, Upper, Tier D, Cell 4, Single |

**Description of Complaint:** I/M CAME BACK TO CELL AFTER DENTIST AND OFFICER TOLD HIM FOOD WOULD BE IN HIS CELL AND IT WASN'T;  I/M WANTS THIS CRUEL AND UNUSUAL PUNISHMENT TO STOP

**Remedy Requested** : I/M'S CANNOT REQUEST OR DEMAND DISCIPLINARY ACTION ON STAFF

| | |
|---|---|
| **Medical Grievance :** NO | **Date Received by Medical Unit :** |
| **Investigation Sent :** | **Investigation Sent To** : |
| **Grievance Amount :** | |

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 09/10/2004

# INFORMAL RESOLUTION

| | | |
|---|---|---|
| **Offender Name :** MELENDEZ, ANIBAL G | **SBI#** : 00337929 | **Institution** : DCC |
| **Grievance #** : 1491 | **Grievance Date** : 01/20/2004 | **Category** : Individual |
| **Status** : Non Grievable | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Staff Issues | **Incident Date** : 01/20/2004 | **Incident Time :** 11:00 |
| **IGC** : Davis, Jill D | **Housing Location :** Bldg 17, Upper, Tier D, Cell 4, Single | |

**Offender's Signature:**_____

**Date**            :_____

**Witness (Officer)**    :_____

FORM #585

**MEDICAL GRIEVANCE**

*17*

RECEIVED
OCT 2 9 2003
By _____

FACILITY: J.C.C.

INMATE'S NAME: Ambal Melendez

HOUSING UNIT: 17 CULL

DATE SUBMITTED: 10/22/03

SBI#: 337929

CASE #: Med0310073

///////////////////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: 10/31/03 - 10:00 A.M.

TYPE OF MEDICAL PROBLEM:

I went to the dentis yesterday and c/o brought me back because I couldn't walk fast with shackles on he say I took to long to sit on the dentis chair he make it see like q was q big deal and now I was dinied my dental care

SIGNED OFF
NOV 14 2003

GRIEVANT'S SIGNATURE: _____ DATE: 10/22/03

ACTION REQUESTED BY GRIEVANT: I went see the dentis as soon as possible my problem its getting worst

RECEIVED
OCT 2 7 2003
Inmate Grievance Office

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

MEDICAL GRIEVANCE FORM #585
Page two

## SECTION #2

**IF GRIEVANT DOES NOT AGREE TO THE DECISION OF THE MEDICAL GRIEVANCE COMMITTEE THEY MUST RESPOND , IN WRITTING , WITHIN TWO DAYS OF THE RECIEPT OF THE DECISION. SPACE FOR AN APPEAL HAS BEEN PROVIDED ON THIS FORM IN SECTION #3.**

RESPONSE BY M.G.C.: _____

_____

_____

_____

_____

_____

_____

_____

DATE RECIEVED BY GRIEVVANT: _____ GRIEVANT SIGNATURE: _____

DOES GRIEVANT ACCEPT M.G.C. DECISION? __X__ (YES) _____(NO)

## SECTION #3

IF YOU WISH TO APPEAL PLEASE USE THE SPACE PROVIDED BELOW:TO EXPLAIN WHY:

_____

_____

_____

_____

_____

_____

_____

GRIEVANT'S SIGNATURE: _____    DATE:_____

ORIGINAL: INSTITUTION FILE                    COPY: GRIEVANT

**First Correctional Medical**
1575 McKee Rd #201
Dover, DE 19904



Inmate Name: Melendez, Anibal
Inmate Number: 337929
Case Number: Med 0310073

## GRIEVANCE RESPONSE:

☐ **Submit a sick call request.** A review of your medical record does not show a sick call request has been submitted for this specific problem. Please follow proper sick call procedures. _____

_____

☐ **You are scheduled to see a provider.** A review of your medical record shows that a sick call slip was submitted for this specific problem. Please monitor the medical appointment lists for your name. _____

_____

☐ **Your meds are ready for pick-up.** Your KOP meds are in and ready to be picked up. Please check the daily med pick-up list for your name. _____

☐ **Vulgar, abusive or threatening language.** The language that is unacceptable is highlighted. The grievance can be resubmitted omitting the offensive language.

☐ **Duplicate grievance.** This issue has been addressed previously. _____

_____

☒ **Resolved.** The issue has already been resolved. If you have further issues, please submit a sick call request. On 11-4-03 inmate Melendez was seen in dental, and at this visit Dr. Robinson filled #2. Inmate Melendez is scheduled for more fillings
☐ **Other:** in Dec. 2003.

_____

Signature _Jo Robinson_    Date: _11-4-03_

Sent to Seacout
1/18/04

**FORM #175**

**INMATE GRIEVANCE HOUSING UNIT INVESTIGATION REPORT**

**THIS FORM MUST BE COMPLETED *WITHIN 3 CALENDAR DAYS* OF RECIEPT FROM I.G.C.**

INMATE: Melendez, Anibal     S.B.I # 00337929

CASE#: 0310030     DATE RECEIVED FROM I.G.C.: _____

HOUSING UNIT: 17

**FACTS/DETAILS DETERMINED BY THE INVESTIGATOR:**

On the mail issue 4x12 Staff will monitor any problems with missing mail in the future. I/m Melendez States only 1 to 2 piece's of mail did not get delivered. As for the rest of the issues, I/m Melendez stated it's A 8x4 problem me will be refered to that shift for investigation.

Lt. Slate

Inmate was advised that legal phone calls are given 24 hrs ahead of time so as contact said lawyer. Recreation is given every other day and staff Log all recreations times. Inmate refuses to sign off on this grievance no matter what I say

LT. Slate Seacccl
2/15/04

Reviewed Capt 2/16/04
Note

April '98 REV

## FORM #584

### GRIEVANCE FORM

FACILITY: D.C.C.                                    DATE: 10/21/03

GRIEVANT'S NAME: Anibal Melendez    SBI#: 337929

CASE#: 0310030                           TIME OF INCIDENT:

HOUSING UNIT: 17 CU 11

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

For the past couple of month c/o's had take my recreation, lunch, mail, legal phone calls and medical needs. I said c/o's because they don't wear I.D's and I don't know their names. this is and unusual and cruel punishment & needs to stops

ACTION REQUESTED BY GRIEVANT: I want this unusual and cruel punishment to stops

GRIEVANT'S SIGNATURE: _____    DATE: 10/21/03

WAS AN INFORMAL RESOLUTION ACCEPTED? _____ (YES)  _____ (NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

**RECEIVED**

OCT 2 7 2003

Inmate Grievance Office

**FORM #585**

**MEDICAL GRIEVANCE**

FACILITY: D. C. C.                         DATE SUBMITTED: 10/2/03

INMATE'S NAME: Anibal Melendez              SBI#: 337929

HOUSING UNIT: 17 C U 11                     CASE #: Med 0310065

//////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

**SECTION #1**

DATE & TIME OF MEDICAL INCIDENT: _____

TYPE OF MEDICAL PROBLEM: on the list

I was put to see the dentis 1 month ago and I haven't see the dentis yet and my problem it getting worst

SIGNED OFF

**OCT 2 4 2003**

GRIEVANT'S SIGNATURE: _____  DATE: 10/2/03

ACTION REQUESTED BY GRIEVANT: I need to see the dentis as soon as possible

DATE RECEIVED BY MEDICAL UNIT: _____

RECEIVED
OCT 1 0 2003
Inmate Grievance Office

RECEIVED
OCT 1 4 2003
BY

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

## FORM #584

## GRIEVANCE FORM

FACILITY: _J·C·C_          DATE: _8/24/03_

GRIEVANT'S NAME: _Anibal Melendez_     SBI#: _337929_

CASE#: _Med 0309080_     TIME OF INCIDENT: _____

HOUSING UNIT: _17 & C U11_

**BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.**

_I was put in on the list to see the dentis a month ago and my dentil problem its getting woose I need to see the dentis as soon as possible_

ACTION REQUESTED BY GRIEVANT: _I need to see the dentis as soon as possible_

GRIEVANT'S SIGNATURE: _____     DATE: _8/24/03_

WAS AN INFORMAL RESOLUTION ACCEPTED?     _____(YES)     _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____     DATE:_____

**IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED
SEP 2 9 2003

**First Correctional Medical**
1575 McKee Rd #201
Dover, DE 19904



Inmate Name: _Melendez, Anibal_
Inmate Number: _337929_
Case Number: _MED 0306001_

## GRIEVANCE RESPONSE:

[✓] **Submit a sick call request.** A review of your medical record does not show a sick call request has been submitted for this specific problem. Please follow proper sick call procedures. _Last sick-call received for Dental was Nov. 2002, please submit a sick-call to the Dental Clinic_

[ ] **You are scheduled to see a provider.** A review of your medical record shows that a sick call slip was submitted for this specific problem. Please monitor the medical appointment lists for your name._____

[ ] **Your meds are ready for pick-up.** Your KOP meds are in and ready to be picked up. Please check the daily med pick-up list for your name.

[ ] **Vulgar, abusive or threatening language.** The language that is unacceptable is highlighted. The grievance can be resubmitted omitting the offensive language.

[ ] ~~**Duplicate grievance.** This issue has been addressed previously.~~_____

[ ] **Resolved.** The issue has already been resolved. If you have further issues, please submit a sick call request._____

[ ] **Other:**_____

Signature _Brenda Holwerda RN_ Date: _July 22. 2003_

**FORM #585**

**MEDICAL GRIEVANCE**

FACILITY: D.C.C.                                    DATE SUBMITTED: 6/2/03

INMATE'S NAME: Anibal Melendez                SBI#: 337589

HOUSING UNIT: Shu CUII                         CASE #: Med 030600l

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

**SECTION #1**

DATE & TIME OF MEDICAL INCIDENT: _____

TYPE OF MEDICAL PROBLEM:

I Have several teeth broken in Half and (2) two missing
the dentist refuse to fix them for whatever may be the
resond. I'm serving a(YP)years sentence confirment to this prison
and my teeth were broken during my arrest and I'm bee in
costudy ever since and I need to get my teeth fix

GRIEVANT'S SIGNATURE:_____        DATE:_____

ACTION REQUESTED BY GRIEVANT: I need to get my teeth fix

DATE RECEIVED BY MEDICAL UNIT: _____

**RECEIVED**

JUN 0 2 2003

Inmate Grievance Office

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
DELAWARE CORRECTIONAL CENTER
**OFFICE OF THE INMATE GRIEVANCE CHAIRPERSON**
1181 Paddock Road
SMYRNA, DELAWARE 19977

## MEMORANDUM

To:     Inmate   Melendez, Anibal          21

From:   Cpl. L. M. Merson, Inmate Grievance Chairperson

Date:   Monday, June 02, 2003

RE:     Grievance

The grievance submitted by you Dated:  05/21/03 is being returned to you for the following reason(s):

_____    The complaint was addressed by the IGC:

_____    Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff, and the public.

_____    Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the DCC Classification Office within 7 days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

__X__    Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED following the Correctional Code of Penal Discipline. Attached is a blank Appeal Form. Complete it and mail it to the DCC Hearing Office within 24 hours of receiving this form.

_____    Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the Board's decision, expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole; Carvel State Office Bldg.; 820 N. French Street, 5th Floor; Wilmington, DE 19801.

_____    Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff, **WRITE A LETTER** to that person's supervisor; in this case, that is:

_____    This is an issue/complaint that has already been grieved by you or another inmate.

_____    Grievance is unacceptable because it has passed the seven day time frame allotted to file a grievance.

_____    The grievance is a photocopy, carbon copy, written in pencil, red ink or is illegible. Original grievance forms only and they must be written in Black or Dark Blue Ink.

_____    This complaint is addressed in the housing rules for your housing unit. Refer to the Housing Rules, page ____, for clarification and/or direction.

_____    Action Request is inappropriate or not completed. Inmate must make an actual request; such as, request that an investigation be conducted (inmates are not forwarded results of investigations that involve staff conduct).

_____    Documentation must be **attached to the grievance** when it is resubmitted that supports allegations/complaint; such as commissary receipts, Form 537, etc. The IGC will make copies of items submitted with the grievance and return the originals to the inmate.

_____    Other:
cc: inmate
Original: file

**FORM   #584**

**GRIEVANCE FORM**

FACILITY: D C C.                               DATE: 5/21/03

GRIEVANT'S NAME: Anibal Melendez        SBI#: 337929

CASE#: _____                  TIME OF INCIDENT: 9:30

HOUSING UNIT: Shu C011  MH21

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

on the above date & time C/o Payne & another officer
shut down my cell on a basic routine &, they took away
my deodorant & soap that I buy at the store because I
had an extra deodorant & soap But I pay for this stuff
and I want him to replace my stuff back

ACTION REQUESTED BY GRIEVANT: I want my clear stick deodorant
& my dove soap back

GRIEVANT'S SIGNATURE: _____    DATE: 5/21/03

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)   _____(NO)

(COMPLETE  ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

**RECEIVED**
**JUN 0 2 2003**
**Inmate Grievance Office**

Form #: 126

## DISCIPLINARY HEARING APPEAL FORM

You have the right to appeal the decision of the Hearing Officer to the Commissioner of the Department of Correction, or his designee. Execution of any sanction imposed by the Hearing Officer shall be automatically stayed for seventy-two (72) hours immediately following the hearing (UNLESS) YOU INDICATE ON THIS FORM THAT YOU DO NOT WANT to appeal. If you do not file an appeal within seventy-two (72) hours, or if you indicate on this form that you do not want to appeal, the sanction shall be carried out immediately. -

[ ] Yes, I do want to appeal                      RE: DISCIPLINARY HEARING

[ ] No, I do not want to appeal

| Case Number |
| --- |
| Date of Hearing |
| Time of Hearing |

I want the decision of the Hearing Officer to be:

   [ ] Reversed, and/or

   [ ] Remanded for further proceedings

My reason for making this appeal are:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____                 _____
DATE                                              (SIGNATURE)

(To file this appeal, give it to _____).
*The 72-hour time limit will run only while you are incarcerated.

FIRST CORRECTIONAL MEDICAL Delaware LLC
Nursing Supervisor, MSC, Bldg. # 20
1181 Paddock, Rd.
Smyrna, DE. 19977
PH:    302-653-9261 ex. 2360
FAX:  302-659-5051



# Memo

To: Anibal Melendez, SBI # 337929, Building SHU 17

From: Brenda Holwerda, RN, MSC NS

Re: Medical Grievance

Date: May 28, 2003

CC: File

Mr. Melendez, on review of your medical grievance and medical record, it is noted that you are on the list to be seen by the Dental surgeon. You will be scheduled as soon as possible.

If I can be of further assistance, please do not hesitate to contact me.

FIRST CORRECTIONAL MEDICAL Delaware LLC
Nursing Supervisor, MSC, Bldg. # 20
1181 Paddock, Rd.
Smyrna, DE. 19977
PH:    302-653-9261 ex. 2360
FAX:  302-659-5051



# Memo



To: Anibal Melendez, SBI # 337929, Building SHU 17

From: Brenda Holwerda, RN, MSC NS

Re: Medical Grievance

Date: May 28, 2003

CC:  File

Mr. Melendez, on review of your medical grievance and medical record, it is noted that you are on the list to be seen by the Dental surgeon. You will be scheduled as soon as possible.

If I can be of further assistance, please do not hesitate to contact me.

FIRST CORRECTIONAL MEDICAL Delaware LLC
Nursing Supervisor, MSC, Bldg. # 20
1181 Paddock, Rd.
Smyrna, DE. 19977
PH:    302-653-9261 ex. 2360
FAX:   302-659-5051



# Memo

To: Aníbal Melendez, SBI # 337929, Building SHU 17

From: Brenda Holwerda, RN, MSC NS

Re: Medical Grievance

Date: May 28, 2003

CC: File

Mr. Melendez, on review of your medical grievance and medical record, it is noted that you are on the list to be seen by the Dental surgeon. You will be scheduled as soon as possible.

If I can be of further assistance, please do not hesitate to contact me.

## FORM #585

## MEDICAL GRIEVANCE

FACILITY: D.C.C.                                  DATE SUBMITTED: 8/22/03

INMATE'S NAME: Anibal Melendez            SBI#: 337929

HOUSING UNIT: C-611 - 17                     CASE #: _____

///////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

### SECTION #1

DATE & TIME OF MEDICAL INCIDENT: _____

TYPE OF MEDICAL PROBLEM:

I had a Dentist appointment 3 mouth ago and I had not see the Dentist yet

GRIEVANT'S SIGNATURE: _____          DATE: 8/22/03

ACTION REQUESTED BY GRIEVANT: I want to see a Dentist

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

cc: file
mccoln

FIRST CORRECTIONAL MEDICAL Delaware LLC
Nursing Supervisor, MSC, Bldg. # 20
1181 Paddock, Rd.
Smyrna, DE. 19977
PH:   302-653-9261 ex. 2360
FAX:  302-659-5051



# Memo

---

To: Eric McCollister, SBI # 195771, Building MHU 22

---

From: Brenda Holwerda, RN, MSC NS

---

Re: Medical Grievance, MED:

---

Date: May 23, 2003

---

CC: File

---

Mr. McCollister, on review of your grievance, I am requesting that you submit a copy of your charge slip and a copy of your account roster. I will be happy to review them and let you know if I can assist you.

If I can be of further assistance, please do not hesitate to contact me.

FIRST CORRECTIONAL MEDICAL Delaware LLC
Nursing Supervisor, MSC, Bldg. # 20
1181 Paddock, Rd.
Smyrna, DE. 19977
PH:    302-653-9261 ex. 2360
FAX:  302-659-5051



# Memo 

To: Eric McCollister, SBI # 195771, Building MHU 22

From: Brenda Holwerda, RN, MSC NS

Re: Medical Grievance, MED:

Date: May 23, 2003

CC:  File

Mr. McCollister, on review of your grievance, I am requesting that you submit a copy of
your charge slip and a copy of your account roster.  I will be happy to review them and let
you know if I can assist you.

If I can be of further assistance, please do not hesitate to contact me.

**FORM #585**

**MEDICAL GRIEVANCE**

FACILITY: _D.C.C._

INMATE'S NAME: _E. McCollister_

HOUSING UNIT: _# 22   D-tier_

DATE SUBMITTED: _5/12/03_

SBI#: _195771_

CASE #: _____

**SECTION #1**

DATE & TIME OF MEDICAL INCIDENT: _____

TYPE OF MEDICAL PROBLEM: _I am being charged "$4⁰⁰" dollars for a dental sick call, but this is a recurring problem, My filling that the dentist put in fell out, I should not be charged for this visit and I would like this to be taken off record; also I didn't sign my name to form ..._

DECEIVED
MAY 1 2 2002
By

GRIEVANT'S SIGNATURE: _Eric McCollister_    DATE: _5/12/03_

ACTION REQUESTED BY GRIEVANT: _To NOT BE CHARGED FOR VISIT... TO SEE THE DENTIST ...._

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

# MEMORANDUM

To:  Captain _Belanger_ or Supervisor _____

From: Officer L.M. Merson, Inmate Grievance Chairperson

Date: _3/24/03_                    _Reviewed 3/31/03_
                                   _(Capt B)_

Re:  Attached Inmate Grievance

Attached is Inmate Grievance No. _0303056_ which is due to be
returned to me by _3/28/03_ (72 hours from this date).

═══════════════════════════════════════════

To:  _Lt. Welcome_ _____

From: Captain _Belanger_ or Supervisor _____

Date: _03-28-03_

Re:  Attached Inmate Grievance

Attached is Inmate Grievance No. _0303056_ which is due to be
returned to me by _03-30-03_ (48 hours from this date). You are to
accomplish the first step investigation in the inmate grievance process by thoroughly
investigating the grievance, providing written findings relative to the grievance, and attaching
all documentation supporting the written findings. If there is an informal resolution reached,
the inmate must sign the Forms No. 584 and 175 acknowledging an informal resolution. The
resolution agreed upon must be clearly stated. Findings are to include facts only — not
opinions. While investigating the grievance, here are some points to consider:

_Lt. Welcome_                    _3/26/03_    SIGNED OFF
       _Please handle —_                      APR 24 2003

       _Cno B.B_

                    _Resolved 03-28-03 Lt. Welcome_

**Attachment**                              FORM#: 576(11/99)

**FORM   #584**

**GRIEVANCE FORM**

FACILITY: _D.C.C._                          DATE: _3/16/03_

GRIEVANT'S NAME: _Anibal Melendez_    SBI#: _337929_

CASE#: _0303056_                          TIME OF INCIDENT: _____

HOUSING UNIT: _Shu C U11 17_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

_The reason is I have a mattress that is_
_foul smelling and is tore up. It is not_
_like the rest of these mattress's around_
_the tier. I have a back Ache every morning_
_after I sleep on it. It is like basicly_
_sleeping on nothing. I would appreciate_
_a new one as soon as possible !!_
_                                    Thank you_

ACTION REQUESTED BY GRIEVANT: _I want a change of mattres_

GRIEVANT'S SIGNATURE: _Anibal Melendez_    DATE: _3-18-03_

WAS AN INFORMAL RESOLUTION ACCEPTED?    _✓_(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _03-28-03_

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED
MAR 2 4 2003
Inmate Grievance Office

## Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven(7) days from the date of the occurance or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be recieved during the next working day.

---

## Return of Unprocessed Grievance

<u>Intake Action:</u> This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

_____ **Vulgar/Abusive or Threatening Language.** The language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_____ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed. _____ Disciplinary Action    _____ Parole Decision _____ Classification Action

_____ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

_____ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance # _____.

_____ **Original Grievances must be submitted to the Inmate Grievance Chairperson.** Photocopies are <u>not</u> accepted.

_____ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

_____ **Expired filing period.** Grievance exceeds seven(7) days from date of occurrence.

_____          _____
Inmate Grievance Chairperson                                    Date

Form#: 584 (F&B)
(Reverse Revised July '99)

## FORM # 175

## INMATE GRIEVANCE HOUSING UNIT INVESTIGATION REPORT

## THIS FORM MUST BE COMPLETED **WITHIN 3 CALENDAR DAYS** OF RECIEPT FROM I.G.C.

**INMATE:** Anibal Melendez      **S.B.I.** 337929

**CASE#:** 0303056      **DATE RECEIVED FROM I.G.C.:** 03-28-03

**HOUSING UNIT:** SHU 17CU11

---

### FACTS / DETAILS DETERMINED BY THE INVESTIGATOR:

I examined the Inmates mattress. It did appear somewhat worn, and stained. I replaced it with another mattress. Inmate was satisfied with this, and signed of on the grievance as resolved.

April '98  REV

**FORM # 175**
**Inmate Grievance Housing Unit Investigation Report**

**Page Two**

INVESTIGATOR (SHIFT LEADER):__Lt. Michael Welcome_____    DATE:___March 28th 2003____

**IF REFERRED TO THE NEXT SHIFT LEADER EXPLAIN WHY:**

DATE FORWARDED TO I.G.C.:____March 28th 2003_____

STAFF SIGNATURE:_____*Lt. Mluk Welcome*_____

# MEMORANDUM

**To:**   **Captain** _____ **or Supervisor** *Hampton)*

**From:** Officer, L.M. Merson, **Inmate Grievance Chairperson**

**Date:** _9/23/02_____

**Re:**   **Attached Inmate Grievance**

Attached is Inmate Grievance No. _MED 0209012_ which is due to be returned to me by _9/27/02_ (72 hours from this date).

═══════════════════════════════════════════

**To:** _____

**From: Captain** _____ **or Supervisor** _____

**Date:** _____

**Re:**   **Attached Inmate Grievance**

Attached is Inmate Grievance No. _____ which is due to be returned to me by _____ (48 hours from this date).  You are to accomplish the first step investigation in the inmate grievance process by thoroughly investigating the grievance, providing written findings relative to the grievance, and attaching all documentation supporting the written findings.  If there is an informal resolution reached, the inmate must sign the Forms No. 584 and 175 acknowledging an informal resolution.  The resolution agreed upon must be clearly stated.  Findings are to include facts only — not opinions.  While investigating the grievance, here are some points to consider:

_____

_____

_____    RECEIVED

_____    SEP-2-3-2002

CLOSED                                      By_____

OCT 3 1 2002

_____

**Attachment**                                    FORM#: 576(11/99)

FIRST CORRECTIONAL MEDICAL Delaware LLC
1181 Paddock Rd.
Smyrna, DE 19977
PH:   302-659-6054
FAX:  302-659-5051

# Memo




To:    Inmate Anibal Melendez SBI# 337929

From: Robert Hampton, RN HSA

Date: 10/2/02

Re:    Grievance MED0209012          CC: file

Found no evidence of sick call requests on your chart. I did note there was a time in your past where you took psyche medications so I made a referral for to mental health department. If this is not what you are requesting to be done, please submit a sick call request with related symptoms to medical.

Thank you,

Robert Hampton, RN

Robert Hampton RN HSA

**DELAWARE CORRECTIONAL CENTER
INMATE GRIEVANCE OFFICE**

# Memo

To:     I/M    Melendez, Anibal        MHU21

From:   Corporal L. M. Merson, I. G. C.

Date:   Thursday, November 07, 2002

Re:     Grievance # MED0209012

---

This is the level one response to the above grievance(s).  The grievance(s) is/are closed.
Thank You.

cc:  File

# MEMORANDUM

*A Melendez*

To:    Captain _____ or Supervisor *Little* _____

From: Officer L.M. Merson, Inmate Grievance Chairperson

Date: *9/23/02* _____

Re:    Attached Inmate Grievance

Attached is Inmate Grievance No. *0209044* _____ which is due to be
returned to me by *9/27/02* _____ (72 hours from this date).

═══════════════════════════════════════

To:    _____

From: Captain _____ or Supervisor _____

Date: _____

Re:    Attached Inmate Grievance

Attached is Inmate Grievance No. _____ which is due to be
returned to me by _____ (48 hours from this date).   You are to
accomplish the first step investigation in the inmate grievance process by thoroughly
investigating the grievance, providing written findings relative to the grievance, and attaching
all documentation supporting the written findings.  If there is an informal resolution reached,
the inmate must sign the Forms No. 584 and 175 acknowledging an informal resolution.  The
resolution agreed upon must be clearly stated.  Findings are to include facts only — not
opinions.  While investigating the grievance, here are some points to consider:

*M.H.U. Law library has no appointment slips for this inmate. However to resolve this grievance, inmate Melendez will beg scheduled two appt's in the Law Library during the week of 9-30-02. Make sure to check the schedule.*

**RESOLVED**
**OCT 03 2002**

*Mike*

Attachment

FORM#: 576(11/99)

## FORM #584

### GRIEVANCE FORM

FACILITY: D.C.C.                    DATE: 9/19/02

GRIEVANT'S NAME: Anibal Melendez    SBI#: 332929

CASE#: 0209044                      TIME OF INCIDENT:

HOUSING UNIT: MHU-M #21

**BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.**

I put a law Labrary slip 2 weeks a go and I have not being schedule yet I have to go A.S.A.P. is very importan by my Life is on the line.

ACTION REQUESTED BY GRIEVANT: I would like to go to the law Labrary A.S.A.P.

GRIEVANT'S SIGNATURE: _____    DATE: 9/19/02

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

**RECEIVED**
**SEP 23 2002**
**Inmate Grievance Office**

**IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

**DELAWARE CORRECTIONAL CENTER
INMATE GRIEVANCE OFFICE**

# Memo

To:     I/M melendez, Anibal     MH21

From:   Corporal L. M. Merson, I. G. C.

Date:   Friday, October 04, 2002

Re:     Grievance # 0209044

This is the level one response to the above grievance(s).  The grievance(s) is/are resolved.

Thank You.

cc:   File

## MEMORANDUM

To:    Captain _____ or Supervisor *Hampton Dental*

From:  Officer L.M. Merson, Inmate Grievance Chairperson

Date:  12/18/02

Re:    Attached Inmate Grievance

Attached is Inmate Grievance No. *MED0212029* which is due to be returned to me by 12/24/02 (72 hours from this date).

─────────────────────────────────────────

To:    _____

From:  Captain _____ or Supervisor _____

Date:  _____

Re:    Attached Inmate Grievance

Attached is Inmate Grievance No. _____ which is due to be returned to me by _____ (48 hours from this date). You are to accomplish the first step investigation in the inmate grievance process by thoroughly investigating the grievance, providing written findings relative to the grievance, and attaching all documentation supporting the written findings. If there is an informal resolution reached, the inmate must sign the Forms No. 584 and 175 acknowledging an informal resolution. The resolution agreed upon must be clearly stated. Findings are to include facts only — not opinions. While investigating the grievance, here are some points to consider:

*RESOLVED DEC 2 3 2002*

*RECEIVED DEC 1 9 2002 By*

**Attachment**                                FORM#: 576(11/99)

**FORM  #584**

**GRIEVANCE FORM**

FACILITY: DCC _____     DATE: 12/16/02 _____

GRIEVANT'S NAME: Anibal Melendez     SBI#: 337949 _____

CASE#: MED0212089 _____     TIME OF INCIDENT: _____

HOUSING UNIT: DC1 - 21 _____

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

I put a sick cell slip for my dental care
1 month ago And I haven't receive dental attention

ACTION REQUESTED BY GRIEVANT: I would like to recieve
dental care attention

GRIEVANT'S  SIGNATURE: _____     DATE: _____

WAS AN INFORMAL RESOLUTION ACCEPTED?     _____(YES)     _____(NO)

(COMPLETE  ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____     DATE: _____

**RECEIVED**

**DEC 1 8 2002**

**Inmate Grievance Office**

IF UNRESOLVED, YOU ARE  ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

TO:  Officer L. M. Merson, Inmate Grievance Chairperson

FROM:  Juanita Clark, DA

DATE:  12-19-02

RE:  Inmate Grievance MED#0212029

On 12-18-02, inmate Anibal Melendez was seen in dental sick call.  At the time of inmate Melendez visit he was triaged, and it was explained to him that he needed multiple extractions, his name was placed on the list for the oral surgeon.  Dr. Robinson asked inmate Melendez if he needed any pain medication he said no.  Inmate Melendez name will be on the next oral surgeon list for MHU in January 2003.

# Memo

To:      I/M   Melendez, Anibal          MH21
From:    Corporal L. M. Merson, I. G. C.
Date:    Monday, December 23, 2002
Re:      Grievance #MED  0212029

---

This is the level one response to the above grievance(s). The grievance(s) is/are resolved.
Thank You.

cc:   File