IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANIBAL MELENDEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 04-193-SLR |
| | ) | |
| WARDEN CARROLL, LARRY MCGUIGAN, NURSE BRYANT, LT. STANTON, CPT MERSON, CPT. SAGAR, NATE GARDELS, CPT. BELANGER, MICHAEL ALLEN, and INTERNAL AFFAIRS, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT LT. JAMES STANTON'S ANSWER TO AMENDED COMPLAINT**

COMES NOW Defendant Lt. James Stanton, by and through the undersigned counsel, and hereby answers the Complaint as follows:

27.   Answering Defendant is without sufficient information to admit or deny the allegations set forth in this paragraph.

28.   Denied.

29.   Denied as to Defendant Lt. James Stanton. It is specifically denied that Defendant Lt. James Stanton engaged in any wrongdoing towards Plaintiff or caused any injury to Plaintiff. Defendant is without sufficient information to admit or deny the remaining allegations set forth in this paragraph.

30.   Denied as to Defendant Lt. James Stanton. It is specifically denied that Defendant Lt. James Stanton engaged in any wrongdoing towards Plaintiff or caused any injury to Plaintiff. Defendant is without sufficient information to admit or deny the remaining allegations set forth in this paragraph.

## RELIEF

1. It is specifically denied that plaintiff is entitled to compensatory damages or punitive damages.

2. It is specifically denied that plaintiff is entitled to injunctive or any other relief.

## AFFIRMATIVE DEFENSES

3. Plaintiff has failed to state a claim upon which relief can be granted.

4. Plaintiff has failed to exhaust his administrative remedies.

5. Answering Defendant is immune from liability under the Eleventh Amendment.

6. Answering Defendant is entitled to qualified immunity.

7. As to any claims under state law, Answering Defendant is entitled to immunity under the State Tort Claims Act, 10 *Del. C.* § 4001 *et seq.*

8. As to any claims under state law, Answering Defendant is entitled to sovereign immunity in their official capacities.

9. Answering Defendant cannot be held liable in the absence of personal involvement for the alleged constitutional deprivations.

10. To the extent that Plaintiff seeks to hold Answering Defendant liable based on supervisory responsibilities, the doctrine of *respondeat superior* or vicarious liability is not a basis for liability in an action under 42 *U.S.C.* § 1983.

11. Answering Defendant, in his official capacity, is not liable for alleged violations of Plaintiff's constitutional rights as he is not a "person" within the meaning of 42 *U.S.C.* § 1983.

12. Insufficiency of service of process.

13. Insufficiency of process.

14. Lack of jurisdiction over the person and subject matter.

WHEREFORE, Defendant Lt. James Stanton respectfully requests that judgment be entered in his favor and against Plaintiff as to all claims and that attorney fees be awarded to Defendant.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Eileen Kelly
Eileen Kelly
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, Delaware 19801
(302) 577-8400
eileen.kelly@state.de.us

Date: October 4, 2005     Attorney for Defendant Lt. James Stanton

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2005, I electronically filed *Defendant Lt. James Stanton's Answer to the Amended Complaint* with the Clerk of Court using CM/ECF. I hereby certify that on October 4, 2005, I have mailed by United States Postal Service, the document to the following non-registered participant: Anibal Melendez.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us