IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANIBAL MELENDEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 04-193-SLR |
| | ) | |
| WARDEN CARROLL, LARRY MCGUIGAN, BETTY BRIAN, LT. STAIN, CPT MERSON, CPT. SAGAR, NATE GARDELS, CPT. BELANGER, MICHAEL ALLEN, and INTERNAL AFFAIRS, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## STATE DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

COME NOW State Defendants Warden Thomas Carroll, Deputy Warden Larry McGuigan, Lt. James Stanton, Corporal Lise Merson, Captain Clyde Sagers, Officer James Gardels, Captain Joseph Belanger, Officer Michael Allen, and Internal Affairs, by and through the undersigned counsel, and hereby move this Honorable Court to enter an Order granting their Motion for Partial Summary Judgment on the grounds set forth in the accompanying Memorandum of Points and Authorities.

**DEPARTMENT OF JUSTICE**
**STATE OF DELAWARE**

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us

Dated: November 23, 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANIBAL MELENDEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 04-193-SLR |
| | ) | |
| WARDEN CARROLL, LARRY MCGUIGAN, BETTY BRIAN, LT. STAIN, CPT MERSON, CPT. SAGAR, NATE GARDELS, CPT. BELANGER, MICHAEL ALLEN, and INTERNAL AFFAIRS, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## **ORDER**

**IT IS SO ORDERED,** this _____ day of _____, _____ that:

Summary Judgment is entered in favor of State Defendants Correctional Officer James Gardels and Correctional Officer Michael Allen in their official capacities as to all claims; and

Summary Judgment is entered in favor of State Defendants Warden Thomas Carroll, Deputy Warden Larry McGuigan, Lt. James Stanton, Corporal Lise Merson, Captain Clyde Sagers, Captain Joseph Belanger, and Internal Affairs, in their official and individual capacities, as to all claims.

_____
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2005, I electronically filed *State Defendants' Motion for Partial Summary Judgment* with the Clerk of Court using CM/ECF. I hereby certify that on November 23, 2005, I have mailed by United States Postal Service, the document to the following non-registered party: Anibal Melendez.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us