| Incident# | | |
|---|---|---|
| 1007392 | **DCC Delaware Correctional Center**<br>Smyrna Landing Road<br>**SMYRNA DE, 19977**<br>Phone#: 302-653-9261 | Date: 09/08/2004 |

# INCIDENT REPORT

**Group#:** N/A  **Type:** Inmate Involved  **Incident Date:** 12/10/2003  **Time:** 22:15  **Confidential:** No

**Facility:** DCC Delaware Correctional Center  **Followup Required:** Yes
**Incident Location:** Bldg. 17 C Tier
**Location Description:** Cell CU11
**Violated Conditions:** Other

**Description of Incident:**
While conducting a tier check on C tier in Building 17, on the above date and approximate time, I observed S-1 standing on his toilet with a sheet tied around his neck and attempting to tie the sheet to the vent above the toilet. At that time RP confronted S-1 and S-1 stated that he wanted to kill himself. At that time back up was immediately called. Once back up responded the door was opened and RP, W-1, W-2, and W-3 entered the cell. W-1 then talked to S-1 and talked him down off the toilet. S-1 stated that he wanted to kill himself because he did not want to live anymore. S-1 was then instructed instructed to get dressed. Once S-1 was dressed he was instructed to turn around. At that time handcuffs were applied and S-1 was escorted off the tier. S-1 then stood with RP and W-2, while W-1 notified medical. Medical then arrived and examined S-1, at that time it was advised by medical that S-1 be moved to the infirmary to see psychological. S-1 was then placed in observation room while the shift commander is notified.

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| N/A | N/A | N/A |

**Evidence Type:** N/A  **Date Collected:** N/A
**Discovered By:** N/A  **Secured By:** N/A

**Type of Force Used:** [ ] PHYSICAL  [ ] CHEMICAL  [ ] STUN  [ ] OTHER  [ ] CAPSTUN  [X] NONE
**Restraints Used:** handcuffs

**Immediate Action Taken:**
Inmate secured, medical notified, 404 completed

### Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Staff | James, Wood C | N/A | Correctional Officer |
| Subject | Anibal, Melendez G | 00337929 | N/A |
| Witness | Harold, Terhune W III | N/A | CO Corporal/Sgt. - Large Inst. |
| Witness | Russell, Martin S | N/A | Correctional Officer |
| Witness | John, Pancoast | N/A | Correctional Officer |

**Reporting Officer:** Wood, James C (Correctional Officer)  **Entered By:** Wood, James C (Correctional Officer)

### Approval Information

[X] Approved  [ ] Disapproved  **Date:** 12/14/2003  **Approved by:** Pierce, David E Jr. (Shift Commander - Large Inst.)
**Comments:** I/M moved to infirmary by mental health for observation.