STATE OF DELAWARE
DEPARTMENT OF CORRECTION
DELAWARE CORRECTIONAL CENTER
**OFFICE OF THE INMATE GRIEVANCE CHAIRPERSON**
1181 Paddock Road
SMYRNA, DELAWARE 19977

## MEMORANDUM

To: Inmate Melendez, Anabal                INF

From: Cpl. L. M. Merson, Inmate Grievance Chairperson

Date: Monday, January 05, 2004

RE: Grievance

The grievance submitted by you Dated: 12/15/03 is being returned to you for the following reason(s):

___ The complaint was addressed by the IGC:

___ **Security issue** (involves the security and/or **staffing of the Institution** and/or the safety, health, and/or welfare of inmates, staff, and the public.

___ **Classification Issues** (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the DCC Classification Office within 7 days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

___ **Disciplinary Issue:** Disciplinary actions cannot be grieved but must be APPEALED following the Correctional Code of Penal Discipline.

___ **Parole Board Decision:** The inmate must write a letter to the Parole Board within 30 days of the Board's decision, expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole; Carvel State Office Bldg.; 820 N. French Street, 5th Floor; Wilmington, DE 19801.

_X_ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff, **WRITE A LETTER** to that person's supervisor; in this case, that is: Capt. Henry

___ This is an issue/complaint that has already been grieved by you or another inmate.

___ Grievance is unacceptable because it has passed the seven day time frame allotted to file a grievance.

___ The grievance is a photocopy, carbon copy, written in pencil, red ink or **is illegible**. Original grievance forms only and they must be written in Black or Dark Blue Ink.

___ This complaint is addressed in the housing rules for your housing unit. Refer to the Housing Rules, page ___, for clarification and/or direction.

_X_ Action Request is Inappropriate or **not completed.** Inmate must make an actual request; such as, **request that an investigation be conducted** (inmates are not forwarded results of investigations that involve staff conduct).

___ Documentation must be **attached to the grievance** when it is resubmitted that supports allegations/complaint; such as commissary receipts, Form 537, etc. The IGC will make copies of items submitted with the grievance and return the originals to the inmate.

___ Other: *Capt. Sagers -d71*

cc: inmate
Original: file

FORM #584

GRIEVANCE FORM

FACILITY: D C C                                    DATE: 12/15/03

GRIEVANT'S NAME: Anibal Melendez          SBI#: 337909

CASE#: 1216                                        TIME OF INCIDENT: 12/10/03  2:00 pm

HOUSING UNIT: 1A1

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On the 10th day of December C/o nuke & Allen open my cell door & told me "shake down" I turn around to put my jumper on and as I had my back turn c/o nuke came in my cell & attack me causing me going down to the floor & as I was laying on the floor c/o nuke & Allen start to kick me down & punching my face leaving me in some series bruises & injuries

ACTION REQUESTED BY GRIEVANT: _____

GRIEVANT'S SIGNATURE: [signature]          DATE: 12/15/03

WAS AN INFORMAL RESOLUTION ACCEPTED?        ____(YES)    ____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____          DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED
DEC 29 2003
Inmate Grievance Office

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 09/10/2004

# INFORMAL RESOLUTION

| | | |
|---|---|---|
| **Offender Name :** MELENDEZ, ANIBAL G | **SBI# :** 00337929 | **Institution :** DCC |
| **Grievance # :** 1216 | **Grievance Date :** 12/15/2003 | **Category :** Individual |
| **Status :** Non Grievable | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Assault by Staff | **Incident Date :** 12/10/2003 | **Incident Time :** 12:00 |
| **IGC :** Davis, Jill D | **Housing Location :** Bldg 17, Upper, Tier D, Cell 4, Single | |

Offender's Signature:_____

Date               :_____

Witness (Officer)  :_____