| Disciplinary# | DCC Delaware Correctional Center | Date! 09/08/2004 |
|---|---|---|
| 1004679 | Smyrna Landing Road | |

**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

# DISCIPLINARY REPORT

| Disciplinary Type: Class1 | Housing Unit: Bldg 17 | IR#: 1005929 |
|---|---|---|

| SBI# | Inmate Name | Inst. Name | Location Of Incident | Date | Time |
|---|---|---|---|---|---|
| 00337929 | Melendez, Anibal G | DCC | Bldg.17 C Tier | 10/09/2003 | 11:45 |

**Violations:** 1.06/200.203 Disorderly or Threatening Behavior, 2.06/200.108 Failing to Obey an Order

**Witnesses:**1.N/A              2. N/A              3. N/A

### Description of Alleged Violation(s)

Above Date And Time Inmate Melendez Was Given His Food Tray With 5 Pieces Of Bread On It Melendez Refused His Tray Saying He Didn'T Want Any Heels. I Again Tried To Give Him His Tray He Still Refused His Tray. I Then Tried To Shut His Flap But Couldn'T Because Stuck His Had Out The Flap. Melendez Then Grabbed Me Through The Flap By My Shirt. I Then Pulled Away And Tier To Shut The Flap But Couldn'T Beause Melendez Still Had His Hands Sticking Out The Flap. Sgt. George Was Then Notified. Rutkowski Then Responded To C-Tier. Rutkowski Ordered Melendez To Move Hs Hands Which He Did Melendez Was The Shook Down. His Flap Was Then Secured. A Broke Silver Watch Was Found In The Shakedown.
**Reporting Officer:** Gardels, James D (Correctional Officer)

### Immediate Action Taken

Immediate action taken by: Gardels, James D -Correctional Officer

404 122 537 Written

### Offender Disposition Details

Disposition: N/A                    Date:N/A        Time: N/A        Cell secured?  No

Reason: N/A

Disposition Of Evidence: N/A

### Approval Information

Approved: ☑        Disapproved: ☐        Approved By:Little, Michael  (Staff Lt./Lt)

Comments: N/A

### Shift Supervisor Details

Date Received:              Time:              Received From: Rutkowski, Edward S

Shift Supervisor Determination:

[ ]    Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[X]    Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing

_____
Little, Michael  (Staff Lt./Lt)

I have received a copy of this notice on **DATE:**_____ **TIME:** _____ and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

**Preliminary Hearing**
**Officer:** _____    **Offender:** _____
                                                              Melendez, Anibal G