**STATE OF DELAWARE**
DEPARTMENT OF JUSTICE

**CARL C. DANBERG**
Attorney General

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

January 9, 2006

New Castle County/Civil Division

The Honorable Sue L. Robinson
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

    Re:    **Melendez v. Carroll, et al.**
                **C.A. No. 04-193-SLR**

Dear Judge Robinson:

Pursuant to this Court's Order, State Defendants filed their Motion for Summary Judgment in the above-referenced matter on November 23, 2005. [D.I. 57]. Plaintiff's Answering Brief was due December 23, 2005. To date, Plaintiff has not responded to State Defendants' Motion. State Defendants' Reply Brief is due January 10, 2006.

Because Plaintiff did not file an Answering Brief, State Defendants will not be filing a Reply Brief in support of their Motion for Summary Judgment.

Undersigned counsel is available if the Court has any questions.

                                                Respectfully,

                                                /s/ Eileen Kelly
                                                Eileen Kelly
                                                Deputy Attorney General

cc:    Anibal Melendez
        SBI # 00337929