IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Anibal Melendez
v.
SThomas L Carroll et al.

Civ. Act. No. 04-193-SLR

FILED
JAN - 9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Motion for extention of time

Pursuant to Rule 6 of the federal Rules of Civil Procedure, the respondent moves for an extention of time in which to file an answer to the petition. In support there of, the respondent states the followings:

1. The defendant, thomas Carroll et al. has filed Memorandum of points and athorities in support of thier motion for partial Summary Judgment for prisoner civil rights action on November 13, 2005.

2. Plaintiff was sent to isolation where his paper work along with his legal material was held in the property room until the release date of his isolation time and could not answer to this petition in the proper manner as he wish.

3. After this incident the law book he was using for guiance was sent home and he is waiting the return of it because in the maximum security house unit he is in has a very limited access to the law library by mail.

4. This is the plaintiff first time for an extention of time in this case. The request extention will not result in any prejudice to the defendant.

5. In the light of the above, the plaintiff submits that an extension of time to and including today December 23, 2005 is reasonable

Anibal Melendez
1181 Paddock Rd
Smyrna Del 19977

Date - December 23, 2005

I/M Anibal Melendez
SBI# 337436   UNIT SHU
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S. X-RAY

$00.60⁰ JAN 06 2006
MAILED FROM ZIP CODE 19977

Dur

Peter T. Dalleo
844 N King St Lock 18
Wilm, Del 19805