In The United States District Court
For The District Of Delaware

Anibal Melendez
    Plaintiff )
v. )
Warden Thomas Carroll, ) Civ Ac. No. 04-193-SLR
Deputy Warden Larry McGuigen, )
Nurse Betty Brian, )
Leiutenant James Stanton, )
Corp. Lise Merson, Captain )
Clyde Sagers, Officer James )
Gardels, Captain Joeseph Belanger, )
Officer Michael Allen, and )
Internal Affairs. )
    Defendants )
Sued In Their Official And )
Individual Capacities. )

FILED
JAN -9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Motion For Appointment
Of Counsel
_____

1. The Plaintiff Anibal Melendez is Incarcerated in The (SHU) Segregation Housing Units at The Delaware Correctional Center at 1181 Paddock Road, Smyrna De 19977.

2. Plaintiff Melendez filed a Pro-Se Civil Rights Complaint in this Court on March 30, 2004 Pursuant to 42 USC § 1983 Claiming Serious Violations to his Federally Protected Constitutional Rights.

3. The Plaintiffs Claims if Proven, Clearly Rise To The Level of Serious Human Rights Offenses And Are Clearly Illegal Practices In Nature Violating The 8th And 14th Amendments of The U.S. Constitution.

4. Some of The Allegations in Plaintiffs Claims Clearly Have Caused The Plaintiff Melendez Serious Psychological Problems, As is Established By The Record Attached As (Exibits) That Mr. Melendez Attempted Suicide, on 12/10/2003. And Clearly Told Mental Health Employees He "Could Not Be Sent Back To (SHU) Because He Feared that Officers Gardels And Allen Would Kill him.

5. Plaintiff Melendez Filed A Discovery Request Seeking production of Documents pursuant to Fed. R. Civ. Procedure 26(e).

The State is Refusing to Turn over Documents Necisary to Establish and Build Plaintiffs Case which Plaintiff Clearly is Seeking A (Jury Trial). If These Defendants did Nothing Wrong As They Claim, They would Not oppose the Production of Documents!

6. Officer Nate Gardels has other pending Lawsuits Against him in this very Court, which Shows A Pattern of Abuse He Should Know is Illegal.

7. Plaintiff Melendez has no Acess to A Law Library in (Shu) And As Already Shown By Defendants, Melendez will Never Be Given the Documents to Establish his Case which (Clearly) Requires The Expertease of Competant Legal Counsel/Assistance.

8. Pursuant to 28 USC § 1915(e)(1) 2000 Plaintiff Melendez has a Statutory Right To Appointment of Counsel, As longAs he Shows A Colorable Claim.

9. According To HAMILTON v. LEAVY 117 F.3d 742, 749 (3d Cir 1997) Appointment of Counsel was Appropriate because plaintiff Presented A Colorable Claim, And was ill-Equiped to Represent hiself

because he suffered from paranoid dillusional disorder. (Cleely) The fact that Melendez actually believes that his life is in danger in the (Shu) that he attempted to hang hiself clearly in any trained proffesional medical opinion, would classify as paranoid dillusional disorder, and at the minimum shows that Melendez is in need of appointment of counsel to properly prosecute this claim in court.

10. WHEREFORE, for the foregoing reasons established herein, as well as in the interest of justice, the Plaintiff Anibal Melendez, respectfully asks this court to appoint him the assistance of competant and effective assistance of legal counsel.

DATE: December 14, 2005

Anibal Melendez
SBI# 337929
SHu Building 17. D-upper 12
1181 Paddock Road
Smyrna DE. 19977

## CERTIFICATE OF SERVICE

I, ANIBAL MELENDEZ, hereby certify that I have served a true and correct copies of the attached MOTION FOR APPOINTMENT OF COUNSEL upon the following Parties/persons.

Eileen Kelly
ID# 82884
Deputy Attorney General
Carvel State Building
820 N French Street
6th Floor
Wilm De 19801
(302) 577-8400

Peter T. Dalleo
844 N King St
Wilmington, De. 19805

By Placing same in sealed envelope and depositing same in United States Mail at the Delaware Correctional Center, Smyrna De 19977.

on this ___th___ day of December, 2005

_Anibal Melendez_
1181 Paddock Rd
Smyrna De 19801

