IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANIBAL MELENDEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-193-SLR |
| | ) |
| WARDEN CARROLL, LARRY | ) |
| MCGUIGAN, BETTY BRIAN, LT. | ) |
| STAIN, CPT. MERSON, CPT. | ) |
| SUGER, NATE GARDELLS, CPT. | ) |
| BELANGER, INTERNAL AFFAIRS, | ) |
| and MICHAEL ALLEN, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 12th day of January, 2006, having reviewed plaintiff's motion for extension of time to respond to the pending motion for partial summary judgment;

IT IS ORDERED that said motion (D.I. 68) is granted and the briefing schedule is amended as follows:

1. Plaintiff's answering brief shall be filed on or before **February 13, 2006**.

2. Defendants' reply brief shall be filed on or before **February 20, 2006**.

                                                           _____
                                                           United States District Judge