# SEALED

# DOCUMENT

EXHIBITS A

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
DELAWARE CORRECTIONAL CENTER
**OFFICE OF THE INMATE GRIEVANCE CHAIRPERSON**
1181 Paddock Road
SMYRNA, DELAWARE 19977

**MEMORANDUM**

To:    Inmate  Melendez, Anabal                    INF

From:  Cpl. L. M. Merson, Inmate Grievance Chairperson

Date:  Monday, January 05, 2004

RE:    Grievance

The grievance submitted by you Dated: 12/15/03 is being returned to you for the following reason(s):

____    The complaint was addressed by the IGC:

____    **Security issue** (involves the security and/or **staffing of the Institution** and/or the safety, health, and/or welfare of inmates, staff, and the public.

____    **Classification issues** (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process.  The inmate must write to the DCC Classification Office within 7 days after the inmate receives the Classification decision.  The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

____    **Disciplinary issue:**  Disciplinary actions cannot be grieved but must be APPEALED following the Correctional Code of Penal Discipline.

____    **Parole Board Decision:**  The inmate must write a letter to the Parole Board within 30 days of the Board's decision, expressing the desire to  appeal the decision and listing the reasons.  The Parole Board's address is:  Board of Parole; Carvel State Office Bldg.; 820 N. French Street, 5th Floor; Wilmington, DE 19801.

_X_    Inmates cannot request or demand disciplinary action on staff.  If you have a complaint regarding staff, **WRITE A LETTER** to that person's supervisor; in this case, that is: Capt. Henry

____    This is an issue/complaint that has already been grieved by you or another inmate.

____    Grievance is unacceptable because it has passed the seven day time frame allotted to file a grievance.

____    The grievance is a photocopy, carbon copy, written in pencil, red ink or **is illegible.** Original grievance forms only and they must be written in Black or Dark Blue Ink.

____    This complaint is addressed in the housing rules for your housing unit.  Refer to the Housing Rules, page ____, for clarification and/or direction.

_X_    Action Request is inappropriate or **not completed.** Inmate must make an actual request; such as, **request that an investigation be conducted** (inmates are not forwarded results of investigations that involve staff conduct).

____    Documentation must be **attached to the grievance** when it is resubmitted that supports allegations/complaint; such as commissary receipts, Form 537, etc.  The IGC will make copies of items submitted with the grievance and return the originals to the inmate.

____    **Other:**  *Appt. Stegens -ført /*
cc: inmate
Original: file

**FORM  #584**

**GRIEVANCE FORM**

FACILITY: D C C                          DATE: 12/15/03

GRIEVANT'S NAME: Anibal Melendez          SBI#: 337909

CASE#: 1216                               TIME OF INCIDENT: 12/10/03  12:00 pm

HOUSING UNIT: 1N

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

On the 10th day of December C/o nuke & Allen
open my cell door & told me "shake down" I
turn around to put my jumper on and as I had
my back turn c/o nuke came in my cell & attack
me causing me going down to the floor & as I was
laying on the floor c/o nuke & Allen start to kick me
down & punching my face Leaving me in some series
bruises & injuries

ACTION REQUESTED BY GRIEVANT: _____

GRIEVANT'S  SIGNATURE: _____    DATE: 12/15/03

WAS AN INFORMAL RESOLUTION ACCEPTED?     _____(YES)   _____(NO)

(COMPLETE  ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____     DATE: _____

IF UNRESOLVED, YOU ARE  ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

2

April '97 REV

**RECEIVED**

DEC 2 9 2003

**Inmate Grievance Office**

**DCC Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

## INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|

**Offender Name :** MELENDEZ, ANIBAL G     **SBI#** : 00337929     **Institution** : DCC

**Grievance #** : 1216     **Grievance Date** : 12/15/2003     **Category** : Individual

**Status** : Non Grievable     **Resolution Status:**     **Inmate Status :**

**Grievance Type:** Assault by Staff     **Incident Date** : 12/10/2003     **Incident Time :** 12:00

**IGC** : Davis, Jill D

**Housing Location :** Bldg 17, Upper, Tier D, Cell 4, Single

| INFORMAL RESOLUTION |
|---|

**Offender's Signature:** _____

**Date** : _____

**Witness (Officer)** : _____

3

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
DELAWARE CORRECTIONAL CENTER
**OFFICE OF THE INMATE GRIEVANCE CHAIRPERSON**
1181 Paddock Road
SMYRNA, DELAWARE 19977

**MEMORANDUM**

To:    Inmate Melendez, Anibal           17        CU4

From:  Cpl. L. M. Merson, Inmate Grievance Chairperson

Date:  Tuesday, February 03, 2004

RE:    Grievance

The grievance submitted by you Dated: 01/20/04 is being returned to you for the following reason(s):

_____   The complaint was addressed by the IGC:

_____   **Security issue** (involves the security and/or **staffing of the Institution** and/or the safety, health, and/or welfare of inmates, staff, and the public.

_____   **Classification issues** (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the DCC Classification Office within 7 days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

_____   **Disciplinary issue:** Disciplinary actions cannot be grieved but must be APPEALED following the Correctional Code of Penal Discipline.

_____   **Parole Board Decision:** The inmate must write a letter to the Parole Board within 30 days of the Board's decision, expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole; Carvel State Office Bldg.; 820 N. French Street, 5th Floor; Wilmington, DE 19801.

__X__   Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff, **WRITE A LETTER** to that person's supervisor; in this case, that is: Capt. Sagers

_____   This is an issue/complaint that has already been grieved by you or another inmate.

_____   Grievance is unacceptable because it has passed the seven day time frame allotted to file a grievance.

_____   The grievance is a photocopy, carbon copy, written in pencil, red ink or **is illegible.** Original grievance forms only and they must be written in Black or Dark Blue Ink.

_____   This complaint is addressed in the housing rules for your housing unit. Refer to the Housing Rules, page _____, for clarification and/or direction.

_____   Action Request is **Inappropriate** or not completed. Inmate must make an actual request; such as, **request that an investigation be conducted** (inmates are not forwarded results of investigations that involve staff conduct).

_____   Documentation must be **attached to the grievance** when it is resubmitted that supports allegations/complaint; such as commissary receipts, Form 537, etc. The IGC will make copies of items submitted with the grievance and return the originals to the inmate.

_____   **Other:** _D/w review per -Jj'_

cc: inmate
Original: file

4

## FORM #584

### GRIEVANCE FORM

FACILITY: D.C.C.                  DATE: 1/10/09

GRIEVANT'S NAME: Anibal Melendez    SBI#: 337969

CASE#: 1491                        TIME OF INCIDENT: 1100 hr.

HOUSING UNIT: 17 CU4

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On this date & time I came back from the dentis & on my way back to my hosing uniet I ask C/O Bodney am I going to be eating on my hosre unit? and he say "yes", your food should be inside your cell" and when I came back it wasn't inside my cell & I ask C/O Mardells where is my food & he say "you beat" this is the same C/O that beat me up insidemy cell last month & this is not the first time he beat my for my lunch & in fect this been going on for th last 5 month & noone have done anything about it

ACTION REQUESTED BY GRIEVANT: I want this unuesial & cruel punishment to stop

GRIEVANT'S SIGNATURE: _____    DATE: 1/21/04

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    ✓(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

S

April '97 REV

RECEIVED
FEB 02 2004
Inmate Grievance Office

## Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven(7) days from the date of the occurance or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be recieved during the next working day.

---

## Return of Unprocessed Grievance

Intake Action: This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

_____ **Vulgar/Abusive or Threatening Language.** The language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_____ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed.   _____ Disciplinary Action   _____ Parole Decision   _____ Classification Action

_____ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

_____ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance # _____.

_____ **Original Grievances must be submitted to the Inmate Grievance Chairperson.** Photocopies are not accepted.

_____ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

_____ **Expired filing period.** Grievance exceeds seven(7) days from date of occurrence.

---

Inmate Grievance Chairperson

Date

Form#: 584 (F&B)
(Reverse Revised July '99)

6

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

**Offender Name :** MELENDEZ, ANIBAL G          **SBI#**          :  00337929          **Institution**     : DCC

**Grievance #**     : 1491          **Grievance Date**   : 01/20/2004          **Category**     : Individual

**Status**          : Non Grievable          **Resolution Status :**          **Resol. Date**   :

**Grievance Type:** Staff Issues          **Incident Date**      : 01/20/2004          **Incident Time :** 11:00

**IGC**          : Davis, Jill D          **Housing Location :** Bldg 17, Upper, Tier D, Cell 4, Single

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** I/M CAME BACK TO CELL AFTER DENTIST AND OFFICER TOLD HIM FOOD WOULD BE IN HIS CELL AND IT WASN'T; I/M WANTS THIS CRUEL AND UNUSUAL PUNISHMENT TO STOP

**Remedy Requested**          : I/M'S CANNOT REQUEST OR DEMAND DISCIPLINARY ACTION ON STAFF

### INDIVIDUALS INVOLVED

| Type | SBI# | Name |
|------|------|------|

## ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance :** NO          **Date Received by Medical Unit :**

**Investigation Sent :**          **Investigation Sent To**          :

**Grievance Amount :**

7

**DCC Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 29/10/2004

## INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name :** MELENDEZ, ANIBAL G | **SBI#** : 00337929 | **Institution** : DCC |
| **Grievance #** : 1491 | **Grievance Date** : 01/20/2004 | **Category** : Individual |
| **Status** : Non Grievable | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Staff Issues | **Incident Date** : 01/20/2004 | **Incident Time :** 11:00 |
| **IGC** : Davis, Jill D | **Housing Location :**Bldg 17, Upper, Tier D, Cell 4, Single | |

| INFORMAL RESOLUTION |
|---|

Offender's Signature:_____

Date          :_____

Witness (Officer)    :_____

Y

**Page 2 of 2**

# DELAWARE CORRECTIONAL CENTER
# INMATE GRIEVANCE OFFICE

**To:**    Inmate Melendez, anibal    MH21    DI1

**From:**  Corporal L.M. Merson, Inmate Grievance Chairperson

**Date:**  Tuesday, January 14, 2003

**Re:**    GRIEVANCE (S)

*Reviewed for 1/14/03*

*(Burs 1/19/03)*

## I HAVE RECEIVED YOUR GRIEVANCE (S) DATED 01/08/03 THE GRIEVANCE (S) ARE REJECTED FOR THE FOLLOWING REASON (S):

__ SECURITY ISSUE (INVOLVES THE SECURITY & STAFFING OF THE INSTITUTION AND THE SAFETY, HEALTH AND/OR WELFARE OF INMATES, STAFF AND THE PUBLIC)

_X_ CLASSIFICATION ISSUES (JOBS, TRANSFERS, PROGRAMS, ETC. IT HAS IT'S OWN APPEAL PROCESS. I.B.C.C.: MS. E. STEVENSON, C.I.C.B.: MS. F. LEWIS AND I.R.C.B.: MR. A. RENDINA)

__ DISCIPLINARY ISSUE (M. A. B. WRITE-UP'S HAVE THEIR OWN APPEAL PROCESS. THE HEARING OFFICERS ARE S/LT. B. WILLIAMS AND LT. SCOTT)

_X_ AN INMATE DOES NOT HAVE THE POWER TO REQUEST OR DEMAND DISCIPLINARY ACTION ON STAFF. THE IGC DOES NOT HAVE THE POWER TO HOLD HEARINGS ON STAFF. IF YOU HAVE A COMPLAINT REGARDING STAFF, **WRITE A LETTER** TO THAT PERSONS SUPERVISOR. IN YOUR CASE THAT IS: Capt. Belanger

__ PAROLE BOARD ISSUE.

__ IT IS AN ISSUE THAT HAS ALREADY BEEN GRIEVED BY YOU OR ANOTHER INMATE

__ IT IS UNACCEPTABLE BECAUSE IT HAS PASSED THE SEVEN (7) DAY TIME FRAME ALLOTTED TO FILE A GRIEVANCE.

__ IT IS A **PHOTO COPY**, CARBON COPY, WRITTEN IN PENCIL OR RED INK (SUBMIT ORIGINAL FORMS ONLY, WRITE IN BLACK OR DARK BLUE INK ONLY.)

_X_ OTHER: The IGC does not have the power to press charges.

cc: Inmate

Original: File,

*cc: Major Cunningham*
*Capt. Belanger*

9

**FORM #584**

**GRIEVANCE FORM**

*Duplicate*

FACILITY: D C C.                          DATE: 1/3/04

GRIEVANT'S NAME: Anibal Melendez        SBI#: 337924

CASE#:_____             TIME OF INCIDENT:_____

HOUSING UNIT: 7 C U4

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

I put in a grievance about mistreatmen that
I'm recieving and I still haven't hear from
anybody.

ACTION REQUESTED BY GRIEVANT: I want an resolution for
my problem or a Hearing by the resident grievance
Committe or any kind of resolution.

GRIEVANT'S SIGNATURE:_____     DATE: 1/3/04

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)  ✓ (NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____     DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

10

April '97 REV

RECEIVED

FEB 09 2004

Inmate Grievance Office

Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name :** MELENDEZ, ANIBAL G | **SBI#** : 00337929 | **Institution** : DCC |
| **Grievance #** : 2786 | **Grievance Date** : 04/17/2004 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status :** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 04/17/2004 | **Incident Time :** 00:00 |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg 17, Upper, Tier D, Cell 4, Single |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** I put in a sick call request form stating I have a serious problem with my head. I cannot lay down on my head. I explain to nurse betty brian every time I lay down on my head my head start to hurt. I have to sleep on my face. She told me to take some tylenol I told her it only hurt when i lay down on it , I don't need tylenol. I told her i need to get check. She said I didn't need to get check because it's normal, it happens to her too. I believe something it'sa wrong with me I need to get that check.

**Remedy Requested** : I need to get check for my medical illness.

## INDIVIDUALS INVOLVED

| Type | SBI# | Name |
|---|---|---|

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** YES | **Date Received by Medical Unit :** 04/20/2004 |
| **Investigation Sent :** 04/20/2004 | **Investigation Sent To** : Hastings, Terry L |
| **Grievance Amount :** | |

**DCC   Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 04/26/2004

## INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** MELENDEZ, ANIBAL G | **SBI#**       : 00337929 | **Institution**   : DCC |
| **Grievance #**   : 2786 | **Grievance Date** : 04/17/2004 | **Category**   : Individual |
| **Status**     : Unresolved | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date**   : 04/17/2004 | **Incident Time :** 00:00 |
| **IGC**     : Merson, Lise M | **Housing Location :** Bldg 17, Upper, Tier D, Cell 4, Single | |

### INFORMAL RESOLUTION

**Investigator Name** : Hastings, Terry L          **Date of Report** 04/20/2004

**Investigation Report :**

**Reason for Referring:**

April 26. 2004
Scheduled to be seen by
Dr. from on 4/27/04. bh
Will schedule ī Dr. Ali for
eval of neck pain. bh

**Offender's Signature:** X _[signature]_

**Date** : 4/27/04

**Witness (Officer)** _Brenda L. Holwerda_ MSCNS

Page 2 of 2

NAME: _Melendez, Anibal_  SBI#: _SB 337939_

LOCATION: _Shu  17_    DATE: _4/27/04_

Please schedule with:

MD: _Dr. Ali_

NP/PA: _____

NSC: _____

For: _eval of neck pain_

13

**FORM #585**

**MEDICAL GRIEVANCE**

FACILITY: D. C. C.

INMATE'S NAME: Anibal Melendez

HOUSING UNIT: MBU4

DATE SUBMITTED: 4/17/04

SBI#: 337929

CASE #: 2486

/////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: I don't remember

TYPE OF MEDICAL PROBLEM:

I pot in a sick call request form stating that I have a serious problem with my head I cant not lay down on my head I explain that to the nurse Betty Brian everything I being down on my head my head start to hurt I have to sleep on my face she told my to take some tylenol I told her my head only hurt when I lay down on it I don't need no tylenol I told her I need to get check she said I don't need to get check because its normal it happens to her to. I believe something its wrong with me I need to get flat check

GRIEVANT'S SIGNATURE: Anibal Melendez    DATE: 4/17/04

ACTION REQUESTED BY GRIEVANT: I need to get check for my redical illness

DATE RECEIVED BY MEDICAL UNIT: _____

14

**RECEIVED**

**APR 1 9 2004**

**Inmate Grievance Office**

NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
DELAWARE CORRECTIONAL CENTER
**OFFICE OF THE INMATE GRIEVANCE CHAIRPERSON**
1181 Paddock Road
SMYRNA, DELAWARE 19977

## MEMORANDUM

To:     Inmate  Melendez, Anibal         17        CU4

From:   Cpl. L. M. Merson, Inmate Grievance Chairperson

Date:   Tuesday, February 03, 2004

RE:     Grievance

The grievance submitted by you Dated: 01/20/04 is being returned to you for the following reason(s):

_____   The complaint was addressed by the IGC:

_____   **Security issue** (involves the security and/or **staffing of the Institution** and/or the safety, health, and/or welfare of inmates, staff, and the public.

_____   **Classification issues** (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the DCC Classification Office within 7 days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

_____   **Disciplinary issue:** Disciplinary actions cannot be grieved but must be APPEALED following the Correctional Code of Penal Discipline.

_____   **Parole Board Decision:** The inmate must write a letter to the Parole Board within 30 days of the Board's decision, expressing the desire to  appeal the decision and listing the reasons. The Parole Board's address is:  Board of Parole; Carvel State Office Bldg.; 820 N. French Street, 5th Floor; Wilmington, DE 19801.

__X__   Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff, **WRITE A LETTER** to that person's supervisor; in this case, that is: Capt. Sagers

_____   This is an issue/complaint that has already been grieved by you or another inmate.

_____   Grievance is unacceptable because it has passed the seven day time frame allotted to file a grievance.

_____   The grievance is a photocopy, carbon copy, written in pencil, red ink or **is illegible.**
        Original grievance forms only and they must be written in Black or Dark Blue Ink.

_____   This complaint is addressed in the housing rules for your housing unit.  Refer to the Housing Rules, page ____, for clarification and/or direction.

_____   Action Request is **Inappropriate** or not completed. Inmate must make an actual request; such as, **request that an investigation be conducted** (inmates are not forwarded results of investigations that involve staff conduct).

_____   Documentation must be **attached to the grievance** when it is resubmitted that supports allegations/complaint; such as commissary receipts, Form 537, etc. The IGC will make copies of items submitted with the grievance and return the originals to the inmate.

_____   Other:  *D/U reClarigar -/y*

cc: inmate
Original: file

**FORM  #584**

**GRIEVANCE FORM**

FACILITY: D.C.C.                    DATE: 1/10/04

GRIEVANT'S NAME: Anibal Melendez   SBI#: 337929

CASE#: 1491                         TIME OF INCIDENT: 1100 hr.

HOUSING UNIT: 17 C U4

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

On this date & time I came back from the
dentist & on my way back to my hosing uniet I ask C/o
Rodney am I going to be eating on my hosing unit?
and he say "yes, your food should be inside your cell" and
when I came back it wasn't inside my cell & I ask C/o Mardells
where is my food & he say "you beat" this is the same C/o that
beat me up in my cell each month & this is not the
first time he beat my for my Lunch & in fact this
been going on for the last 5 month & noone have done
any thing about it

ACTION REQUESTED BY GRIEVANT: I want this unusical & cruel cruel
punishment to stop

GRIEVANT'S SIGNATURE: [signature]          DATE: 1/21/04

WAS AN INFORMAL RESOLUTION ACCEPTED?  _____(YES)   ✓ (NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____   DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED
FEB 02 2004
Inmate Grievance Office

**DCC Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** MELENDEZ, ANIBAL G | **SBI#** : 00337929 | **Institution** : DCC |
| **Grievance #** : 1491 | **Grievance Date** : 01/20/2004 | **Category** : Individual |
| **Status** : Non Grievable | **Resolution Status :** | **Resol. Date** : |
| **Grievance Type:** Staff Issues | **Incident Date** : 01/20/2004 | **Incident Time :** 11:00 |
| **IGC** : Davis, Jill D | **Housing Location :** Bldg 17, Upper, Tier D, Cell 4, Single | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** I/M CAME BACK TO CELL AFTER DENTIST AND OFFICER TOLD HIM FOOD WOULD BE IN HIS CELL AND IT WASN'T; I/M WANTS THIS CRUEL AND UNUSUAL PUNISHMENT TO STOP

**Remedy Requested** : I/M'S CANNOT REQUEST OR DEMAND DISCIPLINARY ACTION ON STAFF

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** NO | **Date Received by Medical Unit :** |
| **Investigation Sent :** | **Investigation Sent To** : |
| **Grievance Amount :** | |

**DCC Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

## INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

**Offender Name :** MELENDEZ, ANIBAL G    **SBI#**      : 00337929    **Institution**     : DCC

**Grievance #**     : 1491    **Grievance Date** : 01/20/2004    **Category**    : Individual

**Status**          : Non Grievable    **Resolution Status:**    **Inmate Status :**

**Grievance Type:** Staff Issues    **Incident Date**    : 01/20/2004    **Incident Time :** 11:00

**IGC**             : Davis, Jill D    **Housing Location :** Bldg 17, Upper, Tier D, Cell 4, Single

### INFORMAL RESOLUTION

**Offender's Signature:** _____

**Date**                : _____

**Witness (Officer)**   : _____

$\setminus \gamma$

**FORM #585**

*17*

**MEDICAL GRIEVANCE**

RECEIVED
OCT 2 9 2003
By

FACILITY: __D. C. C.__

INMATE'S NAME: __Ambal Melendez__

HOUSING UNIT: __17 C Ull__

DATE SUBMITTED: __10/22/03__

SBI#: __337929__

CASE #: __Med 0310073__

///////////////////////////////////////////////////////////////////////////////////////////////

**SECTION #1**

DATE & TIME OF MEDICAL INCIDENT: __10/21/03__ - __10:00 A.M.__

TYPE OF MEDICAL PROBLEM:

I went to the dentis yesterday and
C/O brought me back because I couldn't
walk to jast with shackles on he say I
took to long to sit on the dentis chair he
make it see like a was a big deal and
now I was jinied my dental care

SIGNED OFF
NOV 14 2003

GRIEVANT'S SIGNATURE: _____  DATE: __10/22/03__

ACTION REQUESTED BY GRIEVANT: __I want see the dentis as
soon as possible my problem it's getting worst__

RECEIVED
OCT 2 7 2003
Inmate Grievance Office

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

MEDICAL GRIEVANCE FORM #585
Page two

### SECTION #2

IF GRIEVANT DOES NOT AGREE TO THE DECISION OF THE MEDICAL GRIEVANCE COMMITTEE THEY MUST RESPOND , IN WRITTING , WITHIN TWO DAYS OF THE RECIEPT OF THE DECISION. SPACE FOR AN APPEAL HAS BEEN PROVIDED ON THIS FORM IN SECTION #3.

RESPONSE BY M.G.C.:_____

_____

_____

_____

_____

_____

_____

_____

DATE RECIEVED BY GRIEVVANT:_____ GRIEVANT SIGNATURE:_____

DOES GRIEVANT ACCEPT M.G.C. DECISION? __X__(YES) _____(NO)

### SECTION #3

IF YOU WISH TO APPEAL PLEASE USE THE SPACE PROVIDED BELOW:TO EXPLAIN WHY:

_____

_____

_____

_____

_____

_____

_____

GRIEVANT'S SIGNATURE:_____ DATE:_____

e: ORIGINAL: INSTITUTION FILE                              COPY: GRIEVANT

**First Correctional Medical**
1575 McKee Rd #201
Dover, DE 19904



Inmate Name: _Melendez , Anibal_
Inmate Number: _337929_
Case Number: _Med0310073_

## GRIEVANCE RESPONSE:

☐ **Submit a sick call request.** A review of your medical record does not show a sick call request has been submitted for this specific problem. Please follow proper sick call procedures.

_____

_____

☐ **You are scheduled to see a provider.** A review of your medical record shows that a sick call slip was submitted for this specific problem. Please monitor the medical appointment lists for your name._____

☐ **Your meds are ready for pick-up.** Your KOP meds are in and ready to be picked up. Please check the daily med pick-up list for your name.

_____

☐ **Vulgar, abusive or threatening language.** The language that is unacceptable is highlighted. The grievance can be resubmitted omitting the offensive language.

☐ **Duplicate grievance. This issue has been addressed previously.**_____

_____

☒ **Resolved.** The issue has already been resolved. If you have further issues, please submit a sick call request. _On 11-4-03 inmate Melendez was Seen in dental, and at this visit Dr. Robinson filled #2. Inmate Melendez is scheduled for more fillings_

☐ **Other:** _in Dec. 2003._

**Signature** _Jackie son_    **Date:** _11-4-03_

1/18/04

## FORM #175

### INMATE GRIEVANCE HOUSING UNIT INVESTIGATION REPORT

### THIS FORM MUST BE COMPLETED *WITHIN 3 CALENDAR DAYS* OF RECIEPT FROM I.G.C.

INMATE: Melendez, Anibal                    S.B.I # 00337929

CASE#: 03 0030                    DATE RECEIVED FROM I.G.C.:

HOUSING UNIT: 17

*FACTS/DETAILS DETERMINED BY THE INVESTIGATOR:*

On the mail issue 4×12 Staff will monitor any problems with missing mail in the future. I/m Melendez states only 1 to 2 piece's of mail did not get delivered. As for the rest of the issues, I/m Melendez stated it is a 8×4 problem and will be refered to that shift for investigation.

Lt. Slate

Inmate was advised that legal phone calls are given 24 hrs a head of time so as contact said lawyer. Recreation is given every other day and staff Log all recreations times. Inmate refuses to sign off on this grievance no matter what I say

Lt. Shood Seaccol
2/15/04

Reviewed Capt. 2/18/04

Note

April '98  REV

72

**FORM  #584**

**GRIEVANCE FORM**

FACILITY: _D.C.C_                          DATE: _10/2?/03_

GRIEVANT'S NAME: _Anibal Melendez_        SBI#: _337929_

CASE#: _0310030_                          TIME OF INCIDENT: _____

HOUSING UNIT: _17 C U 11_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

For the past couple of month C/o's had take
my recreation, Lunch, mail, Legal phone calls and
medical needs. I said C/o's because they don't wear
I.Ds and I don't know their names. This is and unusual
and cruel punishment & needs to stops

ACTION REQUESTED BY GRIEVANT: _I want this unusual and_
_cruel punishment to stops_

GRIEVANT'S SIGNATURE: _____   DATE: _10/2?/03_

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES)   __✓__(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____   DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

pg. 23

**RECEIVED**

OCT 2 7 2003

Inmate Grievance Office

April '97 REV

# MEMORANDUM

To:   Captain _____ or Supervisor _____

From: Officer T.K. Merson, Inmate Grievance Chairperson

Date: 10/27/03

Re:   Attached Inmate Grievance

    Attached is Inmate Grievance No. 03/0030 _____ which is due to be returned to me by 10/31/03 _____ (72 hours from this date).

---

To:   _____

From: Captain _____ or Supervisor _____

Date: _____

Re:   Attached Inmate Grievance

    Attached is Inmate Grievance No. _____ which is due to be returned to me by _____ (48 hours from this date).  You are to accomplish the first step investigation in the inmate grievance process by thoroughly investigating the grievance, providing written findings relative to the grievance, and attaching all documentation supporting the written findings.  If there is an informal resolution reached, the inmate must sign the Forms No. 584 and 175 acknowledging an informal resolution.  The resolution agreed upon must be clearly stated.  Findings are to include facts only — not opinions.  While investigating the grievance, here are some points to consider:

_____

_____

_____

_____

_____

_____

_____

_____

Attachment

Form # 576 (11/99)

**FORM #585**

**MEDICAL GRIEVANCE**

FACILITY: D. C. C.

DATE SUBMITTED: 10/2/03

INMATE'S NAME: Anibal Melendez

SBI#: 337929

HOUSING UNIT: 17 C U 11

CASE #: Med 0310015

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

**SECTION #1**

DATE & TIME OF MEDICAL INCIDENT: _____

TYPE OF MEDICAL PROBLEM: on the list

I was put in to see the dentis 1 month
ago and I havn't see the dentis yet and
my problem itt getting worst

SIGNED OFF

**OCT 2 4 2003**

GRIEVANT'S SIGNATURE: Anibal Melendez    DATE: 10/2/03

ACTION REQUESTED BY GRIEVANT: I need to see the dentis as
soon as possible

DATE RECEIVED BY MEDICAL UNIT: _____

RECEIVED

OCT 1 4 2003

RECEIVED

OCT 1 0 2003

Inmate Grievance Office

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

**FORM   #584**

**GRIEVANCE FORM**

FACILITY: D.C.C   DATE: 8/24/03

GRIEVANT'S NAME: Anibal Melendez   SBI#: 337929

CASE#: Med 0309080   TIME OF INCIDENT: _____

HOUSING UNIT: 17 & CUII

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

I was put in on the list to see the
dentis a month ago and my dentil problem it's
getting loose I need to see the dentis as soon
as possible

ACTION REQUESTED BY GRIEVANT: I need to see the dentis
as soon as possible

GRIEVANT'S SIGNATURE: _____   DATE: 8/24/03

WAS AN INFORMAL RESOLUTION ACCEPTED?   _____(YES)   _____(NO)

(COMPLETE  ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____   DATE:_____

**IF UNRESOLVED, YOU ARE  ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED

SEP 2 9 2003