IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ANIBAL MELENDEZ

V

WARDEN CARROLL, LARRY
MCGUIGAN, BETTY BRIAN, LT.
STAIN, CPT MERSON, CPT, SAGAR
NATE GARDELS, CPT. BELANGER
MICHAEL ALLEN, and INTERNAL
AFFAIRS.

C.A. No. 04-193-SLR

FILED
FEB 24 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

AFFIDAVIT OF WARDEN Thomas Carroll

Plaintiff in a Civil Right Acting says He sent a letter of Date to the Warden Thomas Carrol. Date 10, 2203. Telling him of the problem in the SHU Build. C-12 of a problem of Institution. And correctional officers' hearssment. of Exercise periods. Food service Refusing to service meals. Telephone Access. Token And medical services needs. assoults in cell. By officers. JAMES GARDELS AND MICHAEL ALLEN.
I sworn all statements. are True under penalty of perjury

_____
APPELLANT.

SWORN TO AND SUBSCRIBED before me on this _____ day of FEBRUARY. 2006

FROM: Anibal Melendez # 337545      10/22/03
TO: Warden Carroll

Dear Mr. Carroll,
　　I got a major problem that needs to be deal with. for the past couple of months it's been several days that Correctional officers has taken my rec, lunch, phone calls, and medical needs, they had put their hands on me and other minor stuff I went to the dentis yesterday and because I couldn't walk fast enough with chackles on I was sent back with out taking care my dental need I don't know what else to do can you please do something about this unusual and cruel punishment.