Peter T. Dalleo
844 King St
Wilmington De 19977

February 18, 2006

Anibal Melendez v. Carroll et al.
ID # 04-193-SLR

Dear Mr. Dalleo,

I am sending you the originals copies of the motion of plaintiff's answer to state's defendants motion for partial summary judgment and affidavits and exhibits in support. I requested copies several time but the paralegal Brian Engrem of D.C.C. has denied the same see (1 copies attached) I am aware that I have a deadline to meet the 23rd of this month and I am sending the court the only copies of the above.

I know that I have to send this copies to all parties but this is the only copies I have and paralegal at DCC has denied the same sorry

very truly yours

Date: 2/19/06

also be aware that he also denied notary the affidavits as requested

FILED
FEB 24 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MEMO

TO: I/M Anibal Melendez #337929

FROM: Brian Engrem, SHU Law Library Paralegal

DATE: February 15, 2006

RE: Photocopy Request

Your request for photocopies is denied as presented. First, any attachments you have to a court motion need to be identified as exhibits (a,b,etc.) on the attachments and in the court motion. Second, I will schedule you for notary on Friday of this week. Documents for notary are to be signed in the presence of the notary. They will not be photocopied until they are notarized. You can make the necessary corrections and return your request for processing.

Cc: File

MEMO

TO: I/M Anibal Melendez #337929

FROM: Brian Engrem, SHU Law Library Paralegal

DATE: February 17, 2006

RE: Photocopy Request

Your request for photocopies is denied. Documents attached to a court motion need to be identified as exhibits and they need to be identified the same way in the court motion. The affidavits you have for notary cannot be photocopied as presented. They need to be signed in the presence of a notary. Once you get the affidavits ready, you can let me know so I can schedule you for notary. It is noted that this is the second time this document has been denied for the same reasons.

Cc: File

RECEIVED

FEB 17 2006

SHU LAW LIBRARY

GENERAL REQUEST FORM      BLD. # 17
                          Cell # D-12

This request should be used to request general information, case law and/or photocopies from the Law Library. Case law is on loan only! It must be returned to receive any new case law, which is usually loaned out on a five for five basis. There should be no writing on legal materials stamped SHU Law Library.

3 copies each document exhibits, Motion & affidavits ☺

To Melendez,
See Attached Memo
B.E.

Name: Anibal Melendez   S.B.I. 337434   Date: 2/15/06

Date Received: 2-17-06   Pay-to Log # _____
Date Sent: 2-17-06       Staff Initials: B.E.

Staff Notes: _____