IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANIBAL MELENDEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 04-193-SLR |
| | ) | |
| WARDEN CARROLL, LARRY MCGUIGAN, BETTY BRIAN, LT. STAIN, CPT MERSON, CPT. SAGAR, NATE GARDELS, CPT. BELANGER, MICHAEL ALLEN, and INTERNAL AFFAIRS, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## STATE DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b), State Defendants Warden Thomas Carroll, Deputy Warden Larry McGuigan, Lt. James Stanton, Corporal Lise Merson, Captain Clyde Sagers, Officer James Gardels, Captain Joseph Belanger, Officer Michael Allen, and Internal Affairs ("State Defendants") hereby request an enlargement of time to file a Reply Brief in support of their Motion for Summary Judgment. In support of this Motion, State Defendants state as follows:

1. State Defendants filed their Motion for Summary Judgment on November 23, 2005. [D.I. 57]. Pursuant to this Court's Briefing Schedule, Plaintiff's Answering Brief was due February 13, 2006 and State Defendants' Reply Brief was due February 20, 2006. [D.I. 70].

2. Docket Item 72, entered March 1, 2006 at 6:01 p.m., indicates that Plaintiff's Answering Brief was filed on February 24, 2006, and State Defendants' Reply Brief is due March 3, 2006. [D.I. 72].

3.	However, as of March 2, 2006, undersigned counsel has not been served with Plaintiff's Answering Brief. Consequently, undersigned counsel did not obtain a copy of Plaintiff's Answering Brief until the morning of March 2, 2006.

4.	Correspondence from Plaintiff suggests that undersigned counsel has not been served due to Plaintiff's inability to obtain photocopies. [D.I. 74].

5.	Because a copy of Plaintiff's Answering Brief was not available until March 1, 2006, undersigned counsel respectfully requests an enlargement of time until March 8, 2006 to file a Reply Brief.

WHEREFORE, State Defendants respectfully request that this Court grant their Motion for Enlargement of Time and enter an order in the form attached hereto.

**DEPARTMENT OF JUSTICE**
**STATE OF DELAWARE**

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us
Attorney for State Defendants

Dated: March 2, 2006

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ANIBAL MELENDEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 04-193-SLR |
| | ) | |
| WARDEN CARROLL, LARRY MCGUIGAN, NURSE BRYANT, LT. STANTON, CPT MERSON, CPT. SAGAR, NATE GARDELS, CPT. BELANGER, MICHAEL ALLEN, and INTERNAL AFFAIRS, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## 7.1.1 CERTIFICATE OF COUNSEL

Undersigned counsel hereby certifies, pursuant to Local Rule 7.1.1, that:

1. Plaintiff Anibal Melendez is currently incarcerated and it is not practical for undersigned counsel to communicate with him concerning State Defendants' Motion for Enlargement of Time.

2. Therefore, undersigned counsel assumes that the Motion is opposed.

                                                **STATE OF DELAWARE**
                                                **DEPARTMENT OF JUSTICE**

                                                /s/ Eileen Kelly
                                                Eileen Kelly, I.D. No. 2884
                                                Deputy Attorney General
                                                Carvel State Office Building
                                                820 North French Street, 6th fl.
                                                Wilmington, DE 19801
                                                (302) 577-8400
                                                eileen.kelly@state.de.us
                                                Attorney for State Defendants

Dated: March 2, 2006

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ANIBAL MELENDEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 04-193-SLR |
| | ) |
| WARDEN CARROLL, LARRY | ) |
| MCGUIGAN, BETTY BRIAN, LT. | ) |
| STAIN, CPT MERSON, CPT. SAGAR, | ) |
| NATE GARDELS, CPT. BELANGER, | ) |
| MICHAEL ALLEN, and INTERNAL | ) |
| AFFAIRS, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

**IT IS SO ORDERED,** this _____day of _____, 2006 that:

State Defendants' Motion for Enlargement of Time is granted, and State Defendants shall file their Reply Brief in support of their Motion for Summary Judgment no later than March 8, 2006.

_____
United States District Judge

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 2, 2006, I electronically filed *State Defendants' Motion for Enlargement of Time* with the Clerk of Court using CM/ECF.  I hereby certify that on March 2, 2006, I have mailed by United States Postal Service, the document to the following non-registered party:  Anibal Melendez.

    /s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us
Attorney for State Defendants