IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ANIBAL MELENDEZ

                                        C A No. 04-183-SLR

              V

WARDEN CARROLL, LARRY
MCGOIGAN, BETTY BRIAN, LI
STKLR, CPT MERSON, CPT, SAGAR
NATE GARDELS, CPT. BELANGER
MICHAEL ALLEN, and INTERNAL
AFFAIRS.

```
+-------------------------+
|        F I L E D        |
|                         |
|      FEB 2 4 2006       |
|                         |
|   U.S. DISTRICT COURT   |
|   DISTRICT OF DELAWARE  |
+-------------------------+
```

AFFIDAVIT OF WARDEN Thomas Carroll

Plaintiff in a Civil Right Acting says He
Sent A letter of Date To The
WARDEN Thomas Carrel. Date 10, 2203. Telling
him of The probem in the SHU Build C-12
of a problem of Instition. AND Correctional
officer's hearsment of Exercite periods. Food service
Refusing to Service Meals. Telephone Access. Token AND
medical services needs. assoults in Cell. By officers.
JAMES GARDELS AND MICHAEL ALLEN.
I Sworn All STatements. are True under penelty of perjury

                                   APPELLANT.

        SWORN TO AND SUBSCRIBED before me on
        this _____ 12 _____ day of FEBRUARY. 2006