Case 1:04-cv-00193-SLR   Document 76-3   Filed 03/08/2006   Page 1 of 2

Melendez                               v.                    Carroll, et al.
Anibal Melendez            C.A. # 04-193-SLR               July 14, 2005

Page 34

1  A.  "Nuke," yes.
2  Q.  N-u-k-e.
3  A.  N-u-k-e.
4  Q.  Okay. Now, when you say he was known as "Nuke,"
5  when inmates were talking to one another, is that what
6  they would call him?
7  A.  Yes. "Nuke."
8  Q.  Okay.
9  A.  That's the only thing I knew of him -- was
10 "Nuke."
11 Q.  So you didn't know his last name?
12 A.  Gardels.
13 Q.  Okay.
14 A.  He don't wear no identification on anything.
15 Q.  Okay. Do any of the officers wear
16 identification?
17 A.  Not most of them, no.
18 Q.  What does Officer Gardels look like?
19 A.  He's a white male, about five-six, about 165
20 pounds, short haircut, brunette, a round face, green
21 eyes.
22 Q.  You've already told me this, but I can't find it
23 in my notes. As of December 3rd, how long have you been
24 in SHU?

Page 35

1  A.  I just got off of -- I still -- I was in the MHU,
2  but it was still in the same conditions. For the SHU
3  it's been over two and a half years. About two and a
4  half years that I was in the SHU.
5  Q.  Okay. What I'm asking you is: When the bread
6  incident happened, how long had you been on SHU?
7  A.  After?
8  Q.  No.
9  A.  Before?
10 Q.  On the day that the bread incident happened, you
11 were in SHU.
12 A.  Yeah. I was in SHU at that time.
13 Q.  How long had you been in SHU?
14 A.  Altogether?
15 Q.  No. As of that date.
16 A.  As of that date? That happened in December. I
17 just got off that building two months ago. Well, you
18 know, I can't really put that together.
19 Q.  Let me tell you this.
20    It looks like from my records that you were
21 moved to SHU in February of 2003.
22 A.  To the SHU?
23 Q.  Yes, to the SHU.
24 A.  February? Okay. 2003. Okay. Yes. That's

Page 36

1  correct.
2  Q.  Okay. When you were moved to SHU in February,
3  you were put in Building 17?
4  A.  Yes. C tier.
5  Q.  C tier.
6     Did you stay on C tier until December of
7  2003?
8  A.  I left that tier -- I think it was February of
9  2004 --
10 Q.  Okay. So when --
11 A.  -- to another tier in the same building.
12 Q.  Now, a tier is what you described to us where
13 there's 12 cells on top and 12 cells on the bottom?
14 A.  Yes, ma'am.
15 Q.  So you arrived on Tier C in February of 2003?
16 A.  2003.
17 Q.  Do you remember whether Gardels was an officer on
18 Tier C at that time?
19 A.  Was he on the tier?
20 Q.  When you arrived.
21 A.  Yes, he was.
22 Q.  All right. So you had seen him around on the
23 tier the whole time you had been there?
24 A.  Yes. That's correct.

Page 37

1  Q.  As of the time of the bread incident, in your
2  opinion, did Officer Gardels have a reputation on the
3  tier?
4  A.  Yes.
5  Q.  What was that reputation?
6  A.  He's like a bully.
7  Q.  Okay. What was that reputation based on, if you
8  know?
9  A.  Of playing with the food and just -- like mostly
10 it's not giving the people the privileges they're
11 supposed to have.
12 Q.  Can you give me an example?
13 A.  Like if you suppose to go off to recreation, you
14 won't get no recreation. There's no say. You won't.
15 Q.  Prior to the incident with the bread, had you had
16 any other bad experiences with him?
17 A.  Actually, yes.
18 Q.  Do you remember when about that happened?
19 A.  When? Sometime before December.
20 Q.  Okay.
21 A.  November. I can't remember when.
22 Q.  That's fine.
23    What happened?
24 A.  He won't -- he didn't gave me no any food.

Carroll, et al.
July 14, 2005

Melendez v. Carroll, et al.
Anibal Melendez   C.A. # 04-193-SLR   July 14, 2005

### Page 36

U in February,

ıber of

ebruary of

ıilding.
us where
bottom?

of 2003?

was an officer on

ınd on the

### Page 37

it, in your
ation on the

based on, if you

ust -- like mostly
iges they're

o recreation, you
say. You won't.
d, had you had

ıat happened?
ember.

when.

no any food.

### Page 38

1  Q. So it was another food-related problem?
2  A. Yeah.
3  Q. Do you remember if you had any other problems
4  with him before December?
5  A. Yeah. About the food and -- oh. And recreation.
6  Q. Okay. So you had had problems with him before
7  December --
8  A. Yes.
9  Q. -- where he was either not giving you the food
10 you're supposed to get --
11 A. Or recreation.
12 Q. -- or not letting you have recreation?
13 A. Yes.
14 Q. I don't know whether you can even observe this
15 based on what the tier looks like. But could you tell
16 whether any of the other inmates had kind of similar
17 situations with him?
18 A. I think, if I pull out the discovery, there would
19 be many, many inmates related to the same incident.
20 Q. Okay. On your tier at that time, on Tier C, are
21 you able to speak with other inmates on the tier?
22 A. Yes. You can speak to others.
23 Q. Have you ever had any conversation about Gardels
24 with other inmates?

### Page 39

1  A. Not -- you can pretty much hear for yourself.
2  You're in the tier. The tier is like this square table.
3  And then the cells is around. And you can hear pretty
4  much everything what's going on on the tier.
5  Q. So if Gardels had some --
6  A. Confrontation with another inmate.
7  Q. You'd be able to hear?
8  A. You can hear.
9  Q. So you had heard that kind of thing before?
10 A. Before.
11 Q. So do you feel like he was kind of singling you
12 out or he treated everybody the same?
13 A. No. He don't -- he just -- certain people that
14 he treat like that.
15 Q. Would you say that there were certain people that
16 he was nicer too?
17 A. No. Not nice. He's not nice with no one.
18 Q. Okay.
19 A. But certain -- when he pick on someone, he just
20 pick on that person.
21 Q. Did you feel that he picked on you?
22    This is before you --
23 A. Before the incident.
24 Q. Did you feel like he picked on you?

### Page 40

1  A. Yes. He would be picking on me.
2  Q. Okay. Do you have any idea as to why he would
3  pick on you as opposed to somebody else?
4  A. Not that I can remember right at this point.
5  Q. Let's go back to the day where you had the
6  dispute with him over your food. Now, I think what you
7  said is he came back about a half-hour later.
8  A. Yes.
9  Q. What happened then?
10 A. He opened the door wide open and told me to shake
11 down. And when I went to -- I was in my underpants. And
12 I went to turn around to put this -- not this. But it's
13 a jumper. Before this came it was a jumper. He told me
14 to turn around and to be handcuffed to get shaked down.
15 So when I went to turn around to grab the jumper, he came
16 in and attacked me.
17 Q. Was it unusual to have your cell shaken down on
18 that tier?
19 A. It happens. But most likely no. It depend on
20 the shift. Some shift they do on a regular, and some
21 shift, like day shift, they more busy.
22 Q. Okay.
23 A. So they don't do it much unless there is
24 trouble -- if there is a problem.

### Page 41

1  Q. So they'll do them randomly?
2  A. Randomly, yes.
3  Q. But it's usually not during the day?
4  A. No.
5  Q. All right. So he came back and opened the cell
6  door all the way?
7  A. All the way, yes.
8  Q. Did he enter the cell?
9  A. No. He was still outside --
10 Q. Okay.
11 A. -- the cell.
12 Q. He told you he was going to shake down your cell?
13 A. Yes.
14 Q. Do you know, when the cell door opened, was he
15 there by himself?
16 A. No. He was companioned by another officer --
17 Allen.
18 Q. When he told you that he was going to shake down
19 your cell, did he say anything else?
20 A. No.
21 Q. Did he tell you to get out of the cell?
22 A. Well, when they -- usually when they tell you to
23 shake down, you have to get dressed properly and turn
24 around to the door.