**FORM #584**

**GRIEVANCE FORM**

FACILITY: _D C C_                                     DATE: _10/2?/03_

GRIEVANT'S NAME: _Anibal Melendez_          SBI#: _337929_

CASE#: _0310030_                             TIME OF INCIDENT:_____

HOUSING UNIT: _17 Cull_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

_For the past couple of month clo's had take_
_my recreation, lunch, mail, legal phone calls and_
_medical needs. I said clo's because they don't wear_
_I.D.s and I don't know their names. This is and unusual_
_and cruel punishment d needs to stops_

ACTION REQUESTED BY GRIEVANT: _I want this unusual and_
_cruel punishment to stops_

GRIEVANT'S SIGNATURE:_____        DATE: _10/2?/03_

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)  ✓(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____        DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE           _pg. 23_
    GRIEVANT

                        April '97 REV

**RECEIVED**

OCT 2 7 2003

**Inmate Grievance Office**