FROM: Anibal Melendez #337969          10/22/03
TO: Warden Carroll

Dear Mr. Carroll,
   I got a major problem that needs to be deal with. For the past couple of months it's been several days that correctional officers had taken my recreation, phone calls, and medical needs, they had put their hands on me and other minor stuff. I went to the dentist yesterday and because I couldn't walk fast enough with shackles on I was sent back with out taking care my dental need. I don't know what else to do can you please do something about this unusual and cruel punishment.