IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANIBAL MELENDEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 04-193-SLR |
| | ) | |
| WARDEN CARROLL, LARRY MEGUIGAN, BETTY BRYANT, LT. STANTON, CPT. MERSON, CPT. SUGAR, NATE GARDELLS, CPT. BELANGER, INTERNAL AFFAIRS, and MICHAEL ALLEN, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

At Wilmington this 13th day of March, 2006, having considered plaintiff's unopposed motion for leave to file an amended complaint to correct the spelling of the names of two defendants;

IT IS ORDERED that said motion (D.I. 53) is granted and that no additional service of the amended complaint is warranted in light of defendant Stanton having filed answers to the complaint and amended complaint (D.I. 46, 47) and defendant Bryant having been served and waiving service of summons (D.I. 64).

IT IS FURTHER ORDERED that the caption be amended to reflect the correct spelling of the names of defendants Stanton and Bryant.

_____
United States District Judge