Peter T. Dalleo
844 King St
Wilmington, Del. 19805

Dear Mr. Dalleo

Anibal Melendez v. Thomas L. Carroll et al.
Case No 04-193-SLR

Enclose please find 2 copies of the motion for appointment of counsel and motion to compel discovery to this honorable Court.

Date: 4/10/06



1181 Paddock Rd.
Smyrna De 19977

FILED
APR 18 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RD scanned