IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANIBAL MELENDEZ, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )   C. A. No. 04-193-SLR |
| | ) |
| WARDEN CARROLL, LARRY MCGUIGAN, BETTY BRIAN, LT. STAIN, CPT MERSON, CPT. SAGAR, NATE GARDELS, CPT. BELANGER, MICHAEL ALLEN, and INTERNAL AFFAIRS, | ) |
| | ) |
|     Defendants. | ) |

**STATE DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO COMPEL**

    State Defendants Warden Thomas Carroll, Deputy Warden Larry McGuigan, Lt. James Stanton, Corporal Lise Merson, Captain Clyde Sagers, Officer James Gardels, Captain Joseph Belanger, Officer Michael Allen, and Internal Affairs ("State Defendants") hereby oppose Plaintiff's Motion to Compel and in support thereof state as follows:

    1.    Plaintiff first claims that State Defendants' Responses to his discovery requests were untimely. In fact, as set forth in the letter dated August 9, 2005 and attached hereto as Exhibit A, State Defendants were not served with Plaintiff's discovery requests until July 27, 2005. Undersigned counsel requested an extension until August 29, 2005 to respond to the discovery. Plaintiff did not object to this request, and the discovery responses were filed on August 29, 2005. [D.I. 58, 59].

    2.    Contrary to Plaintiff's assertion, State Defendants did not object to all of

Plaintiff's discovery requests. In fact, Plaintiff was provided with voluminous documents. [D.I. 59]. Further, the discovery responses were supplemented by letter dated September 12, 2005, a copy of which is attached as Exhibit B.

3. Plaintiff claims that he tried to resolve any discovery dispute by writing to undersigned counsel. Undersigned counsel is not aware of any such correspondence. Plaintiff did write to undersigned counsel on October 10, 2005 requesting copies of certain letters. After conducting a search for such documents, undersigned counsel advised Plaintiff that she was unable to locate the letters requested. *See* letter dated November 23, 2005 attached hereto as Exhibit C.

4. By Order dated August 23, 2005, this Court set a discovery cut-off of October 27, 2005. [D.I. 57].

5. As of March 8, 2006, summary judgment briefing in this matter was completed. [D.I. 78].

6. Plaintiff should not be permitted to pursue a Motion to Compel or additional discovery six months after the discovery cut-off date. State Defendants responded to his discovery requests in a timely manner. Plaintiff had ample opportunity to pursue a Motion to Compel or request for additional discovery long before the current date.

      WHEREFORE, State Defendants respectfully request that this Court deny Plaintiff's Motion to Compel.

|  |  |
|---|---|
|  | STATE OF DELAWARE<br>DEPARTMENT OF JUSTICE |
|  | /s/ Eileen Kelly<br>Deputy Attorney General<br>Carvel State Building<br>820 N. French Street, 6th Floor<br>Wilmington, Delaware 19801<br>(302) 577-8400<br>eileen.kelly@state.de.us |
| Dated: April 28, 2006 | Attorney for State Defendants |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2006, I electronically filed *State Defendants' Response to Motion to Compel* with the Clerk of Court using CM/ECF. I hereby certify that on April 28, 2006 I have mailed by United States Postal Service, the document to the following non-registered party: Anibal Melendez.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us