

M. JANE BRADY
ATTORNEY GENERAL

## STATE OF DELAWARE
### DEPARTMENT OF JUSTICE

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-4698 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

PLEASE REPLY TO :

August 9, 2005

Civil Division - New Castle County

Anibal Melendez
SBI # 00337929
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

    Re:   **Melendez v. Carroll, et al.**
            **C.A. No. 04-193-SLR**

Dear Mr. Melendez:

    I am writing in reference to your Interrogatories and Request for Production of Documents in the above matter. While your Certificate of Service indicates that you mailed the documents to me on July 18, 2005, I did not receive them until July 27, 2005.

    I am requesting an extension until August 29, 2005 to respond to your discovery requests. This extension will not affect other deadlines in the case. Please let me know immediately if you do not agree to my request so that I can file a Motion with the Court.

    Thank you for your cooperation.

                                                Very truly yours,

                                                Eileen Kelly
                                                Deputy Attorney General