

**M. JANE BRADY**
**ATTORNEY GENERAL**

## STATE OF DELAWARE
### DEPARTMENT OF JUSTICE

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-4698 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO :**

November 23, 2005

[Civil Division - New Castle County]

Anibal Melendez
SBI # 00337929
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

> **Re:** **Melendez v. Carroll, et al.**
> **C.A. No. 04-193-SLR**

Dear Mr. Melendez:

This is in response to your letter dated October 10, 2005 requesting copies of letters to Internal Affairs, Warden Carroll, Deputy Warden McGuigan and Captain Sagars.

Please be advised that I was unable to locate any such correspondence.

Very truly yours,

Eileen Kelly
Deputy Attorney General