May 1, 2006

Sue L. Robinson
844 N. King St.
Wilmington, Del. 19801

Anibal Melendez v. Carroll et al.
Case No. 04-193-SLR

FILED
MAY -5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

Dear Mrs. Robinson,

I am a hispanic Male, born and Raise in Puerto Rico, united state in 1995 were I intered school for a short period of time and because I find myself braking the law I end up in prison serving a 8 years sentence. I learn how to speak, read and write inglish but I did not get my high school diploma. Because I was born and Raised in Puerto Rico I have a strong accent that may affect the outcome of this case, because the jury may not understand what is that I am trying to say. I do not have any knowledge of the law. every motion I filed before this court is a copy of the self-letigation prisoner manual that I can not bring to this court to assist me in this matter because it only contain copy of motion not any factual case like the one I am trying to present before you honor. I also mentioned that this case is very complex because I resulted with neck injuries that require an proffetional lawyer to cross-examinate the expert witness X-Ray were taking by D.C.C. health care and stated that there is nothing wrong with my neck but until this day I can not turn

my neck properly and I am in a sharp pain. There is also another point of view that need to be consider in the eye-witness that saw the beating I took by the defendants, and they need to be located and interview and because I am in segregation I don't have access to them and a very limited access to the law library or to investigate the facts.

Lastly I am arguing that I did not received the most important discovery requested. I received my medical record and the grievance I filed but I did not received the defendants record that can prove my case because defendants have record of used of force in the past.

Date: 5/1/06

Anibal Melendez # 337949
1181 Paddock Rd
Smyrna Del 19977

Conclusion

For the foregoing reasons, the court should grant the plaintiffs motion for appointment of counsel in this case.

# CERTIFICATE OF SERVICE

I Anibal Melendez hereby has render a letter to the Judge Sue L Robinson on this 1st day of May, 2006 by US first class Mail to the party below.

Peter T. Dalleo
844 King St
Wilmington, Del 19801



Anibal Melendez #335765
1181 Paddock Rd
Smyrna De 19977

Court Clerk
844 King St
Wilmington, Del. 19801