IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANIBAL MELENDEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-193-SLR |
| | ) |
| WARDEN CARROLL, LARRY | ) |
| MCGUIGAN, BETTY BRIAN, LT. | ) |
| STAIN, CPT MERSON, CPT. SAGAR,) | |
| NATE GARDELS, CPT. BELANGER, | ) |
| MICHAEL ALLEN, and INTERNAL | ) |
| AFFAIRS,[11] | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 4th day of August, 2006, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Defendants' motion for partial summary judgment (D.I. 65) is granted for James Gardels and Michael Allen, in their official capacities, as to all claims.

2. Defendants' motion for partial summary judgment (D.I. 65) is granted for Thomas Carroll, Larry McGuigan, James Stanton, Lise Merson, Clyde Sagers, Joseph Belanger, and Internal Affairs, in their official and personal capacities, as to all claims.

---

[11]Plaintiff has agreed to remove Internal Affairs as a defendant.

3.   Plaintiff's motion to compel (D.I. 79) is denied.

United States District Judge