IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANIBAL MELENDEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 04-193-SLR |
| ) | |
| NATE GARDELLS and ) | |
| MICHAEL ALLEN, ) | |
| ) | |
| Defendants. ) | |

**ORDER REFERRING MATTER FOR REPRESENTATION**

At Wilmington this 11th day of August, 2006, the court having determined that plaintiff is appearing in this matter <u>pro se</u> because plaintiff is unable to afford legal representation; and having further determined that legal representation for plaintiff by an attorney is required in this matter, <u>see</u> <u>Collinsgru v. Palmyra Bd. of Educ.</u>, 161 F.3d 225 (3rd Cir. 1998);

IT IS ORDERED that:

1. The Clerk of Court is directed to attempt to refer representation of plaintiff to a member of the Federal Civil Panel.

2. The court's Standing Order regarding the establishment of a Federal Civil Panel to provide legal representation to indigent parties in certain civil litigation is incorporated herein by reference.

_____
United States District Judge