United State Court of Appeals
For the Third Circuit

Anibal Melendez
         Plaintiff

v.

Thomas L. Carroll et al
         Respondent

Cv. No. 04-193-SLR



NOTICE OF APPEAL

Notice is hereby given that Anibal Melendez, plaintiff in the above entitle case, appeals to the United State Court of Appeals for the 3rd Circuit from the final Judgment entered in this date 4th day of August 2006

Date: August 16, 2006

Anibal Melendez # 332915
1181 Paddock Rd
Smyrna, Del. 19977

# CERTIFICATE OF SERVICE

I, Anibal Melendez, hereby has render a copy of appeal by first class U.S Mail on this 20th day of August, 2006, to the party below

TO: Clerk of Court
  601 Market St
  Philadelphia, P.A. 19106-1750



FROM: Anibal Melendez # 337949
  1181 Paddock Rd
  Smyrna, Del. 19977