Dalleo, Peter
844 King st
Wilmington, Del. 19801

Re: Anibal Melendez V. Carroll et al.
Civ. No. 04-193-SLR

Dear Mr. Dalleo,
Recently I learn that Defendant Betty Bryant has no yet been serve. I have amended Complaint to correct her name and sent 285 US marshal form with it & dont understand why not, please advise.

Respectfully yours



FILED
SEP 21 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

