October 29, 2006

Peter T. Dalleo
844 King St
Wilmington, Del 19801



Re: Anibal Melendez V. Carroll et al.
CA. No. 04-193-SLR

Dear Mr. Dalleo,

The case for the above matter was dismiss, but when I filed my appeal was not accepted because they said the judgment was not final. The state also said that nurse Bryant was not serve; I don't know why because I sent the U.S. Marshal 285 form to this court.

The court appointed me an attorney and I have not heard from him yet.

May you please respond to me onto this matter as soon as possible.

Thank you

Respectfully yours,



I/M Antoil Melinder
SBI# 337949  UNIT SHU
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Courts Clerk
Peter T. Dalleo
844 N King St.
Wilmington, Del.
19801