**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

<u>No. 06-4030</u>

Melendez

vs.

Carroll, et al.

Anibal Melendez, Appellant

(Delaware District Civil No. 04-cv-00193)

O R D E R

    Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

    It is  O R D E R E D  that the above-entitled case is hereby dismissed for failure to timely prosecute,

    It is FURTHER  O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

For the Court,

A True Copy:
Clerk
Marcia M. Waldron

Marcia M. Waldron, Clerk

Date: December 5, 2006

cc:
    Anibal Melendez
    Eileen K. Kelly, Esq.