Mr. Peter T. Dalleo
844 King St.
Wilmington, Del. 19801

6/07/04

Re: Melendez V. Bartells et al.
Civ. No. 04-193-SLR

Dear Mr. Dalleo,

May you please send me a docket sheet for the above matter.

Respectfully yours



BD scanned

I/M Anibal Melendez
SBI# 335982 UNIT SHU
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Peter T. Dalleo
844 King St
Wilmington, Del.

19801