Peter T. Dalleo
844 King St
Wilmington, De. 19801

Re: Melendez v. Gardells, et al.
04-193-SLR

Dear Mr. Dalleo

For the case above I filed a forma pauperis form because I'm indigent. I agreed for the court to take 10% of my prison account and Mrs Kelly withdraw $152 dollars in one month $86.00 dollars in 1 ocation she clean my prison account I need my money back and I need to know how much I payed so far and How much more I need to pay

Respectfully yours

FILED
FEB 16 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BP scanned

I/M Anibal Melendez
SBI# 335709   UNIT SHU
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

$00.39
FEB 15 2007
MAILED FROM ZIP CODE 19977

Peter T. Dalleo
844 King St
Wilmington, De. 19801