OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 20, 2007

TO: Anibel Melendez
    DCC
    SBI #337929

**RE: Letter to Clerk regarding Partial Payments,
     CA 04-193 SLR**

Dear Mr. Melendez:

A current summary of payments received and docketed is enclosed for your reference. On 4/19/04, the Court assessed the civil filing fee of $150.00, payable in monthly installments. According to our records, the last payment posted was $26.00 on 1/23/07. This leaves a balance due of $40.73.

I trust that this letter addresses your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/re

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson, CA 04-193 SLR

enc. Account Summary & Docket sheet

Peter T. Dalleo
844 King St
Wilmington, De. 19801

Re: Melendez v. Gardells, et al.
04-193-SLR

Dear Mr. Dalleo

For the case above I filed a forma pauperis form because I'm indigent. I agreed for the court to take 10% of my prison account and Mrs Kelly withdraw $152 dollars in one month $6.00 dollars in 1 occasion. She clean my prison account & need my money back and I need to know how much I payed so far and how much more I need to pay.

Respectfully yours,

[signature]

FILED
FEB 16 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BP scanned

ANIBAL MELENDEZ V. CARROLL

CA 04-193
CASE #1

| DATE | FUND | RECEIPT | AMOUNT | BALANCE |
|---|---|---|---|---|
| 4/19/2004 | | | | 150 |
| 6/25/2004 | 5100PL | 136371 | 11.27 | 138.73 |
| 7/22/2004 | 5100PL | 136539 | 10 | 128.73 |
| 8/17/2005 | 5100PL | 140355 | 3 | 125.73 |
| 9/20/2005 | 5100PL | 140688 | 3 | 122.73 |
| 10/28/2005 | 5100PL | 141029 | 8 | 114.73 |
| 1/5/2006 | 5100PL | 141745 | 3 | 111.73 |
| 1/20/2006 | 5100PL | 141999 | 3 | 108.73 |
| 2/17/2006 | 5100PL | 142413 | 3 | 105.73 |
| 3/16/2006 | 5100PL | 142755 | 3 | 102.73 |
| 5/4/2006 | 5100PL | 143335 | 8 | 94.73 |
| 5/18/2006 | 5100PL | 143515 | 3 | 91.73 |
| 6/16/2006 | 5100PL | 143830 | 3 | 88.73 |
| 7/27/2006 | 5100PL | 144196 | 8 | 80.73 |
| 8/15/2006 | 5100PL | 144425 | 2 | 78.73 |
| 9/15/2006 | 5100PL | 144754 | 3 | 75.73 |
| 10/25/2006 | 5100PL | 145184 | 3 | 72.73 |
| 11/7/2006 | 5100PL | 145325 | 3 | 69.73 |
| 12/14/2006 | 5100PL | 145685 | 3 | 66.73 |
| 1/23/2007 | 5100PL | 146172 | 6.73 | 60 |
| 1/23/2007 | 0869PL | 146172 | 19.27 | 40.73 |

U.S. District Court
District of Delaware (Wilmington)
CIVIL DOCKET FOR CASE #: 1:04-cv-00193-SLR
Internal Use Only

Melendez v. Gardells, et al
Assigned to: Honorable Sue L. Robinson
Demand: $0
Case in other court: Third Circuit, 06-04030
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 03/30/2004
Jury Demand: Both
Nature of Suit: 555 Prisoner: Prison Conditions
Jurisdiction: Federal Question

**Plaintiff**

**Anibal Melendez**　　　　　　　　　　　represented by **Anibal Melendez**
　　　　　　　　　　　　　　　　　　　　　　　　　　　SBI# 337929
　　　　　　　　　　　　　　　　　　　　　　　　　　　Delaware Correctional Center
　　　　　　　　　　　　　　　　　　　　　　　　　　　1181 Paddock Road
　　　　　　　　　　　　　　　　　　　　　　　　　　　Smyrna, DE 19977
　　　　　　　　　　　　　　　　　　　　　　　　　　　PRO SE

V.

**Defendant**

**Warden Carroll**　　　　　　　　　　　represented by **Eileen Kelly**
*TERMINATED: 08/07/2006*　　　　　　　　　　　　　Department of Justice
　　　　　　　　　　　　　　　　　　　　　　　　　　　820 N. French Street, 6th Floor
　　　　　　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　　　　　　　(302) 577-8400
　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: eileen.kelly@state.de.us
　　　　　　　　　　　　　　　　　　　　　　　　　　　*TERMINATED: 08/07/2006*
　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Defendant**

**Larry Meguigan**　　　　　　　　　　represented by **Eileen Kelly**
*TERMINATED: 08/07/2006*　　　　　　　　　　　　　(See above for address)
also known as　　　　　　　　　　　　　　　　　　　*TERMINATED: 08/07/2006*
Meguigan　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
*TERMINATED: 08/07/2006*　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Defendant**

**Nurse Bryant**
also known as
Nurse Betty

**Defendant**

**Lt. Stanton**　　　　　　　　　　　　represented by **Eileen Kelly**
*TERMINATED: 08/07/2006*　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　　　*TERMINATED: 08/07/2006*

                                *LEAD ATTORNEY*
                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Cpt. Merson**                                           represented by **Eileen Kelly**
*TERMINATED: 08/07/2006*                                  (See above for address)
*also known as*                                           *TERMINATED: 08/07/2006*
L.M. Merson                                               *LEAD ATTORNEY*
*TERMINATED: 08/07/2006*                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Cpt. Suger**                                            represented by **Eileen Kelly**
*TERMINATED: 08/07/2006*                                  (See above for address)
                                                      *TERMINATED: 08/07/2006*
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Nate Gardells**                                         represented by **Eileen Kelly**
*also known as*                                           (See above for address)
Officer Gardells                                          *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Cpt. Belanger**                                         represented by **Eileen Kelly**
*TERMINATED: 08/07/2006*                                  (See above for address)
                                                      *TERMINATED: 08/07/2006*
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Internal Affairs**                                      represented by **Eileen Kelly**
*TERMINATED: 08/07/2006*                                  (See above for address)
                                                      *TERMINATED: 08/07/2006*
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Michael Allen**                                         represented by **Eileen Kelly**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 03/30/2004 | 1 | MOTION by Anibal Melendez to Proceed in Forma Pauperis re: [1-1] motion (els) (Entered: 03/31/2004) |
| 03/30/2004 | 2 | COMPLAINT filed. (els) (Entered: 03/31/2004) |

| | | |
|---|---|---|
| 03/30/2004 | | DEMAND for jury trial by Anibal Melendez (els) (Entered: 03/31/2004) |
| 04/07/2004 | 3 | CASE assigned to Judge Sue L. Robinson . Notice to all parties. (rjb) (Entered: 04/07/2004) |
| 04/15/2004 | 4 | MOTION by Anibal Melendez for Appointment of Counsel with Memorandum of Law in Support of Motion attached (fmt) (Entered: 04/16/2004) |
| 04/15/2004 | 5 | Letter to Clerk from A. Melendez requesting inclusion of summons with complaint (fmt) (Entered: 04/16/2004) |
| 04/19/2004 | 6 | ORDER granting [1-1] motion to Proceed in Forma Pauperis and assessing $150.00 filing fee. An initial partial filing fee of $11.27 shall be required. Pltf shall return the attached payment authorization w/in 30 days. Failure to return payment authorization shall result in dismissal of action w/out prejudice. Set Notice of Compliance deadline to 5/19/04 for Anibal Melendez ( signed by Judge Sue L. Robinson ) copy to: Pltf w/Mag. Consent form (fmt) (Entered: 04/20/2004) |
| 04/19/2004 | | FILING FEE $ 150.00 assessed. (fmt) (Entered: 04/20/2004) |
| 04/26/2004 | 7 | Authorization by Anibal Melendez requesting prison business office to disburse payments to the Clerk of the Court. (copy of assessment order and authorization to Prison Business Office) (fmt) (Entered: 04/27/2004) |
| 04/26/2004 | | (Court only) **Terminated deadlines (fmt) (Entered: 04/27/2004) |
| 05/03/2004 | | (Court only) **Terminated deadlines (rld) (Entered: 05/03/2004) |
| 05/05/2004 | 8 | ORDER; pltf. shall complete and return to the Clerk of the Court an Original "U.S. Marshal-285" form for each deft, as well as the Atty General of the State of DE ; the pltf. shall provide the court with one copy of the complaint for service upon each deft.; Upon receipt of forms the United States Marshal shall serve the complaint ( signed by Judge Sue L. Robinson ) copies to: pltf. (fmt) (Entered: 05/05/2004) |
| 05/24/2004 | 9 | Letter to Clerk from A. Melendez re Motion for Appointment of Counsel (fmt) (Entered: 05/25/2004) |
| 05/24/2004 | 10 | NOTICE of Complaint by Anibal Melendez; enclosing copies of the complaint (fmt) (Entered: 05/25/2004) |
| 05/24/2004 | 11 | AMENDED COMPLAINT by Anibal Melendez , amending [2-1] complaint (fmt) Modified on 06/09/2004 (Entered: 06/01/2004) |
| 05/28/2004 | 12 | Letter to Clerk from A. Melendez re transfer (fmt) (Entered: 06/02/2004) |
| 06/22/2004 | 13 | ORDER; this order shall supercede the court's order dated 5/5/04; the pltf. shall complete and return to the Clerk of Court an original "U.S. Marshal-285" form for each deft., as well as the Atty General of the State of DE; pltf. must provide the Court with 2 additional copies of the complaint and the amended complaint, as well as 10 copies of the motion for appt. of cnsl; upon the receipt of the forms the United States Marshal shall serve the complaint ( signed by Judge Sue L. Robinson ) copies to: |

| | | |
|---|---|---|
| | | pltf. (fmt) (Entered: 06/23/2004) |
| 06/25/2004 | | FILING FEE $ 11.27 RECEIPT # 136371 paid by Anibal Melendez (cc: Prison Business Office) (rbe) (Entered: 06/25/2004) |
| 06/30/2004 | 14 | Request by Anibal Melendez for Default Entry (fmt) (Entered: 07/01/2004) |
| 06/30/2004 | | Per Court's order of 6/22/04 (D.I. 13): mooting [14-1] motion for Default Entry (rld) (Entered: 10/20/2004) |
| 07/06/2004 | 15 | Letter to Clerk from A. Melendez enclosing motion for appointment of counsel; (enclosing a blank Motion for appt of counsel form with no signature) (fmt) (Entered: 07/08/2004) |
| 07/06/2004 | 16 | CERTIFICATE OF SERVICE by Anibal Melendez re U.S. Marshal 285 form and motion for appointment of counsel (fmt) (Entered: 07/08/2004) |
| 07/06/2004 | | 2 copies of D.I. # 2 and 3 copies of D.I. # 11 received; one USM 285 form for Carroll, et. al and 10 blank USM 285 forms received (fmt) (Entered: 07/08/2004) |
| 07/12/2004 | 17 | Letter to A. Melendez from Clerk re deficiencies in documents received; Court's 6/22/04 order requires providing copies of certain documents as well as completed U.S. Marshal forms 285; enclosing another copy of Court's order; U.S. Marshal 285 forms must be filled out for each deft. (fmt) (Entered: 07/14/2004) |
| 07/22/2004 | | FILING FEE $ 10.00 RECEIPT # 136539 paid by Anibal Melendez (cc: Prison Business Office) (rbe) (Entered: 07/22/2004) |
| 07/22/2004 | 18 | Letter to Clerk from A. Melendez re motion for appointment of counsel forms (fmt) (Entered: 07/27/2004) |
| 08/09/2004 | 19 | Letter to Judge Robinson from A. Melendez re segregation and enclosing general request form requesting forms for the Att. General (fmt) (Entered: 08/10/2004) |
| 08/09/2004 | | 10 copies of Motion for the Appointment of Counsel received (fmt) (Entered: 08/10/2004) |
| 08/17/2004 | | exit to USMS for service: USM 285 forms for all defts (no form for AG) with copies of D.I. #s 2, 4, 6, 8, 11, 12, 13, 14, 19, with mag. consent forms (fmt) (Entered: 08/17/2004) |
| 09/01/2004 | 20 | WAIVER OF SERVICE Returned Executed as to Belanger 8/19/04 Answer due on 10/18/04 for Belanger (fmt) (Entered: 09/01/2004) |
| 09/01/2004 | 21 | WAIVER OF SERVICE Returned Executed as to Suger 8/19/04 Answer due on 10/18/04 for Suger (fmt) (Entered: 09/01/2004) |
| 09/01/2004 | 22 | WAIVER OF SERVICE Returned Executed as to Larry Meguigan 8/19/04 Answer due on 10/18/04 for Larry Meguigan (fmt) (Entered: 09/01/2004) |
| | | |

| | | |
|---|---|---|
| 09/01/2004 | 23 | WAIVER OF SERVICE Returned Executed as to Michael Allen 8/19/04 Answer due on 10/18/04 for Michael Allen (fmt) (Entered: 09/01/2004) |
| 09/01/2004 | 24 | WAIVER OF SERVICE Returned Executed as to Nate Gardells 8/19/04 Answer due on 10/18/04 for Nate Gardells (fmt) (Entered: 09/01/2004) |
| 09/01/2004 | 25 | WAIVER OF SERVICE Returned Executed as to Cpt. Merson 8/19/04 Answer due on 10/18/04 for Cpt. Merson (fmt) (Entered: 09/01/2004) |
| 09/01/2004 | 26 | WAIVER OF SERVICE Returned Executed as to Carroll 8/19/04 Answer due on 10/18/04 for Carroll (fmt) (Entered: 09/01/2004) |
| 09/15/2004 | 27 | Return of service unexecuted as to Stain; per scheduling officer Dotson - no one at DCC by the name Stain; return unexecuted (fmt) (Entered: 09/15/2004) |
| 09/17/2004 | 28 | RETURN OF SERVICE executed as to Internal Affairs 9/15/04 Answer due on 10/5/04 for Internal Affairs (fmt) (Entered: 09/17/2004) |
| 10/20/2004 | | (Court only) **Terminated deadlines (rld) (Entered: 10/20/2004) |
| 11/15/2004 | 29 | REQUEST by Anibal Melendez for Entry of Default (fmt) (Entered: 11/16/2004) |
| 11/15/2004 | 30 | MOTION by Anibal Melendez for Default Judgment against Carroll, Larry Meguigan, Betty Brian, Stain, Cpt. Merson, Suger, Nate Gardells, Belanger, Internal Affairs, Michael Allen Answer Brief due 11/29/04 re: [30-1] motion (fmt) (Entered: 11/16/2004) |
| 11/16/2004 | | Exit copies of D.I. 29 and 30 to AG as pltf. did not serve these documents (rld) (Entered: 11/16/2004) |
| 11/18/2004 | 31 | Letter to Clerk from S. Mack, D.O.J., stating AG has not been served the complaint in this case; thus req. for default and motion for dflt. jgm. is not appropriate. (rld) (Entered: 11/18/2004) |
| 11/30/2004 | 32 | Letter to Clerk from A. Melendez enclosing a copy of complaint and U.S. Marshal 285 form for District attorney (fmt) (Entered: 12/07/2004) |
| 12/07/2004 | | (Court only) **Terminated deadlines (rld) (Entered: 12/07/2004) |
| 12/07/2004 | | exit to USMS for service; USM 285 form for AG with copies of D.I. # 2, 4, 6, 8, 11, 12, 13, 19 and Mag Consent Form (fmt) (Entered: 12/07/2004) |
| 12/15/2004 | 33 | RETURN OF SERVICE executed 12/10/04 as to Jane Brady, AG (rld) (Entered: 12/15/2004) |
| 01/07/2005 | 34 | NOTICE of attorney appearance for Carroll, Larry Meguigan, Cpt. Merson, Suger, Nate Gardells, Belanger, Internal Affairs, Michael Allen by Eileen Kelly (rld) (Entered: 01/10/2005) |
| 01/14/2005 | 35 | ORDER denying without prejudice to renew: [30-1] motion for Default Judgment against Carroll, Larry Meguigan, Betty Brian, Stain, Cpt. Merson, Suger, Nate Gardells, Belanger, Internal Affairs, Michael Allen, |

| | | |
|---|---|---|
| | | denying [4-1] motion for Appointment of Counsel ( signed by Judge Sue L. Robinson ) copies to: all parties (rld) Modified on 01/14/2005 (Entered: 01/14/2005) |
| 01/27/2005 | 36 | ANSWER to Complaint by Carroll, Larry Meguigan, Cpt. Merson, Suger, Nate Gardells, Belanger, Internal Affairs, Michael Allen (fmt) (Entered: 01/28/2005) |
| 01/27/2005 | 37 | Letter of rejection from the court to plaintiff Anibal Melendez; re: Motion to Amend Complaint; the name of the deft. trying to amend is not involved with the civ. action as stated (C.A. No. 04-1537); Lt. Stain is a party to 04-193; must reflect proper case number and must be served on all local cnsl of record (fmt) (Entered: 01/28/2005) |
| 02/15/2005 | 38 | Rejection Letter by the Court issued to Anibal Melendez Regarding Motion and Interrogs; must be served on all local counsel of record. (fmt, ) (Entered: 02/16/2005) |
| 03/04/2005 | 39 | MOTION for Leave to File An Amended Complaint - filed by Anibal Melendez. (fmt, ) (Entered: 03/07/2005) |
| 03/08/2005 | 40 | Rejection Letter by the Court issued to A. Melendez Regarding Return of Discovery Documents due to Lack of Proof of Service on all Local Counsel of Record. (fmt, ) (Entered: 03/08/2005) |
| 03/17/2005 | 41 | Rejection Letter by the Court issued to Anibal Melendez Regarding "Plaintiff's Interrogatories and Request for Production of Documents"; the court previously returned these papers for lack of proof of service upon local counsel; please clarify intentions for filing; papers must be served (fmt, ) (Entered: 03/17/2005) |
| 03/24/2005 | 42 | Plaintiff's INTERROGATORIES and Request for Production of Documents by Anibal Melendez.(fmt, ) (Entered: 03/29/2005) |
| 03/30/2005 | 43 | SCHEDULING ORDER: Discovery due by 7/29/2005. Dispositive Motions due by 8/29/2005.Answering Brief due 9/29/2005.Reply Brief due 10/13/2005. Signed by Judge Sue L. Robinson on 3/29/05. (rld, ) (Entered: 03/30/2005) |
| 04/08/2005 | 44 | ORDER granting D.I. 39 (motion to amend the complaint); plaintiff shall return to Clerk original USM 285 forms for Lt. Stanton and Nurse Bryant. Upon receipt, the U.S. Marshal shall serve process as directed by plaintiff. Signed by Judge Sue L. Robinson on 4/8/05. (rld, ) (Entered: 04/08/2005) |
| 04/08/2005 | 45 | AMENDED COMPLAINT against all defendants correcting the spelling of two defts.' names (Lt. Stanton and Nurse Bryant)- filed by Anibal Melendez.(rld, ) (Entered: 04/08/2005) |
| 05/20/2005 | 46 | ANSWER to Amended Complaint by Internal Affairs, Michael Allen, Carroll, Larry Meguigan, Cpt. Merson, Suger, Nate Gardells, Belanger. (Kelly, Eileen) (Entered: 05/20/2005) |
| 06/03/2005 | 47 | ORDER dismissing without prejudice defts. Nurse Bryant and Stanton |

| | | |
|---|---|---|
| | | (terminated) as pltf. has failed to timely submit USM-285 forms for said defts. Signed by Judge Sue L. Robinson on 6/2/05. (rld, ) (Entered: 06/03/2005) |
| 06/14/2005 | 48 | MOTION to Take Deposition of Anibal Melendez - filed by Internal Affairs, Michael Allen, Carroll, Larry Meguigan, Cpt. Merson, Suger, Nate Gardells, Belanger. (Kelly, Eileen) (Entered: 06/14/2005) |
| 06/17/2005 | | SO ORDERED, re 48 MOTION to Take Deposition of Anibal Melendez filed by Internal Affairs,, Carroll,, Suger,, Belanger,, Michael Allen,, Larry Meguigan,, Cpt. Merson,, Nate Gardells, . Signed by Judge Sue L. Robinson on 6/17/05. (rld, ) (Entered: 06/17/2005) |
| 06/22/2005 | 50 | LETTER/MOTION for Reargument re 47 Order, Add and Terminate Parties - filed by Anibal Melendez. (Attachments: # 1 Attachment)(fmt, ) Modified on 7/12/2005 (fmt, ). (Entered: 07/12/2005) |
| 06/22/2005 | | USM 285 forms received for Lt. Stanton and Betty Bryant (fmt, ) (Entered: 07/12/2005) |
| 06/22/2005 | 51 | Plaintiff's INTERROGATORIES and Request for Production of Documents by Anibal Melendez.(fmt, ) (Entered: 07/12/2005) |
| 06/22/2005 | 52 | Plaintiff's REQUEST for Production of Documents by Anibal Melendez. (fmt, ) (Entered: 07/12/2005) |
| 06/30/2005 | 49 | NOTICE to Take Deposition of Anibal Melendez on July 14, 2005 by Internal Affairs, Michael Allen, Carroll, Larry Meguigan, Cpt. Merson, Suger, Nate Gardells, Belanger.(Kelly, Eileen) (Entered: 06/30/2005) |
| 07/22/2005 | 53 | MOTION for Leave to File an Amended Complaint - filed by Anibal Melendez. (Attachments: # 1 Amended Complaint)(fmt, ) (Entered: 07/25/2005) |
| 07/22/2005 | 54 | MOTION for Extension of Time - filed by Anibal Melendez. (fmt, ) (Entered: 07/25/2005) |
| 08/01/2005 | 55 | ORDER granting 50 Motion for Reargument, finding as moot 54 Motion for Extension of Time to File; Service of the complaint to Lt. Stanton and Nurse Bryant shall be effectuated in accordance with the court's order of April 8, 2005. Signed by Judge Sue L. Robinson on 8/1/05. (rld, ) (Entered: 08/01/2005) |
| 08/10/2005 | | Remark: EXIT service packets to the USMS for defts. Stanton and Bryant per court's order (D.I. 55). (rld, ) (Entered: 08/10/2005) |
| 08/10/2005 | 56 | MOTION for Extension of Time - filed by Anibal Melendez. (fmt, ) (Entered: 08/11/2005) |
| 08/17/2005 | | Partial Filing Fee Received from Anibal Melendez: $ 3.00, receipt number 140355 (rbe, ) (Entered: 08/18/2005) |
| 08/23/2005 | 57 | ORDER re-Setting Scheduling Order Deadlines; Motions terminated as moot: 56 MOTION for Extension of Time to Complete Discovery filed by Anibal Melendez. Discovery due by 10/24/2005. Dispositive Motions |

| | | |
|---|---|---|
| | | due by 11/23/2005.Answering briefs due 12/23/05. Reply briefs due 1/10/06. Signed by Judge Sue L. Robinson on 8/23/05. (rld, ) (Entered: 08/23/2005) |
| 08/23/2005 | | USM-285 forms received for Nurse Betty Bryant and Lt. Stanton (fmt, ) (Entered: 08/24/2005) |
| 08/29/2005 | 58 | ANSWER to Interrogatories from State Defendants by Internal Affairs, Michael Allen, Carroll, Larry Meguigan, Cpt. Merson, Suger, Nate Gardells, Belanger.(Kelly, Eileen) (Entered: 08/29/2005) |
| 08/29/2005 | 59 | (THERE ARE SEALED ATTACHMENTS TO THIS DOCUMENT) RESPONSE to Discovery Request from State Defendants by Internal Affairs, Michael Allen, Carroll, Larry Meguigan, Cpt. Merson, Suger, Nate Gardells, Belanger. (Attachments: # 1 Supplement Grievances# 2 Supplement SEALED Documents)(Kelly, Eileen) Modified on 8/30/2005 (fmt, ). Modified on 2/27/2006 (fmt, ). (Entered: 08/29/2005) |
| 09/01/2005 | | REDACTED VERSION of 59 Response to Discovery, HAS BEEN DELETED FROM THE DOCKET (Entered: 09/01/2005) |
| 09/15/2005 | | CORRECTING ENTRY: The redacted version of D.I. 59 has been deleted from the docket; medical records will remain under seal (fmt, ) (Entered: 09/15/2005) |
| 09/20/2005 | | Partial Filing Fee Received from Anibal Melendez: $ 3.00, receipt number 140688 (rbe, ) (Entered: 09/20/2005) |
| 09/21/2005 | 60 | WAIVER OF SERVICE with 285 form returned executed For Stanton waiver sent on 8/24/2005, answer due 10/24/2005. (fmt, ) (Entered: 09/21/2005) |
| 09/21/2005 | | CORRECTING ENTRY: D.I. 60 has been corrected to reflect service on Stanton (fmt, ) (Entered: 09/21/2005) |
| 10/04/2005 | 61 | NOTICE of Appearance by Eileen Kelly on behalf of Stanton (Kelly, Eileen) (Entered: 10/04/2005) |
| 10/04/2005 | 62 | ANSWER to Complaint by Stanton.(Kelly, Eileen) Modified on 10/4/2005 (fmt, ). (Entered: 10/04/2005) |
| 10/04/2005 | 63 | ANSWER to Amended Complaint by Stanton.(Kelly, Eileen) (Entered: 10/04/2005) |
| 10/24/2005 | 64 | WAIVER OF SERVICE with 285 form returned executed For Nurse Bryant waiver sent on 8/24/2005, answer due 10/24/2005. (fmt, ) (Entered: 10/24/2005) |
| 10/28/2005 | | Partial Filing Fee Received from Anibal Melendez: $ 8.00, receipt number 141029 (rbe, ) (Entered: 10/28/2005) |
| 11/23/2005 | 65 | MOTION for Partial Summary Judgment - filed by Internal Affairs, Michael Allen, Carroll, Larry Meguigan, Stanton, Cpt. Merson, Suger, Nate Gardells, Belanger. (Kelly, Eileen) (Entered: 11/23/2005) |

| | | |
|---|---|---|
| 11/23/2005 | 66 | MEMORANDUM in Support re 65 MOTION for Partial Summary Judgment filed by Internal Affairs, Michael Allen, Carroll, Larry Meguigan, Stanton, Cpt. Merson, Suger, Nate Gardells, Belanger.Answering Brief/Response due date per Local Rules is 12/8/2005. (Attachments: # 1 Exhibit Incident Report# 2 Exhibit Memorandum from IGC# 3 Exhibit Deposition of Anibal Melendez# 4 Exhibit Disciplinary Report# 5 Exhibit Evans v. Division of Probation and Parole# 6 Exhibit Smullen v. Kearney# 7 Exhibit Murphy v. Kearney)(Kelly, Eileen) (Entered: 11/23/2005) |
| 01/05/2006 | | Partial Filing Fee Received from Anibal Melendez: $ 3.00, receipt number 141745 (copy to business office) (bad, ) (Entered: 01/09/2006) |
| 01/09/2006 | 67 | Letter to The Honorable Sue L. Robinson from Eileen Kelly, DAG regarding plaintiff has not filed an answering brief. (Kelly, Eileen) (Entered: 01/09/2006) |
| 01/09/2006 | 68 | MOTION for Extension of Time to File an answer to motion for partial summary judgment - filed by Anibal Melendez. (fmt, ) (Entered: 01/10/2006) |
| 01/09/2006 | 69 | MOTION to Appoint Counsel - filed by Anibal Melendez. (fmt, ) (Entered: 01/10/2006) |
| 01/13/2006 | 70 | ORDER setting briefing schedule; granting 68 MOTION for Extension of Time to File response to motion for partial summary jgm. filed by Anibal Melendez.Answering Brief due 2/13/2006.Reply Brief due 2/20/2006. Signed by Judge Sue L. Robinson on 1/12/06. (rld, ) (Entered: 01/13/2006) |
| 01/20/2006 | | Partial Filing Fee Received from Anibal Melendez: $ 3.00, receipt number 141999 (copy to business office) (rbe, ) (Entered: 01/23/2006) |
| 02/17/2006 | | Partial Filing Fee Received from Anibal Melendez: $ 3.00, receipt number 142413 (copy to business office) (rbe, ) (Entered: 02/21/2006) |
| 02/22/2006 | 71 | Letter to Judge Robinson from Eileen Kelly, Deputy Attorney General regarding Plaintiff's failure to comply with Court's Briefing Schedule.. (Kelly, Eileen) (Entered: 02/22/2006) |
| 02/24/2006 | 72 | ANSWERING BRIEF in Opposition re 65 MOTION for Partial Summary Judgment filed by Anibal Melendez.Reply Brief due date per Local Rules is 3/3/2006. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Affidavit)(fmt, ) (Entered: 03/01/2006) |
| 02/24/2006 | 73 | SEALED EXHIBITS re 72 Answering Brief in Opposition by Anibal Melendez. (fmt, ) (Entered: 03/01/2006) |
| 02/24/2006 | 74 | Letter to Clerk from A. Melendez regarding copies of answer to motion for partial summary jgm and affidavits and exhibits. (fmt, ) (Entered: 03/02/2006) |
| 03/02/2006 | | Remark: copy of sealed exhibits (D.I. 73) mailed to Eileen Kelly, Esq. on 3/2/06 (fmt, ) (Entered: 03/02/2006) |

| | | |
|---|---|---|
| 03/02/2006 | 🌀75 | MOTION for Extension of Time to File Response/Reply as to 72 Answering Brief in Opposition *to State Defendants Motion for Summary Judgment* - filed by Internal Affairs, Michael Allen, Carroll, Larry Meguigan, Stanton, Cpt. Merson, Suger, Nate Gardells, Belanger. (Kelly, Eileen) (Entered: 03/02/2006) |
| 03/02/2006 | 🌀 | SO ORDERED, re 75 MOTION for Extension of Time to File Response/Reply as to 72 Answering Brief in Opposition *to State Defendants Motion for Summary Judgment* Set Briefing Schedule: re 65 MOTION for Partial Summary Judgment. Reply Brief due 3/8/2006.. Signed by Judge Sue L. Robinson on 3/2/06. (fmt, ) (Entered: 03/02/2006) |
| 03/08/2006 | 🌀76 | REPLY BRIEF re 65 MOTION for Partial Summary Judgment filed by Internal Affairs, Michael Allen, Carroll, Larry Meguigan, Stanton, Cpt. Merson, Suger, Nate Gardells, Belanger. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F)(Kelly, Eileen) (Entered: 03/08/2006) |
| 03/13/2006 | 🌀77 | ORDER granting 53 Motion for Leave to File; caption shall be amended to reflect correct spelling of names of defts. Stanton and Bryant . Signed by Judge Sue L. Robinson on 3/13/06. (rld, ) (Entered: 03/13/2006) |
| 03/16/2006 | 🌀 | Partial Filing Fee Received from Anibal Melendez: $ 3.00, receipt number 142755 (copy to business office) (rbe, ) (Entered: 03/16/2006) |
| 04/18/2006 | 🌀78 | Letter to Clerk from Anibal Melendez enclosing motion for appointment of counsel and motion to compel discovery. (fmt, ) (Entered: 04/19/2006) |
| 04/18/2006 | 🌀79 | MOTION to Compel - filed by Anibal Melendez. (Attachments: # 1 Exhibit A)(fmt, ) (Entered: 04/19/2006) |
| 04/18/2006 | 🌀80 | MOTION to Appoint Counsel - filed by Anibal Melendez. (fmt, ) (Entered: 04/19/2006) |
| 04/28/2006 | 🌀81 | RESPONSE to Motion re 79 MOTION to Compel *State Defendants Response to Plaintiff's Motion to Compel* filed by Internal Affairs, Michael Allen, Carroll, Larry Meguigan, Stanton, Cpt. Merson, Suger, Nate Gardells, Belanger. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Kelly, Eileen) (Entered: 04/28/2006) |
| 04/28/2006 | 🌀82 | RESPONSE to Motion re 80 MOTION to Appoint Counsel *State Defendants Response to Plaintiff's Motion for Appointment of Counsel* filed by Internal Affairs, Michael Allen, Carroll, Larry Meguigan, Stanton, Cpt. Merson, Nate Gardells, Belanger. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Kelly, Eileen) (Entered: 04/28/2006) |
| 05/04/2006 | 🌀 | Partial Filing Fee Received from Anibal Melendez: $ 8.00, receipt number 143335 (copy to business office) (rbe, ) (Entered: 05/05/2006) |
| 05/05/2006 | 🌀83 | LETTER/REPLY to Response to Motion re 79 MOTION to Compel, 80 MOTION to Appoint Counsel filed by Anibal Melendez. (fmt, ) (Entered: 05/08/2006) |
| | | |

| | | |
|---|---|---|
| 05/18/2006 | | Partial Filing Fee Received from Anibal Melendez: $ 3.00, receipt number 143515 (copy to business office) (rbe, ) (Entered: 05/18/2006) |
| 06/16/2006 | | Initial Partial Filing Fee Received from Anibal Melendez: $ 3.00, receipt number 143830 (copy to business office) (rpg, ) (Entered: 06/16/2006) |
| 07/27/2006 | | Partial Filing Fee Received from Anibal Melendez: $ 8.00, receipt number 144196 (copy to business office) (rpg, ) (Entered: 07/28/2006) |
| 08/07/2006 | 84 | MEMORANDUM OPINION. Signed by Judge Sue L. Robinson on 8/4/06. (rld, ) (Entered: 08/07/2006) |
| 08/07/2006 | 85 | ORDER, Pltf. has agreed to remove deft. Internal Affairs from this action; defts.'s motion for Partial Sum. Jgm. (D.I. 65) granted for James Gardels and Michael Allen in their official capacities, as to all claims; and granted for Larry Meguigan; Cpt. Merson; Stanton; Suger ("Sagar"); Belanger and Carroll in their official and personal capacities, as to all claims and are terminated from this action. Attorney Eileen Kelly terminated for terminated defts. Pltf.'s motion to compel (D.I. 79) is denied. Signed by Judge Sue L. Robinson on 8/4/06. (rld, ) (Entered: 08/07/2006) |
| 08/11/2006 | 86 | ORDER, Clerk of Court to attempt to refer representation of plaintiff to member of Federal Civil Panel. Standing Order re Federal Civil Panel is incorporated by reference. Signed by Judge Sue L. Robinson on 8/11/06. (rld, ) (Entered: 08/11/2006) |
| 08/15/2006 | | Partial Filing Fee Received from Anibal Melendez: $ 2.00, receipt number 144425 (copy to DCC business office) (rbe, ) (Entered: 08/16/2006) |
| 08/30/2006 | 88 | NOTICE OF APPEAL of 85 Order, 84 Memorandum Opinion. Appeal filed by Anibal Melendez. (fmt, ) (Entered: 09/07/2006) |
| 09/07/2006 | 87 | USCA Letter to District Court Clerk regarding D. I. # 85 (Attachments: # 1)(ic, ) (Entered: 09/07/2006) |
| 09/15/2006 | 89 | NOTICE of Docketing Record on Appeal from USCA for the Third Circuit re 88 Notice of Appeal filed by Anibal Melendez,. USCA Case Number 06-4030. USCA Case Manager: Pamela Batts (DOCUMENT IS RESTRICTED AND CAN ONLY BE VIEWED BY COURT STAFF) (pb, ) (Entered: 09/15/2006) |
| 09/21/2006 | 90 | Letter to Clerk from Anibal Melendez regarding defendant Betty Bryant; Betty Bryant has not yet been served. (fmt, ) (Entered: 09/25/2006) |
| 10/25/2006 | | Partial Filing Fee Received from Anibal Melendez: $ 3.00, receipt number 145184 (copy to business office) (rpg, ) (Entered: 10/26/2006) |
| 10/31/2006 | 91 | Letter to Clerk from Anibal Melendez regarding appeal, Nurse Bryant, and court appointed counsel. (fmt, ) (Entered: 11/01/2006) |
| 11/07/2006 | | Partial Filing Fee Received from Anibal Melendez: $ 3.00, receipt number 145325 (copy to business office) (rpg) (Entered: 11/08/2006) |

| | | |
|---|---|---|
| 12/05/2006 | 92 | USCA Order Terminating Appeal as to 88 Notice of Appeal filed by Anibal Melendez. USCA Decision: dismissed. (pb, ) (Entered: 12/05/2006) |
| 12/05/2006 |  | (Court only) ***Set/Clear Flags: Appeal flag removed per D.I. 92 (fmt) (Entered: 12/05/2006) |
| 12/13/2006 | 93 | Letter to Clerk from Anibal Melendez requesting docket sheet. (fmt) (Entered: 12/14/2006) |
| 12/14/2006 | 94 | Letter to Anibal Melendez from Clerk regarding request for copy of docket. - re 93 Letter. (fmt) (Entered: 12/14/2006) |
| 12/14/2006 |  | Partial Filing Fee Received from Anibal Melendez: $ 3.00, receipt number 145685 (copy to business office) (rpg) (Entered: 12/14/2006) |
| 01/23/2007 |  | Partial Filing Fee Received from Anibal Melendez: $ 26.00, receipt number 146172 (copy to business office) (rpg) (Entered: 01/24/2007) |
| 02/16/2007 | 95 | Letter to Clerk from Anibal Melendez regarding prison account; requesting money back and filing fee balance. (fmt) (Entered: 02/20/2007) |