IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANIBAL MELENDEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-193-SLR |
| | ) |
| NATE GARDELLS and | ) |
| MICHAEL ALLEN, | ) |
| | ) |
| Defendants. | ) |

**ORDER RECOGNIZING REPRESENTATION**

At Wilmington this 14th day of March, 2007 the court recognizes that Edward M. McNally, Esquire, has agreed to represent plaintiff Anibal Melendez as counsel of record in the above-captioned case. Counsel's representation shall remain in effect until the final determination of this case unless, prior thereto, this order is amended or revoked by further order of the court.

_____
United States District Judge