OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 26, 2007

Edward M. McNally
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

                Re: **Melendez v. Gardells, et al.**
                    Civ. No. 04-193-SLR

Dear Mr. McNally:

      Enclosed is a copy of a letter sent by your client to the Clerk's Office. The letter will not be docketed by the Clerk's Office nor forwarded to counsel for defendants. Kindly advise your client that the court will not in the future review any correspondence from him so long as he is represented by counsel, unless the correspondence is forwarded to the court through counsel.

      Thank you for your cooperation.

                          Sincerely,

                          Peter T. Dalleo
                          Clerk of Court

/fmt

cc: The Honorable Sue L. Robinson w/out enclosure
     Anibal Melendez w/ enclosure