IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANIBAL MELENDEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-193-SLR |
| | ) |
| NURSE BRYANT, NATE GARDELLS, | ) |
| and MICHAEL ALLEN, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 28th day of August, 2007, there having been no activity in the above-captioned case with respect to defendant Nurse Bryant, a/k/a Nurse Betty, since service was effectuated[1] and the time to file an answer or otherwise respond to the complaint has past pursuant to Fed. R. Civ. P. 12(a);

IT IS ORDERED that, on or before **September 28, 2007,** plaintiff shall file a request with the court for default in appearance for said defendant in accordance with Fed. R. Civ. P. 55(a) or show cause why said defendant should not be dismissed from the above-captioned action for failure to prosecute. FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF SAID DEFENDANT.

_____
United States District Judge

---

[1] Waiver of service was returned executed for Nurse Bryant on October 24, 2005, (D.I. 64).