IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANIBAL MELENDEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 04-193-SLR |
| ) | |
| WARDEN CARROLL, LARRY ) | |
| MCGUIGAN, BETTY BRIAN, LT. ) | |
| STAIN, CPT MERSON, CPT. SAGAR, ) | |
| NATE GARDELS, CPT. BELANGER, ) | |
| MICHAEL ALLEN, and INTERNAL ) | |
| AFFAIRS, ) | |
| ) | |
| Defendants. ) | |

## SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE:** Deputy Attorney General Catherine Damavandi hereby enters her appearance on behalf of Department of Correction Defendants: C/O James Gardels and C/O Michael Allen in place of Eileen Kelly.

| | |
|---|---|
| STATE OF DELAWARE | STATE OF DELAWARE |
| DEPARTMENT OF JUSTICE | DEPARTMENT OF JUSTICE |
| | |
| /s/ Eileen Kelly | /s/ Catherine Damavandi |
| Eileen Kelly, ID#2884 | Catherine Damavandi, ID#3823 |
| Deputy Attorney General | Deputy Attorney General |
| Department of Justice | Department of Justice |
| Carvel State Office Bldg., | Carvel State Office Bldg., |
| 820 N. French Street, 6th Fl., | 820 N. French Street, 6th Fl., |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302)577-8400 | (302)577-8400 |

Dated: October 9, 2007

## *CERTIFICATE OF SERVICE*

      I hereby certify that on October 9, 2007 I electronically filed the attached *Substitution of Counsel* with the Clerk of Court using CM/ECF; notification will be sent electronically to Edward M. McNally, Esquire at:

Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

                                        STATE OF DELAWARE
                                        DEPARTMENT OF JUSTICE

                                        /s/ Catherine Damavandi
                                        Catherine Damavandi, ID#3823
                                        Deputy Attorney General
                                        Department of Justice
                                        Carvel State Bldg., 6th Fl.,
                                        820 N. French Street
                                        Wilmington, DE 19801