IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANIBAL MELENDEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-193-SLR |
| | ) |
| NATE GARDELLS and | ) |
| MICHAEL ALLEN, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 16th day of November, 2007, counsel Edward McNally having agreed to represent plaintiff in the above captioned case on March 15, 2007 (D.I. 97) and there having been no activity generated by counsel in this case since accepting representation;

IT IS ORDERED that the court will conduct a status telephone conference on **Monday, December 10, 2007, at 8:30 a.m.** Counsel for plaintiff shall coordinate and initiate this call.

_____
United States District Judge