IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANIBAL MELENDEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-193-SLR |
| | ) |
| NATE GARDELLS and | ) |
| MICHAEL ALLEN, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this /0th day of December, 2007, having conferred with counsel;

IT IS ORDERED that the court will conduct a status telephone conference on **Tuesday, March 11, 2008** at **8:30 a.m.** Counsel for defendants shall coordinate and initiate this call.

_____
United States District Judge