IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANIBAL MELENDEZ, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 04-193-SLR |
| NATE GARDELLS, and MICHAEL ALLEN, | ) ) ) ) |
| Defendants. | ) ) |

**NOTICE OF SERVICE**

Please take notice that on the 10th day of January 2008, copies of the following document, **(1)** *Plaintiff's Second Request for the Production of Documents*, were served on counsel as indicated:

**By Hand:**

Catherine C. Damavandi, Esquire
Deputy Attorney General
Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801

MORRIS JAMES LLP

Edward M. McNally (#614)
Jason C. Jowers (#4721)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
emcnally@morrisjames.com
jjowers@morrisjames.com
*Attorneys for Plaintiff Anibal Melendez*

January 10, 2008

1649369/1