# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANIBAL MELENDEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 04-193-SLR |
| | ) | |
| NATE GARDELLS and MICHAEL ALLEN, | ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

Please take notice that on February 11, 2008, copies of the *Defendants' Response to Plaintiff's Second Request for Production of Documents* were served on the below counsel for Plaintiff Anibal Melendez by hand delivery:

>Jason C. Jowers (No. 4721)
>jjowers@morrisjames.com
>Edward M. McNally (No. 614)
>emcnally@morrisjames.com
>Morris James LLP
>500 Delaware Avenue, Suite 1500
>P. O. Box 2306
>Wilmington, DE  19899

>/s/ Catherine Damavandi
>Deputy Attorney General, ID #3823
>Department of Justice
>820 N. French Street, 6th Floor
>Wilmington, DE 19801
>(302) 577-8400
>Catherine.Damavandi@state.de.us
>Attorney for Defendants