IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANIBAL MELENDEZ,<br><br>    Plaintiff,<br><br>v.<br><br>NATE GARDELLS,<br>and MICHAEL ALLEN,<br><br>    Defendants. | C.A. No. 04-193-SLR |

## ENTRY OF APPEARANCE

Please enter the appearance of Jason C. Jowers, Esquire of Morris James LLP in the above-captioned proceeding as co-counsel for the plaintiff, Anibal Melendez.

MORRIS JAMES LLP

_/s/ Edward M. McNally_
Edward M. McNally (#614)
Jason C. Jowers (#4721)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
emcnally@morrisjames.com
jjowers@morrisjames.com
*Attorneys for Plaintiff Anibal Melendez*

Dated: February 12, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANIBAL MELENDEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-193-SLR |
| | ) |
| NATE GARDELLS, | ) |
| and MICHAEL ALLEN, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of February, 2008, a copy of the Entry of Appearance of Jason C. Jowers of Morris James LLP as co-counsel for plaintiff Anibal Melendez was served, via e-filing, to the following counsel:

    Catherine C. Damavandi, Esquire
    Deputy Attorney General
    Department of Justice
    Carvel State Office Building
    820 N. French Street, 6th Floor
    Wilmington, DE 19801

    MORRIS JAMES LLP

    _____
    Edward M. McNally (#614)
    Jason C. Jowers (#4721)
    500 Delaware Avenue, Suite 1500
    Wilmington, DE 19801
    (302) 888-6800
    emcnally@morrisjames.com
    jjowers@morrisjames.com
    *Attorneys for Plaintiff Anibal Melendez*

1694535/1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANIBAL MELENDEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-193-SLR |
| | ) |
| NATE GARDELLS, | ) |
| and MICHAEL ALLEN, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of February, 2008, a copy of the Entry of Appearance of Jason C. Jowers of Morris James LLP as co-counsel for plaintiff Anibal Melendez was served, via e-filing, to the following counsel:

> Catherine C. Damavandi, Esquire
> Deputy Attorney General
> Department of Justice
> Carvel State Office Building
> 820 N. French Street, 6th Floor
> Wilmington, DE 19801

MORRIS JAMES LLP

_____
Edward M. McNally (#614)
Jason C. Jowers (#4721)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
emcnally@morrisjames.com
jjowers@morrisjames.com
*Attorneys for Plaintiff Anibal Melendez*

1694535/1