**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ANIBAL MELENDEZ, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )   C. A. No. 04-193-SLR |
| | ) |
| NATE GARDELLS and MICHAEL ALLEN, | ) |
| | ) |
|     Defendants. | ) |

**NOTICE OF SERVICE**

Please take notice that on February 13, 2008, copies of the *Defendants' Response to Plaintiff's Request for Production of Documents, Bates-Stamped D00001-D00040* were served on the below counsel for Plaintiff Anibal Melendez by hand delivery:

> Jason C. Jowers (No. 4721)
> jjowers@morrisjames.com
> Edward M. McNally (No. 614)
> emcnally@morrisjames.com
> Morris James LLP
> 500 Delaware Avenue, Suite 1500
> P. O. Box 2306
> Wilmington, DE 19899

> /s/ Catherine Damavandi
> Deputy Attorney General, ID #3823
> Department of Justice
> 820 N. French Street, 6th Floor
> Wilmington, DE 19801
> (302) 577-8400
> Catherine.Damavandi@state.de.us
> Attorney for Defendants