## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANIBAL MELENDEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 04-193-SLR |
| | ) | |
| NATE GARDELLS and MICHAEL | ) | |
| ALLEN, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

Please take notice that on February 14, 2008, copies of the *Defendants' Response to Plaintiff's Request for Production of Documents, Bates-Stamped D00041-D00046* were served on the below counsel for Plaintiff Anibal Melendez by hand delivery:

Jason C. Jowers (No. 4721)
jjowers@morrisjames.com
Edward M. McNally (No. 614)
emcnally@morrisjames.com
Morris James LLP
500 Delaware Avenue, Suite 1500
P. O. Box 2306
Wilmington, DE  19899

/s/ Catherine Damavandi
Deputy Attorney General, ID #3823
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Catherine.Damavandi@state.de.us
Attorney for Defendants