# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANIBAL MELENDEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C. A. No. 04-193-SLR |
| | ) |
| NATE GARDELLS and MICHAEL ALLEN, | ) |
| | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE OF DISCOVERY MATERIALS

I, Catherine Damavandi, Deputy Attorney General, hereby certify that on February 15, 2008, *Defendants' Notice of Service of Discovery Materials Bates-stamped D00047-D00051* was filed with the Clerk of Court using CM/ECF. *Notice of Service and Defendants' Response to Plaintiff's Request for Production of Documents Bates-stamped D00047-D00051* were mailed by U.S. First Class Mail to:

>Jason C. Jowers (No. 4721)
>jjowers@morrisjames.com
>Edward M. McNally (No. 614)
>emcnally@morrisjames.com
>Morris James LLP
>500 Delaware Avenue, Suite 1500
>P. O. Box 2306
>Wilmington, DE  19899

>/s/ Catherine Damavandi
>Deputy Attorney General, ID #3823
>Department of Justice
>820 N. French Street, 6th Floor
>Wilmington, DE 19801
>(302) 577-8400
>Catherine.Damavandi@state.de.us