IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANIBAL MELENDEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-193-SLR |
| | ) |
| NATE GARDELLS, | ) |
| and MICHAEL ALLEN, | ) |
| | ) |
| Defendants. | ) |

## RE-NOTICE OF DEPOSITION

TO: Catherine C. Damavandi, Esquire
Deputy Attorney General
Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801

PLEASE TAKE NOTICE that the undersigned, on behalf of Plaintiff Anibal Melendez, will take the deposition of James Gardels, on March 13, 2008, beginning at 10:00 a.m. at the offices of Morris James LLP, 500 Delaware Avenue, Suite 1500, Wilmington, Delaware 19801.

MORRIS JAMES LLP

/s/ Jason C. Jowers
Edward M. McNally (#614)
Jason C. Jowers (#4721)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
emcnally@morrisjames.com
jjowers@morrisjames.com
*Attorneys for Plaintiff Anibal Melendez*

Dated: February 18, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of February, 2008, I electronically filed the foregoing document, **RE-NOTICE OF DEPOSITION**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Catherine C. Damavandi, Esquire
>Deputy Attorney General
>Department of Justice
>Carvel State Office Building
>820 N. French Street, 6th Floor
>Wilmington, DE 19801


>/s/ Jason C. Jowers
>Jason C. Jowers (#4721)

1692987/1