# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

ANIBAL MELENDEZ,                    )
                                    )
           Plaintiff,              )
                                    )
     v.                            )         C. A. No. 04-193-SLR
                                    )
NATE GARDELLS and MICHAEL           )
ALLEN,                              )
                                    )
           Defendants.             )

## NOTICE OF SERVICE OF DISCOVERY MATERIALS

I, Catherine Damavandi, Deputy Attorney General, hereby certify that on March 11, 2008, *Defendants' Notice of Service of Discovery Materials Bates-stamped* D000052-D000065 was filed with the Clerk of Court using CM/ECF. *Notice of Service and Documents Bates-stamped* D000052-D000065 were hand delivered to:

> Jason C. Jowers (No. 4721)
> jjowers@morrisjames.com
> Edward M. McNally (No. 614)
> emcnally@morrisjames.com
> Morris James LLP
> 500 Delaware Avenue, Suite 1500
> P. O. Box 2306
> Wilmington, DE  19899

> /s/ Catherine Damavandi
> Deputy Attorney General, ID #3823
> Department of Justice
> 820 N. French Street, 6th Floor
> Wilmington, DE 19801
> (302) 577-8400
> Catherine.Damavandi@state.de.us