IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANIBEL MELENDEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-193-SLR |
| | ) |
| NATE GARDELLS and MICHAEL ALLEN, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 11th day of March, 2008, having conferred with counsel;

IT IS ORDERED that:

1. A pretrial conference in the above captioned case shall be conducted on **June 5, 2008** at **4:30 p.m.** in courtroom 6A, sixth floor Federal Building, 844 King Street, Wilmington, Delaware.

    a. Motions in limine shall be filed on or before **May 27, 2008**; responses to such shall be filed on or before **June 3, 2008.**

    b. The parties shall submit to the court a stipulated pretrial order, proposed voir dire and final jury instructions on or before **June 3, 2008.**

2. A two-day jury trial shall commence on **June 24, 2008**, with plaintiff having four (4) hours and defendants (collectively) having four (4) hours in which to complete the presentation of their respective cases to the jury. On the first day of trial, each party must submit to the courtroom deputy an exhibit list that identifies all of the trial exhibits

that party may introduce at trial.  All trial exhibits must be pre-marked before introduction at trial.

_____
United States District Judge
