## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANIBAL MELENDEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 04-193-SLR |
| | ) | |
| NATE GARDELLS and MICHAEL ALLEN, | ) ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF SERVICE OF DISCOVERY MATERIALS

I, Catherine Damavandi, hereby certify that on March 13, 2008, *Defendants' Notice of Service of Discovery Material Bates-stamped* D000062-A was filed with the Clerk of Court using CM/ECF. The Document Bates-stamped D000062-A was hand delivered to:

>Jason C. Jowers (No. 4721)
>jjowers@morrisjames.com
>Edward M. McNally (No. 614)
>emcnally@morrisjames.com
>Morris James LLP
>500 Delaware Avenue, Suite 1500
>P. O. Box 2306
>Wilmington, DE  19899

>/s/ Catherine Damavandi
>Deputy Attorney General, ID #3823
>Department of Justice
>820 N. French Street, 6th Floor
>Wilmington, DE 19801
>(302) 577-8400
>Catherine.Damavandi@state.de.us