## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANIBAL MELENDEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 04-193-SLR |
| v. | ) |
| | ) |
| NATE GARDELLS and | ) |
| MICHAEL ALLEN, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR LEAVE
TO DEPOSE INMATE CURTIS EVANS**

Defendants Nate Gardells and Michael Allen, by and through their undersigned counsel, respectfully request this Honorable Court to enter an Order granting the Defendants leave to depose Curtis Evans, an incarcerated individual. In support thereof, Defendants submit the following:

1. Curtis Evans, SBI# 340708, is an inmate incarcerated at the Delaware Correctional Center in Smyrna, Delaware.

2. Today, Defendants were informed that Plaintiff intends to call Curtis Evans as a witness at trial. The trial is scheduled for June 24, 2008.

3. Defendants would like to depose Curtis Evans as part of discovery in this case.

4. No discovery deadline has been set in this matter.

5. Fed. R. Civ. P. 30(a)(2) requires leave of the Court to depose an incarcerated individual.

6. A form of order is attached to this Motion that grants Defendants' counsel the right to depose Curtis Evans.

WHEREFORE, Defendants respectfully request that this Honorable Court grant their

*Motion for Leave to Depose Curtis Evans*.

                                              **STATE OF DELAWARE**
                                              **DEPARTMENT OF JUSTICE**

                                              /s/ Catherine Damavandi
                                              Catherine Damavandi (ID # 3823)
                                              Deputy Attorney General
                                              State of Delaware Department of Justice
                                              820 N. French Street, 6th Floor
                                              Wilmington, DE 19801
                                              (302) 577-8400
                                              Attorney for Defendants

DATE: May 22, 2008

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANIBAL MELENDEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 04-193-SLR |
| v. ) | |
| ) | |
| NATE GARDELLS and ) | |
| MICHAEL ALLEN, ) | |
| ) | |
| Defendants. ) | |

## 7.1.1 CERTIFICATE OF COUNSEL

Undersigned counsel hereby certifies, pursuant to Local Rule 7.1.1, that:

1.  Opposing counsel was contacted on May 22, 2008 regarding Defendants' *Motion for Leave to Depose Curtis Evans*.

2.  Opposing counsel has no objection to the motion.

                            **STATE OF DELAWARE**
                            **DEPARTMENT OF JUSTICE**

                            /s/ Catherine Damavandi
                            Catherine Damavandi (ID # 3823)
                            Deputy Attorney General
                            State of Delaware Department of Justice
                            820 N. French Street, 6th Floor
                            Wilmington, DE 19801
                            (302) 577-8400
                            Attorney for Defendants

DATE: May 22, 2008

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANIBAL MELENDEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 04-193-SLR |
| v. | ) |
| | ) |
| NATE GARDELLS and | ) |
| MICHAEL ALLEN, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I certify that on May 22, 2008, I electronically filed *Defendants' Motion For Leave to Depose Inmate Curtis Evans* with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

    Jason C. Jowers, Esq.
    jjowers@morrisjames.com
    Morris James LLP
    500 Delaware Avenue, Suite 1500
    Wilmington, DE  19899

    Edward M. McNally, Esq.
    emcnally@morrisjames.com
    Morris James LLP
    500 Delaware Avenue, Suite 1500
    Wilmington, DE  19899

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

    /s/ Catherine Damavandi_____
    Catherine Damavandi (ID # 3823)
    Deputy Attorney General
    Delaware Department of Justice
    820 N. French Street, 6th Floor
    Wilmington, DE 19801
    (302) 577-8400
    Attorney for Defendants