IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANIBAL MELENDEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 04-193-SLR |
| v. | ) | |
| | ) | |
| NATE GARDELLS and | ) | |
| MICHAEL ALLEN, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This _____ day of _____, 2008,

**WHEREAS,** Defendants having requested leave to depose Inmate Curtis Evans pursuant to Fed. R. Civ. P. 30(a); and

**WHEREAS,** there being good cause shown for the granting of such motion;

**IT IS HEREBY ORDERED**, that Defendants' *Motion for Leave to Depose* shall be granted and Defendants shall have the right to depose Inmate Curtis Evans.

_____
The Honorable Sue L. Robinson
United States District Judge