IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANIBAL MELENDEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-193-SLR |
| | ) | |
| NATE GARDELLS, and MICHAEL ALLEN, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S RESPONSE TO
MOTION TO TAKE DEPOSITION OF CURTIS EVANS**

Plaintiff Anibal Melendez has consented to the taking of the deposition of Curtis Evans.

MORRIS JAMES LLP

_____
Edward M. McNally (#614)
Jason C. Jowers (#4721)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6800
emcnally@morrisjames.com
jjowers@morrisjames.com
*Attorneys for Plaintiff Anibal Melendez*

Dated: May 22, 2008