# Exhibit 1:
*Excerpt of Plaintiff's Deposition*

Page 58

1  do you do with it?
2  A. You give it back to the officer.
3  Q. Okay.
4  A. They put it in the mailbox.
5  Q. Now, Nurse Bryant said that she was going to talk
6  to Lieutenant --
7  A. Lieutenant Stanton.
8  Q. Who is he?
9  A. He was the lieutenant in charge. At that time --
10 let me make a correction. At that time it was already
11 changed.
12 Q. Okay.
13 A. Because Lieutenant Stanton is from 4:00 to 12:00.
14 So she -- it must be a little after 4:00, to make a
15 correction, because she requested to speak to a
16 lieutenant at 4:00 to 12:00.
17 Q. After she said that to you -- that she would talk
18 to Lieutenant Stanton -- I guess she walked away at that
19 point. Is that right?
20 A. Yes. She like -- she looked at me. She said, "I
21 see the bruises, but I don't believe you. I'll inform
22 Lieutenant Stanton" and left.
23 Q. All right. Did someone come talk to you?
24 A. Lieutenant Stanton came and talked to me.

Page 59

1  Q. How much time was it after that?
2  A. About -- before he went home. I think it was
3  about eleven o'clock, midnight.
4  Q. It was late evening?
5  A. Late evening, yeah.
6  Q. Okay. Lieutenant Stanton came by to talk to you?
7  A. Yes.
8  Q. What happened?
9  A. She asked me to see -- he asked me to show him
10 the bruises. I show him the bruises. I took my shirt
11 off. I showed him the bruises on my body, my face. And
12 he was like "okay" and walked away.
13 Q. Did he open the door or just look through the
14 window?
15 A. Through the window.
16 Q. You had bruises elsewhere on your body?
17 A. Excuse me?
18 Q. You told us you had --
19 A. Yeah. I showed him the bruises on my body.
20 Q. Okay. Earlier you were showing me where you had
21 bruises. Was that on the --
22 A. On the face.
23 Q. What side?
24 A. To who? The nurse?

Page 60

1  Q. You showed it to Nurse Bryant. Right?
2  A. Just the face.
3  Q. What side of your face was it?
4  A. My forehead, my side.
5  Q. Was it the right side of your face?
6  A. This side. Right here. The right side.
7  Q. Okay.
8  A. That's my right side. And then on my forehead.
9  Q. Now, when Lieutenant Stanton came by, you showed
10 him bruises on other parts of your body?
11 A. Yeah. I took my shirt off.
12 Q. Okay.
13 A. I showed him my back. My back was bruised up and
14 my sides.
15 Q. What side of your body was bruised up?
16 A. I think both sides.
17 Q. Okay.
18 A. This -- both sides. And my back.
19 Q. You took off your shirt and showed him that?
20 A. Yes.
21 Q. You showed him your bruises?
22 A. Yes.
23 Q. What did he say?
24 A. He said okay.

Page 61

1  Q. Then he left?
2  A. Then he left.
3  Q. Did a nurse come by at about 3 a.m. that morning
4  to give you your medication?
5  A. No. I was gone. Excuse me. Let me think about
6  it. No. I went to infirmary --
7  Q. Okay.
8  A. -- after that.
9  Q. Let's back up.
10       At about 11:00 or thereabouts, Lieutenant
11 Stanton looked at your bruises and left?
12 A. Yes.
13 Q. What happened next?
14 A. I tried to commit suicide.
15 Q. What did you do?
16 A. I tried to hang myself in the cell.
17 Q. Explain to me exactly what you did.
18 A. I tied a sheet on the vent, and I tried to hang
19 myself up.
20 Q. All right. You tied one end of the sheet on a
21 vent?
22 A. Yeah. I tied it around my neck.
23 Q. And the other end around your neck?
24 A. Yeah.

Page 62

1 Q. Where was the vent?
2 A. Right above the toilet.
3 Q. Once you had tied the two ends of the sheet, what
4 did you do?
5 A. I was wrapping it around my neck.
6 Q. Then what happened?
7 A. An officer came in.
8 Q. Do you know which officer it was?
9 A. Yes. Sergeant Terhune.
10 Q. Officer Terhune?
11 A. Terhune. I don't know the last name.
12 Q. About what time was it when you were tying the
13 sheet around your neck?
14 A. About 11:30.
15 Q. So it was shortly after --
16 A. Shortly after the lieutenant left.
17 Q. Okay.
18 A. Well, not shortly. There was a time. I can't
19 remember what time. Between that time I told him to the
20 time -- about an hour, hour and a half. I can't
21 remember.
22 Q. Okay.
23 A. About an hour.
24 Q. When you tied the sheet around your neck, what

Page 63

1 was your plan? What were you going to do?
2 A. Just kill myself.
3 Q. How were you going to do that?
4 A. Just jumping off the toilet.
5 Q. So you were standing on the toilet at that point?
6 A. Yes.
7 Q. Your plan was to step off the toilet --
8 A. Yes.
9 Q. -- with the sheet around your neck?
10 A. Yes.
11 Q. I believe that what you said is that Sergeant
12 Terhune came by.
13 A. Terhune.
14 Q. How did that come to pass?
15 A. Because they saw -- they -- the officer saw me
16 pulling the sheet. When he came around, he saw me
17 pulling the sheet. And by the time they came back, they
18 saw me putting -- wrapping the other end around my neck.
19 Q. Do you know which officer saw you tying the sheet
20 around your neck?
21 A. Do I remember what officers?
22 Q. Yes.
23 A. There was like five -- four officers at that
24 time. I just remember Sergeant Terhune, because I knew

Page 64

1 who he was.
2 Q. So when Sergeant Terhune came to your cell, there
3 were other officers there as well?
4 A. Yes.
5 Q. Okay. But do you know who it was that saw you in
6 the first place that then --
7 A. No. I remember. I remember him. He was a
8 rookie. He just started working.
9 Q. So some officers saw you and then went and told
10 other people?
11 A. Yes.
12 Q. But he was a rookie.
13     You don't remember who he was?
14 A. No.
15 Q. Sergeant Terhune came to your cell with some
16 other officers?
17 A. Yes. With some other officers.
18 Q. Do you know who the other officers were?
19 A. No.
20 Q. When Sergeant Terhune came, did he open your
21 door?
22 A. Yeah. He opened the door. He came in with the
23 other officers. He ordered me to get down.
24 Q. So at that point you hadn't stepped off the

Page 65

1 toilet?
2 A. No. I was still standing.
3 Q. Sergeant Terhune told you to get down?
4 A. Yeah.
5 Q. What did you do then?
6 A. I went and got down.
7 Q. Did you untie the sheet before you --
8 A. No. The sheet was already tied. I was tying it
9 around my neck.
10 Q. Had you actually finished tying it yet?
11 A. No. I was still tying it while -- when he came
12 in.
13 Q. Okay. After you got down, I guess, from the
14 toilet, then what happened?
15 A. He handcuffed me and took me to infirmary.
16 Q. Did Sergeant Terhune actually escort you to the
17 infirmary?
18 A. No. They let the rover do that.
19 Q. Once you got to the infirmary, what happened?
20 A. I was put in -- they just took me there and they
21 sat me. They checked me out and all that. And then they
22 just left me there.
23 Q. When you got to the infirmary, was there a doctor
24 there?

Page 78

1  Q. So you were still --
2  A. Seeing him.
3  Q. Once you were moved to D, did you have any more
4  problems with him -- with Gardels?
5  A. Well, after I filed the claim -- that was when I
6  was on C tier. I filed a claim. And he was coming
7  around D tier and telling everybody that I was a snitch.
8  Q. So when you were still on C before you were
9  moved, you filed something --
10 A. A claim.
11 Q. -- about -- you mean a grievance or --
12 A. No. I filed a claim.
13 Q. Oh. The lawsuit that we're here about today?
14 A. Yeah.
15 Q. Oh, all right.
16     While you were still on C --
17 A. On C Tier.
18 Q. -- you filed this lawsuit?
19 A. Yes.
20 Q. Then you were moved to D?
21 A. D.
22 Q. Gardels was going around talking about you?
23 A. Yeah. He was telling all the other inmates that
24 I'm a snitch.

Page 79

1  Q. What else, if anything, did he do?
2  A. That's it.
3  Q. How about your meals and recreation?
4  A. No. He just -- he didn't give me rec. There was
5  once he didn't give me any rec.
6  Q. One time? Is that right? You said one time?
7  A. Yes. Just once.
8  Q. Once you were on D tier?
9  A. Yeah. When I was on D tier.
10 Q. Did he give you your meals?
11 A. No. He wouldn't take no meals.
12 Q. He gave you your meals. He didn't --
13 A. Yeah. He wasn't taking. Yeah. He was giving.
14 Q. He was feeding you?
15 A. He was feeding me. Yeah, he was feeding me.
16 Q. Once you were on D tier in Building 17, did you
17 have any other problem with Gardels that you haven't told
18 me about?
19 A. (The witness indicated.)
20 Q. Is that a no?
21 A. No.
22 Q. What about Allen? When you were moved to D tier,
23 did you have any problems with Allen?
24 A. No. I never had a problem before that with Allen

Page 80

1  or after that.
2  Q. It was just that one incident?
3  A. That one incident with Allen.
4  Q. How did you find out Gardels' name?
5  A. I think I asked him.
6  Q. So at some point you asked him what his name was
7  as opposed to being called "Nuke"?
8  A. Yes.
9      THE WITNESS: Do you mind telling me the
10 time?
11     MS. KELLY: Okay. Do you need a break?
12     THE WITNESS: Yes.
13     MS. KELLY: We're probably going to take a
14 while longer. I'm not almost done yet. So it might be a
15 good time to take a break.
16     We can go off now.
17     (A recess was taken.)
18     - - - - -
19     ANIBAL MELENDEZ, resumes
20 BY MS. KELLY:
21 Q. You testified that when Gardels and Allen
22 assaulted you that they injured you in various ways by
23 kicking and punching you. Is that right?
24 A. Yes.

Page 81

1  Q. Did those injuries go away at some point?
2  A. No.
3  Q. Okay.
4  A. The bruises.
5  Q. Did the bruises clear up at some point?
6  A. Mm-hmm.
7  Q. You still have bruises?
8  A. Oh. To this day?
9  Q. Yes.
10 A. Oh, no.
11 Q. Okay. The bruises went away. They cleared up.
12     At some point you didn't have bruises
13 anymore. Is that right?
14 A. Well, yes.
15 Q. They went away?
16 A. Yeah, they went away.
17 Q. How long did it take before the bruises went
18 away?
19 A. When I left the infirmary, about three weeks.
20 Three weeks.
21 Q. Would you say --
22 A. Before I leave the infirmary, I still had little,
23 tiny bruises, but not much. It was about three weeks.
24 Q. Okay. At this time are you having any physical

21 (Pages 78 to 81)

Case 1:04-cv-00193-SLR    Document 123-2    Filed 05/27/2008    Page 5 of 5

Melendez v. Carroll, et al.
Anibal Melendez    C.A. # 04-193-SLR    July 14, 2005

Page 82

1  problems that you feel were caused by that assault?
2  A. Yes. Neck.
3  Q. Tell me about that.
4  A. It got stiff and pain. And I couldn't turn
5  properly. My neck was hurting.
6  Q. When did you start having problems with your
7  neck?
8  A. Prior to the time I was in the infirmary.
9  Q. You're talking about before the time you were
10 brought to the infirmary because of the sheet incident?
11 A. After the -- after -- when I was in the infirmary
12 at that time, I was waking up with the problems.
13 Q. So while you were in the infirmary, you started
14 having problems with your neck?
15 A. Yeah.
16 Q. You're still having problems with your neck
17 today?
18 A. Yes.
19 Q. How is your neck feeling today?
20 A. When I turn, it feels like a pain, like a sharp
21 pain.
22 Q. Where is the sharp pain?
23 A. All on this. On this.
24 Q. On the back?

Page 83

1  A. In the back.
2  Q. Is it in the middle of the back? In the middle
3  part?
4  A. On the side.
5  Q. Both sides or one side?
6  A. Both sides.
7  Q. Okay. Have you told any medical provider here at
8  the prison about your neck problems?
9  A. I told Nurse Bryant afterwards. She told me just
10 take a Tylenol.
11 Q. So you told Nurse Bryant that your neck was
12 bothering you?
13 A. Yeah.
14 Q. Do you remember when that was?
15 A. When I came back from the infirmary.
16 Q. You mean when you came back to the tier?
17 A. To the tier.
18 Q. Does Nurse Bryant work in the infirmary?
19 A. No.
20 Q. So she just works on the tiers?
21 A. Yes.
22 Q. Did you talk to any other health care person at
23 DCC about your neck?
24 A. Well, when I first came to infirmary, I -- they

Page 84

1  was giving me painkillers when I first got there.
2  Afterwards they stop giving me the painkillers. And I
3  start feeling the pain. And I got moved afterwards.
4  Q. You mean you got moved back --
5  A. To the tier. To the tier.
6  Q. Once you were back on the tier, have you ever
7  told anybody about your neck problems?
8  A. Well, I wrote up a few grievance about the neck
9  incident and my head. And they wasn't treating me.
10 They're not treating me. I did write a few people about
11 it.
12 Q. Have you talked to any of the medical people here
13 about your neck?
14 A. The doctor. I spoke to the doctor.
15 Q. Do you know who that was?
16 A. No.
17 Q. So you told the doctor that you were having
18 problems with your neck. Right?
19 A. (The witness indicated.)
20 Q. Do you tell him how your neck got hurt?
21 A. Yes.
22 Q. What did you say?
23 A. Well, they asked me.
24 Q. Okay.

Page 85

1  A. I tell them I'm having neck problems. You have
2  to write a medical sick call slip. And I wrote it down.
3  They -- the nurse, she -- the nurse do the check. And
4  she referred the case to the doctor. And the doctor saw
5  me. And he said there's nothing wrong with your neck.
6  She put the hand on my neck. She made me turn my head up
7  and down and just say okay.
8  Q. This was a woman doctor?
9  A. A woman doctor.
10 Q. Do you remember about when you saw her? Was it
11 this year or last year? Do you remember when it was?
12 A. This is 2005.
13 Q. 2005.
14 A. I was still in the SHU. And I left the SHU --
15 well, Building 17. I just left there -- I can't really
16 remember what time. I was still over there in 17.
17 Q. At any time did anyone at medical do anything for
18 you with respect to your neck?
19 A. No. They didn't do anything. They just took
20 x-rays.
21 Q. I can't remember what you said.
22    Did you tell them that you had been
23 assaulted?
24 A. Well, I go there and they check me and all. And