## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

ANIBAL MELENDEZ,                    )
                                     )
                    Plaintiff,       )
                                     )        C.A. No. 04-193-SLR
          v.                         )
                                     )
NATE GARDELLS and                    )
MICHAEL ALLEN,                       )
                                     )
                    Defendants.      )

## **O R D E R**

WHEREAS, Defendants Nate Gardells and Michael Allen have moved to limit or exclude certain evidence or argument; and,

WHEREAS, the Court has reviewed the papers filed in connection with the matter and/or has heard from counsel;

**IT IS SO ORDERED, this _____ day of June, 2008**, as follows:

1.    The Motion is **GRANTED**.

2.    Plaintiff is precluded from offering any evidence or testimony at trial that he suffered physical injuries or medical condition(s), including but not limited to physical damage to his face, head, chest, neck, back and side, as a result of the Defendants' conduct.

_____
The Honorable Sue L. Robinson
United States District Judge