IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANIBAL MELENDEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 04-193-SLR |
| v. ) | |
| ) | |
| NATE GARDELLS and ) | |
| MICHAEL ALLEN, ) | |
| ) | |
| Defendants. ) | |

**7.1.1 CERTIFICATE OF COUNSEL**

The undersigned hereby certifies, pursuant to Local Rule 7.1.1, that:

Opposing counsel was contacted about the subject matter of the within motion (i.e., the identity of witnesses who will testify at Plaintiff's case in chief). Opposing counsel confirmed on May 22, 2008 that Plaintiff would not call an expert witness to testify at trial.

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        /s/ Catherine Damavandi_____
        Catherine Damavandi (ID # 3823)
        Deputy Attorney General
        Delaware Department of Justice
        820 N. French Street, 6th Floor
        Wilmington, DE 19801
        (302) 577-8400
        Attorney for Defendants

DATE: May 29, 2008