**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ANIBAL MELENDEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-193-SLR |
| | ) |
| NATE GARDELS, and MICHAEL ALLEN, | ) |
| | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that two copies of Plaintiff's Response to First Set of

Interrogatories and Plaintiff's Response to First Request for Production were served upon the

following, by hand delivery, this 29th day of May, 2008, and addressed as follows:

> Catherine Damavandi, Esquire
> Department of Justice
> State of Delaware
> 820 N. French Street, 6th Floor
> Wilmington, DE 19801


MORRIS JAMES LLP


_____
Edward M. McNally (#614)
Jason C. Jowers (#4721)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6800
emcnally@morrisjames.com
jjowers@morrisjames.com
Attorneys for Plaintiff Anibal Melendez


Dated: May 29, 2008


1787876/1