# EXHIBIT A

Melendez v. Gardels, et al.
C.A. No. 04-193-SLR
Plaintiff's Pre-Trial Exhibit List

| Trial Exhibit Number | Bates Number | DATE | TITLE | Objection |
|---|---|---|---|---|
| PX1 | n/a (Allen Dep. Ex. 5) | 12/10/2003 | Infirmary Intake Form Nursing Assessment Protocol | |
| PX2 | n/a | 12/10/2003 | Interdisciplinary Progress Notes | |
| PX3 | n/a (Allen Dep. Ex. 6, Gardels Dep. Ex. 6) | 12/10/2003 | Incident Report | |

# EXHIBIT B

Exhibit B – Defendants' Exhibit List

# United States District Court

_____ DISTRICT OF DELAWARE _____

**Anibal Melendez v. Nate Gardells, et al.**

**EXHIBIT LIST**

**CASE NUMBER**: 04-193-SLR

| DEF. NO. | DATE OFFERED | DESCRIPTION OF EXHIBITS |
|---|---|---|
| 1 | | Offender Housing History and Details (Gardells Dep. Ex. 1) |
| 2 | | SHU Logbook (Gardells Dep. Ex. 3) |
| 3 | | SHU Logbook (Gardells Dep. Ex. 4) |
| 4 | | SHU Logbook (Gardells Dep. Ex. 5) |
| 5 | | Disciplinary Report (Gardells Dep. Ex. 2) |
| 6 | | Plaintiff's Medical Progress Notes from December 2003 |