IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANIBAL MELENDEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 04-193-SLR |
| v. | ) | |
| | ) | |
| NATE GARDELS and | ) | |
| MICHAEL ALLEN, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT PROPOSED JURY VERDICT SHEET**

Do you unanimously find from a preponderance of the evidence the following?

1. Did Nate Gardels use excessive force against Plaintiff on December 10, 2003?

   Answer Yes or No: _____

   If your answer is yes, go to question 2. If your answer is no, go to question 4.

2. Did plaintiff prove he suffered injuries as a result of Nate Gardels' use of force?

   Answer Yes or No: _____

   If your answer is yes, go to question 3. If your answer is no, go to question 4.

3. If you answered yes to Question 2, what amount, if any, do you find for the following against Nate Gardels:

   a. Compensatory damages: _____

      b.  Punitive damages: _____

4.  Did Michael Allen use excessive force against Plaintiff on December 10, 2003?

Answer Yes or No: _____

If your answer is yes, go to question 5.  If your answer is no, you do not need to answer any more questions.

5.  Did plaintiff prove he suffered injuries as a result of Michael Allen's use of force?

Answer Yes or No: _____

If your answer is yes, go to question 6.  If your answer is no, you do not need to answer any more questions.

6.  If you answered yes to Question 5, what amount, if any, do you find for the following against Michael Allen:

      a.  Compensatory damages: _____

      b.  Punitive damages: _____