## **VOIR DIRE TO JURY PANEL**

Good morning, ladies and gentlemen. I am Judge Robinson, and I will be presiding over the trial for which a jury is about to be drawn in the case captioned: *Anibal Melendez v. Nate Gardels and Michael Allen.* Briefly stated, this case is a civil action brought by plaintiff Anibal Melendez against the defendants Nate Gardels and Michael Allen.

The trial is expected to last from today until tomorrow; our trial days will run approximately 9:00 a.m. to 5:00 p.m.

Plaintiff is represented by Edward M. McNally and Jason C. Jowers, attorneys with Morris James LLP. Defendants are represented by Catherine Damavandi, an attorney with the State of Delaware.

In the light of this brief summary, I will ask the panel certain questions, the purpose of which is to: (1) enable the court to determine whether or not any prospective juror should be excused for cause; and (2) enable counsel for the parties to exercise their individual judgment with respect to peremptory challenges, that is, challenges for which no reason need be given by counsel. If any of you answer any questions "yes," please stand up and, upon being recognized by the court, state your juror number. When I have concluded asking all the questions, we will call you to the bench individually to speak with you about your affirmative response or responses.

### **HAVE CLERK ADMINISTER THE OATH TO THE PANEL**

1. Is any member of the panel related to the plaintiff?

2. Is any member of the panel related to the defendants or personally acquainted with any officer, director, or employee of, or ever done business with, the Delaware Department of Corrections?

3. Do you or any member of your family (*i.e.*, spouse, children, parents, siblings or significant others) have any relationship or significant feelings against the State of Delaware, its departments, divisions or offices?

4. Have you or any member of your immediate family (*i.e.*, your parents, their brothers or sisters, your siblings, your children, your in-laws and any significant other person in your life) been held in custody in any correctional facility?

5. Is any member of the panel related to, or personally acquainted with Mr. McNally or Mr. Jowers, plaintiff's attorneys, or ever been represented by them or by any associate or member of their law firm, Morris James LLP?

6. Is any member of the panel related to, or personally acquainted with Ms. Damavandi, defendants' attorney or ever been represented by her or by any associates or member of the Delaware Department of Justice?

7. Is any member of the panel related to, or personally acquainted with, any of the following individuals who might appear as witnesses in this case:

    Anibal Melendez

    Brian Stewart

    Curtis Evans

    Nate Gardels

    Michael Allen

8. Does any member of the panel have any personal knowledge of this case, or have you read or heard it discussed, or have an opinion regarding it?

9. Has any member of the panel ever been a plaintiff or a defendant in a civil lawsuit?

10. Has any member of the panel ever served as a juror in a civil rights lawsuit?

11. Does any member of the panel have any experience with, or knowledge of, the Delaware Correctional Center?

12. Does any member of the panel have any special disability or problem that would make it difficult or impossible for you to serve as a member of the jury in this case?

13. Does any member of the panel know of any other matter which you believe should be called to the court's attention as having some bearing upon your qualifications or ability to sit as a juror, or which you think may prevent you from rendering a fair and impartial verdict based solely upon the evidence and my instructions as to the law?