# Morris James LLP

Edward M. McNally
302.888.6880
emcnally@morrisjames.com

June 3, 2008

<u>VIA CM/ECF AND HAND DELIVERY</u>

The Honorable Sue L. Robinson
Judge
United States District Court
844 N. King Street
Wilmington, DE 19801

    Re:    Anibal Melendez v. Nate Gardels and Michael Allen
             <u>C.A. No. 04-193-SLR</u>

Dear Judge Robinson:

    We have today electronically filed the following documents:

1. A proposed joint Pretrial Order;

2. Proposed Jury Instructions (Defendants recently proposed an additional instruction that Plaintiff will not accept at this late date);

3. Joint Proposed Jury Verdict Sheet, and

4. Proposed Voir Dire to Jury Panel.

    With her consent, we have signed Ms. Damavandi's name to the proposed Pretrial Order. Enclosed are copies of these documents along with a disk of the Proposed Jury Instructions in WordPerfect 9.0 format. Also enclosed for Your Honor are a set of plaintiff's trial exhibits.

    We are also submitting Defendants' Proposed Jury Verdict Sheet that contains an additional interrogatory that the Plaintiff has not agreed is appropriate.

                                                   Respectfully submitted,

                                                   Edward M. McNally (#614)

EMM/lpt
Enclosures
cc:    Clerk of the Court (w/enclosures; hand delivery)
          Catherine Damavandi, Esquire (w/enclosures; via e-filing)