# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANIBAL MELENDEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 04-193-SLR |
| | ) |
| NATE GARDELLS and MICHAEL ALLEN, | ) |
| | ) |
| | ) |
| Defendants. | ) |

### Notice of Deposition

TO:   Curtis Evans
      SBI# 00340708
      Delaware Correctional Center
      1181 Paddock Road
      Smyrna, DE  19977

**PLEASE TAKE NOTICE** that the oral deposition of Curtis Evans will be taken by Catherine Damavandi, Deputy Attorney General, on Monday, June 9, 2008 at 10:00 a.m. The deposition will take place at the Delaware Correctional Center; 1181 Paddock Road; Smyrna, DE 19977, and will be transcribed by a professional reporter.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Catherine Damavandi
Catherine Damavandi (ID # 3823)
Deputy Attorney General
Delaware Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for Defendants

Dated:  June 4, 2008

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANIBAL MELENDEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 04-193-SLR |
| v. | ) | |
| | ) | |
| NATE GARDELLS and | ) | |
| MICHAEL ALLEN, | ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I certify that on June 4, 2008, I electronically filed the *Notice of Deposition of Curtis Evans* with the Clerk of Court using CM/ECF. I hereby certify that on June 4, 2008, I caused the document to be served on the following individuals in the form and manner indicated:

**Via Electronic Service**

Jason C. Jowers, Esq.
jjowers@morrisjames.com
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19899

Edward M. McNally, Esq.
emcnally@morrisjames.com
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19899

**Via First Class Mail**
Curtis Evans, SBI# 00340708
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Catherine Damavandi_____
Catherine Damavandi (ID # 3823)
Deputy Attorney General
Delaware Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for Defendants