## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANIBAL MELENDEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 04-193-SLR |
| | ) |
| NATE GARDELLS and MICHAEL ALLEN, | ) |
| | ) |
| Defendants. | ) |

### Re-Notice of Deposition

TO:   Curtis Evans
      SBI# 00340708
      Delaware Correctional Center
      1181 Paddock Road
      Smyrna, DE  19977

**PLEASE TAKE NOTICE** that the oral deposition of Curtis Evans will be taken by Catherine Damavandi, Deputy Attorney General, on Monday, June 9, 2008 at 11:00 a.m. The deposition will take place at the Delaware Correctional Center; 1181 Paddock Road; Smyrna, DE 19977, and will be transcribed by a professional reporter.

      STATE OF DELAWARE
      DEPARTMENT OF JUSTICE

      /s/ Catherine Damavandi
      Catherine Damavandi (ID # 3823)
      Deputy Attorney General
      Delaware Department of Justice
      820 N. French Street, 6th Floor
      Wilmington, DE 19801
      (302) 577-8400
      Attorney for Defendants

Dated:  June 6, 2008

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ANIBAL MELENDEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 04-193-SLR |
| v. | ) | |
| | ) | |
| NATE GARDELLS and | ) | |
| MICHAEL ALLEN, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

        I certify that on June 6, 2008, I electronically filed the *Re-Notice of Deposition of Curtis Evans* with the Clerk of Court using CM/ECF. I hereby certify that on June 6, 2008, I caused the document to be served on the following individuals in the form and manner indicated:

**Via Electronic Service**

Jason C. Jowers, Esq.
jjowers@morrisjames.com
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899

Edward M. McNally, Esq.
emcnally@morrisjames.com
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899

**Via First Class Mail**
Curtis Evans, SBI# 00340708
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

        **STATE OF DELAWARE**
        **DEPARTMENT OF JUSTICE**

        /s/ Catherine Damavandi
        Catherine Damavandi (ID # 3823)
        Deputy Attorney General
        Delaware Department of Justice
        820 N. French Street, 6th Floor
        Wilmington, DE 19801
        (302) 577-8400
        Attorney for Defendants