# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANIBAL MELENDEZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATE GARDELLS and MICHAEL )<br>ALLEN, )<br>)<br>Defendants. ) | C. A. No. 04-193-SLR |

## Notice of Deposition

TO:  Brian J. Stewart
    6235 Summit Bridge Road
    Townsend, DE 19734

**PLEASE TAKE NOTICE** that the oral deposition of Brian J. Stewart will be taken by Catherine Damavandi, Deputy Attorney General, on Friday, June 13, 2008 at 10:00 a.m. The deposition will take place at the Department of Justice, 820 N. French Street, 6th Floor, Wilmington, DE 19801, and will be transcribed by a professional reporter.

>                        STATE OF DELAWARE
>                        DEPARTMENT OF JUSTICE
>
>                        /s/ Catherine Damavandi_____
>                        Catherine Damavandi (ID # 3823)
>                        Deputy Attorney General
>                        Delaware Department of Justice
>                        820 N. French Street, 6th Floor
>                        Wilmington, DE 19801
>                        (302) 577-8400
>                        Attorney for Defendants

Dated: June 6, 2008

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ANIBAL MELENDEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 04-193-SLR |
| v. | ) | |
| | ) | |
| NATE GARDELLS and | ) | |
| MICHAEL ALLEN, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I certify that on June 6, 2008, I electronically filed the *Notice of Deposition of Brian J. Stewart* with the Clerk of Court using CM/ECF. I hereby certify that on June 6, 2008, I caused the document to be served on the following individuals in the form and manner indicated:

**Via Electronic Service**

Jason C. Jowers, Esq.
jjowers@morrisjames.com
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899

Edward M. McNally, Esq.
emcnally@morrisjames.com
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899

**Via First Class Mail**
Brian J. Stewart
6235 Summit Bridge Road
Townsend, DE 19734

        **STATE OF DELAWARE**
        **DEPARTMENT OF JUSTICE**

        /s/ Catherine Damavandi_____
        Catherine Damavandi (ID # 3823)
        Deputy Attorney General
        Delaware Department of Justice
        820 N. French Street, 6th Floor
        Wilmington, DE 19801
        (302) 577-8400
        Attorney for Defendants