

**JOSEPH R. BIDEN, III**
ATTORNEY GENERAL

**DEPARTMENT OF JUSTICE**
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CIVIL DIVISION (302) 577-8400
FAX: (302) 577-6630

June 13, 2008

The Honorable Sue L. Robinson.
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

Mr. Edward McNally, Esq.
Mr. Jason Jowers, Esq.
Morris James LLP
500 Delaware Ave., Suite 1500
Wilmington, DE 19801

**RE:** *Melendez v. Gardells, et al. , C.A. No. 04-193-SLR*

Dear Judge Robinson, Mr. McNally and Mr. Jowers:

After deposing the Plaintiff's two fact witnesses this week, Defendants disclose that the following individuals may be called as possible rebuttal witnesses in this case:

> Lt. Thomas Seacord
> Captain Michael McCreanor
> Jeremy McEntire, R.N.
> Dr. Raman Gopalakrishnan

Therefore, Defendants request that the names of these witnesses be included in the proposed *voire dire* questions to the jury panel, along with Robert Harris, Ron Hosterman, James Scarborough and Cindy Wright (witnesses for the defense), whose names were inadvertently omitted from the parties' joint submission to the Court (D.I.130) on June 3, 2008.

Respectfully submitted,

*/s/Catherine Damavandi*

Catherine Damavandi, I.D. #3823