Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ANIBAL MELENDEZ,          :
    Plaintiff,            :
                  :
    v.                    : C.A. No. 04-193-SLR
                  :
NATE GARDELLS and         :
MICHAEL ALLEN,            :
    Defendants.           :

            Deposition of CURTIS L. EVANS taken
pursuant to notice before Gloria M. D'Amore, Registered
Professional Reporter, at the James T. Vaughn, Jr.,
Correctional Center, 1181 Paddock Road, Smyrna, Delaware,
on Monday, June 9, 2008, beginning at approximately 11:15
a.m., there being present:

APPEARANCES:

                MORRIS JAMES LLP
                BY:   EDWARD M. McNALLY, ESQUIRE
                      500 Delaware Avenue, Suite 1500
                      Wilmington, Delaware 19801-1494
                Attorney for Plaintiff

CORBETT & WILCOX
Registered Professional Reporters
230 N. Market Street        Wilmington, DE 19801
(302) 571-0510
Corbett & Wilcox is not affiliated
with Wilcox & Fetzer, Court Reporters

Curtis L. Evans

Page 2

```
 1    APPEARANCES CONTINUED:

 2

 3                 STATE OF DELAWARE
                   DEPARTMENT OF JUSTICE
 4            BY:  CATHERINE DAMAVANDI, ESQUIRE
                     820 N. French Street
 5                   6th Floor
                     Wilmington, Delaware 19801
 6            Attorney for Defendants

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

Curtis L. Evans

1              CURTIS L. EVANS, having first been duly

2     sworn according to law, was examined and testified as

3     follows:

4     BY MS. DAMAVANDI:

5          Q.    Mr. Evans, my name is Catherine Damavandi.  As

6     I mentioned to you a short while ago, I work for the

7     Department of Justice.  And I represent the Department of

8     Corrections in civil lawsuits that are filed against

9     them.  In this case, the person that filed the lawsuit is

10    Anibal Melendez, and I represent Correctional Officers

11    Gardells and Michael Allen.

12              So, I'm going to be asking you some

13    questions.  So, in your response, because we have a court

14    reporter here, if you can verbalize your response.

15    Please say yes loudly, instead of a nod, or what we

16    usually do in every day conversation, so she can

17    accurately record your responses.

18              Is there anything, for example, are you

19    taking any kind of medications, or are you under any kind

20    of physical illness or conditions that would cause you

21    not to be able to answer my questions today?

22         A.    No.

23         Q.    Do you know Anibal Melendez?

24         A.    Yes.

Curtis L. Evans

Page 4

1       Q.    And how do you know him?

2       A.    I was next door to him in the SHU.

3       Q.    Do you remember when you were next door to him

4    in the SHU?

5       A.    Yes.

6       Q.    Can you tell me when that was?

7       A.    I think it was 2003.

8       Q.    Were there any other times where you lived

9    with him in the SHU?

10      A.    No.

11      Q.    Did you know him prior to being in the SHU?

12      A.    No.

13      Q.    Do you remember when you met him?

14      A.    2003.

15      Q.    Do you know what the circumstances were?   For

16   example, were you out in rec?

17      A.    No.  He was my next door neighbor.

18      Q.    And do you remember what tier you were in?

19      A.    17C tier, I think.

20      Q.    Were you upper or lower?

21      A.    Upper.

22      Q.    And did you have another neighbor on the other

23   side?

24      A.    Yes.  But I forget his name.

Curtis L. Evans

Page 5

1        Q.   And do you remember what cell Mr. Melendez was

2   in?

3        A.   Upper 11.

4        Q.   And do you remember any incident that occurred

5   in December of 2003 with Mr. Melendez?

6        A.   That's it.  When it comes to that, I'm going

7   to say no.  I told him that I was going to say exactly

8   what I saw and what I remember.  (Indicating.)  And I

9   don't know how much help I was going to be to Melendez

10  anyway.  Because my cell can't, actually, see in his

11  cell.  Do you see what I'm saying?

12              But at the same time now, I really don't

13  have much to say because I feel as though the CO's are

14  coming at me now.

15              MR. McNALLY:  For the record, Mr. Evans

16  was pointing at me when he said that.

17              THE WITNESS:  Oh, yes.

18  BY MS. DAMAVANDI:

19       Q.   Can you just tell us what it is that you saw?

20       A.   I didn't see nothing.

21       Q.   Did you hear anything?

22       A.   No.

23       Q.   Do you know if there was an incident that --

24       A.   I'm saying now, I don't want to lie.  I don't

Curtis L. Evans

1    want to say I'm lying.  I'm, basically, done with that

2    part of the question now.

3        Q.   Well, why don't I show you a diagram.

4            MS. DAMAVANDI:  Can I have this marked

5    as Exhibit No. 1.  I'm handing a copy to opposing

6    counsel.

7            (One-page document, diagram, was marked

8    as Evans Exhibit No. 1 for identification.)

9    BY MS. DAMAVANDI:

10       Q.   If you could take a look at the exhibit that

11   is in front of you, do you know if that is a fair and

12   accurate representation of the layout of your cells -- of

13   the cells in the SHU?

14       A.   Mum-hum.

15       Q.   That's a yes?

16       A.   That's fair.

17       Q.   Do you know with respect to the layout, when

18   you were in the SHU, which cell would have been Mr.

19   Melendez's and which one would have been yours?

20            And I can give you a pen and you can

21   mark which one was yours.  You can see where the toilet

22   is in connection with the door, they are not exactly

23   identical.

24       A.   Well, he was in No. 11, and I was in No. 12.

Curtis L. Evans

1    So, there wouldn't be another set of cells next door like

2    that.  It's in an L shape.  Our cells were by themselves.

3    All of the rest of the cells went this way, but they were

4    facing this direction.

5                    So, you might need to be talking to the

6    dude over here in Cell 10.  Because he can, actually, see

7    in that cell door right there.

8          Q.    Can you write down the numbers?

9          A.    (Witness complied.)

10          Q.    And the other cells --

11          A.    They're not facing in this direction.

12    (Indicating.)

13          Q.    Can you put an arrow or something how they

14    should be facing or draw where they're supposed to be?

15          A.    This cell is supposed to be over here and a

16    cell right here.  (Indicating.)

17          Q.    And can you write which cell was yours and

18    which was Mr. Melendez's cell?

19          A.    (Witness complied.)

20          Q.    Now, did you ever communicate with Mr.

21    Melendez when you were both in your cells?

22          A.    Yes.

23          Q.    And how did you do that?

24          A.    Through the ventilation system.

Curtis L. Evans

1      Q.    The ventilation system, is that the one that's

2   above the toilet?

3      A.    Yes.

4      Q.    And did you have to stand on the toilet to

5   talk?

6      A.    You didn't have to.

7      Q.    And did you have to shout to talk to the

8   person next door?

9      A.    Not necessarily.

10     Q.    How loud did you have to speak to talk to your

11  neighbor, in this case, Mr. Melendez?

12     A.    Depending on what time of day it was and how

13  loud it was on the tier.  Sometimes you could sit on your

14  bed and talk.

15     Q.    What did you say?

16     A.    Sometimes you could sit on your bed and talk.

17     Q.    How about around lunchtime?

18     A.    You might have to get on the toilet because

19  everybody is up and the CO's may be passing out trays.

20  There may be a little more activity.

21     Q.    In December of 2003, did you ever hear what

22  might have sounded like a scuffle or a conflict going on

23  in Mr. Melendez's cell?

24     A.    I don't want to comment on that.

Curtis L. Evans

Page 9

1          Q.    You're under oath.

2                      Do you know whether --

3          A.    Right.  That's why I'm not going to lie.  I

4     just said, I don't want to comment.

5          Q.    So, you do know, or you don't know?

6          A.    Know what?

7          Q.    Do you know if there was an incident or an

8     altercation in the other cell?

9          A.    I refuse to comment.

10         Q.    You mentioned a short while ago that you

11    didn't see anything because of the way that your cells

12    are positioned?

13         A.    Yeah.  I can't, actually, see in that cell.

14    They are next door to each other.

15         Q.    And the only thing you could have seen or

16    observed was that you could have heard something?

17         A.    Yeah.  That's possible.

18         Q.    Did you ever see Mr. Melendez after the

19    incident?

20         A.    After what incident?

21         Q.    After this incident that you're not going to

22    comment on?

23         A.    I saw him until the time I left.

24         Q.    And when did you leave?

Curtis L. Evans

Page 10

1          A.    I don't remember the exact date.

2          Q.    Do you know, approximately, was it like after

3    Christmas, for example?

4          A.    It was in the middle of 2004.  2004.

5          Q.    Did you see him again in December 2003?

6          A.    Yes.  I believe I did.

7          Q.    Did he ever have any bruises or any kind of

8    injury, physical injury that you observed?

9          A.    I don't want to comment on that.

10         Q.    Does that mean that you don't remember?

11         A.    No.  That means that I don't want to comment

12   on it.

13         Q.    And when you say you're not going to comment,

14   do you mean that if you're called as a witness at trial

15   that you're also not going to comment on it?

16         A.    Yes.

17         Q.    And what is the reason you don't want to

18   comment on it?

19         A.    It's a vindictive environment.

20         Q.    And for whom?

21         A.    Pressure would come my way.

22         Q.    Pardon.

23         A.    I'm trying to do a lot of things right now to

24   get home myself.  I'm doing programs and everything.  I

Curtis L. Evans

Page 11

1    don't need CO's coming at me with a whole bunch of

2    unnecessary bull trying to mess up what I'm trying to do.

3        Q.   So, if you were told that the CO's don't get a

4    copy of this transcript and they don't know about what is

5    said at your interview, does that change your attitude?

6        A.   No.   I know it's not the truth.

7        Q.   When you say vindictive or whatever

8    situation --

9        A.   If I was to go to court, and I was to testify

10   against a CO, in an environment that CO's run, what do

11   you think would happen to me?

12       Q.   I don't think anything would happen to you.

13            What do you think would happen to you?

14       A.   I'd be back in the SHU in no time.

15       Q.   So, you're saying your reasons for going into

16   the SHU were not legitimate?

17            MR. McNALLY:   That's not what he said.

18   I object to the form of the question.

19   BY MS. DAMAVANDI:

20       Q.   Why were you in the SHU in December of 2003?

21       A.   For assault that I got found not guilty of.

22       Q.   So, how long were you in the SHU?

23       A.   At that time, I think I was there for almost a

24   year.

Curtis L. Evans

Page 12

1        Q.    So, who was the hearing officer?

2        A.    That was a long time ago.  I don't remember

3    that.

4        Q.    You don't remember who the hearing officer

5    was?

6        A.    No.

7        Q.    But you were there for a year?

8        A.    Yes.

9        Q.    Do you remember who was your witness at the

10   hearing?

11       A.    No.  Because they don't let you have

12   witnesses.  They say they will, but you won't have a

13   witness.

14       Q.    Well, who were you accused of assaulting?  I'm

15   reminding you, you're under oath.

16       A.    I don't even remember his name.  Honestly, I

17   don't.

18       Q.    So, you were in the SHU.  You don't remember

19   who the hearing officer was.  You don't remember who the

20   witness was who you could have called, and you don't

21   remember who you assaulted?

22       A.    Right.  We're talking over five-years-ago.

23       Q.    And when were you released from the SHU?

24       A.    Like I said, I believe, in the middle of 2004.

Curtis L. Evans

Page 13

1        Q.    Were there any --

2        A.    See, you all might think this environment runs

3    the way it's supposed to remember, but I just came out of

4    the SHU again after doing almost another year under a

5    so-called investigation.  I didn't even get up a write-up

6    or anything.  They just let me back out.  They said the

7    investigation is over.

8        Q.    Did you file a grievance?

9        A.    For what?

10       Q.    Did you file a grievance?

11       A.    No.  Look where I'm at.

12       Q.    I'm not here to debate the prison policies

13    with you.  I'm here to ask you about what you saw, if

14    anything, in December of 2003.  So, I'm going to go back

15    and ask you the question, did you see an assault, and

16    you're under oath in December, did you see, hear, or

17    observe an assault of Anibal Melendez in December of

18    2003?

19       A.    And I'm going to say that I refuse to comment.

20       Q.    And I'm going to ask you again, if you are

21    called as a witness in trial on June 24th or 25th of

22    2008, are you going to testify as to what you saw or

23    heard?

24       A.    I didn't say I saw or heard anything.

Curtis L. Evans

Page 14

1      Q.    Will that be your answer, that you didn't see

2  or hear anything?

3      A.    My answer will be, I refuse to comment.

4  Bringing me there would be a waste of time.

5      Q.    Because I'm asking you these questions today

6  in advance of trial, and we are asking you these

7  questions under oath.

8      A.    Okay.  You don't have to worry about me

9  switching up once I get to trial or anything like that.

10  I know you got to cover your back door.  I understand.

11     Q.    Did anyone promise you anything for your

12  testimony?

13     A.    No.

14     Q.    Did you ever discuss this case with Anibal

15  Melendez?

16     A.    No.

17     Q.    Did you ever speak to Anibal Melendez --

18     A.    I haven't seen him since that time.

19     Q.    When was the last time that you spoke to

20  Anibal Melendez?

21     A.    It had to be 2004.

22     Q.    And what did you say to him?

23     A.    Bye.

24     Q.    Did you say anything before you said good-bye?

Curtis L. Evans

1       A.   No.

2       Q.   Did you ever talk to him about Michael Allen?

3       A.   No.

4       Q.   Did you ever talk to him about Nate Gardells?

5       A.   No.

6       Q.   At any time?

7       A.   Maybe so.  We were talking five-years-ago.

8       Q.   If you spoke to him about --

9       A.   Anything about this case, no.  We haven't

10   spoken about it.

11      Q.   Did you ever have a run-in with Nate Gardells?

12      A.   No.

13      Q.   How about a run-in with Michael Allen?

14      A.   No.

15      Q.   Did you ever have a problem with anyone in the

16   SHU, any correctional officer?

17      A.   Not off the top of my head.  No.

18      Q.   Well, do you want a moment to think about it?

19      A.   No.

20      Q.   Well, I'm going to ask you the question again.

21              Did you ever have a problem with any

22   correctional officer while you were in the SHU?

23      A.   Off the top of my head.  No.

24      Q.   So, you're saying that you don't remember?

Curtis L. Evans

Page 16

1        A.    Right.  And, obviously, if I don't remember,

2    it is not that important, or the answer is no.

3        Q.    Do you take any medication that might affect

4    your memory?

5        A.    No, ma'am.

6        Q.    Do you have any conditions that might affect

7    your memory?

8        A.    No, ma'am.

9        Q.    Do you have any prior history of mental

10   illness?

11       A.    No, ma'am.

12       Q.    In the past, have you ever taken any kind of

13   medication?

14       A.    No, ma'am.  I take migraine medication.

15       Q.    When did you take that medication?

16       A.    I take it now whenever I get migraines.

17       Q.    And when did you start taking it?

18       A.    2004.

19       Q.    When you were in the SHU, who was the tier

20   man?

21       A.    I was.

22       Q.    You were?

23       A.    Yes.

24       Q.    Were you the tier man in December of 2003?

Curtis L. Evans

Page 17

1      A.    I believe I was.

2      Q.    So, when did you clean up the tier?

3      A.    They would let me out, probably, seven or

4  eight.

5      Q.    Seven or eight in the morning or nighttime?

6      A.    Evening.

7      Q.    And did you clean up every day?

8      A.    Yes.

9      Q.    Did you walk by Anibal Melendez's cell to

10  clean up that day?

11      A.    Yes.  Every day.

12      Q.    Did he call you to his cell that day?

13      A.    Maybe.

14      Q.    When you say maybe, do you remember?

15      A.    No.

16      Q.    You don't remember whether he called you to

17  his cell?

18      A.    No.

19      Q.    When you are cleaning up outside of the tier,

20  do you look in the windows to look at the inmates in

21  their cells?

22      A.    Sometimes if I'm talking to them.

23      Q.    In December of 2003, let's say, December 10,

24  2003, when you were cleaning, did you look into Anibal

Curtis L. Evans

Page 18

1    Melendez's cell?

2          A.    I'm not sure.

3          Q.    When you say you're not sure, does that mean

4    you don't remember?

5          A.    I don't remember.

6          Q.    On December 10, 2003, when you were cleaning

7    up in the evening -- actually, I'll rephrase this.

8                      On December 10, 2003 when you were

9    cleaning up after lunch, did Anibal Melendez say anything

10   to you?

11         A.    I don't recall.  But since we were friends, I

12   would say we talked that day.  We talked every day.

13         Q.    Did you notice anything unusual about Mr.

14   Melendez that day?

15         A.    I don't recall.

16         Q.    Do you remember what you had for lunch that

17   day?

18         A.    Not at all.

19         Q.    Do you remember if there was a nurse on the

20   tier that day?

21         A.    Nurses come on the tier every day.

22         Q.    Do you remember which one it was on

23   December 10, 2003?

24         A.    Not at all.

Curtis L. Evans

Page 19

1      Q.    Do you remember anything unusual that Mr.

2      Melendez did on December 10, 2003?

3      A.    I remember one day he tried to hang himself.

4                    Is that the day you are referring to?

5      Q.    I'm asking you.  Do you remember anything that

6      Mr. Melendez might have done on December 10, 2003?

7      A.    I'm the one who brought up the hanging.

8      Q.    You're the one who brought up the --

9      A.    I brought -- just now, I brought up the

10     hanging.  So, it's noted.  I brought it up.  I don't know

11     exactly what day it was.  That's why I'm asking you, was

12     December 10th the day he did that?

13     Q.    That is the day.

14     A.    Okay.

15     Q.    Do you remember what happened on December 10,

16     2003?

17     A.    I guess that is the day he tried to hang

18     himself.

19     Q.    Correct.

20     A.    Yes.  I remember that.

21     Q.    What do you remember about that day?

22     A.    He tried to hang himself.  One of the CO's, I

23     don't remember exactly which one, noticed it, and they

24     ran up there, and, I guess, they untied him.  I don't

Curtis L. Evans

Page 20

1    know if he was hanging or what was going on.  And they

2    took him out of the cell.

3         Q.    And where did he try to hang his sheet?

4         A.    I think they said on the -- see, I can only go

5    by what the CO's said.  Because, once again, I can't see

6    him in the cell.  The CO's said he was hanging from the

7    vent.  I guess he put his sheet up in the vent.  He was

8    hanging.

9         Q.    Did you hear anything before he attempted

10   suicide?

11        A.    No.

12        Q.    You said that you communicated, and I'm

13   pointing to the exhibit here, to the partition between

14   the two cells.  You said when you communicated, it was

15   the vent above the toilet?

16        A.    Right.

17        Q.    Is that the same vent he tried to put the

18   sheet?

19        A.    I guess.  Yes.  I guess that's it.

20        Q.    Are there any other vents in the cell?

21        A.    There's one more right here.  (Indicating.)

22        Q.    Where you're pointing to the front by the

23   door, are you referring to the flap?

24        A.    This little -- yes -- this little line right

Curtis L. Evans

Page 21

1    there.  (Indicating.)

2         Q.   Why don't you mark it?

3         A.   (Witness complied.)  There is a vent here and

4    a vent here.  (Indicating.)

5         Q.   How high are those vents on the wall?

6         A.   That one is about seven-and-a-half feet.

7         Q.   Is that the one by the door you're pointing

8    to, seven-and-a-half feet?

9         A.   Yes.

10        Q.   How about the other one by the toilet?

11        A.   About the same height.

12        Q.   So, which vent do you know is the one that he

13   used to try to commit suicide?

14        A.   I believe it was the one on the toilet.

15        Q.   You're saying it's your testimony that you did

16   not hear anything from him prior to his suicide attempt?

17        A.   Yeah.

18        Q.   So, you didn't hear him put the sheet up

19   through the vent?

20        A.   No.

21        Q.   Were you asleep?

22        A.   I'm not sure what I was doing at the time.

23        Q.   So, you don't recall?

24        A.   No, ma'am.

Curtis L. Evans

Page 22

1  Q. Do you know when the lights go out?

2  A. 11:30.

3  Q. Do you know whether the lights were on when

4 the suicide was discovered or attempted suicide was

5 discovered?

6  A. I believe they were on.

7  Q. When you say you believe, do you recall?

8  A. No.  But I don't think it was that late at

9 night.

10  Q. What time do you think it was, approximately?

11  A. I don't think passed 11:30.  I don't think it

12 was that late.

13  Q. In relation to when you swept outside to clean

14 up the tier, how many hours after that did the incident

15 occurred, or did the discovery occur?

16  A. Probably a few.  I'm not sure.

17  Q. Did you hear anything?

18  A. When he was hanging himself?

19  Q. Did you hear anything, for example, a

20 correctional officer walking by and saying, Here's an

21 attempted suicide or calling in other correctional

22 officers for assistance?

23  A. Yes.

24  Q. What did you hear?

Curtis L. Evans

Page 23

1          A.    We got one hanging or something.  Call for

2    help.

3          Q.    Then what happened?

4          A.    The nurses and the other officers ran up there

5    to get him.

6          Q.    How long did it take for the nurses and other

7    officers to get there?

8          A.    I'm not sure.

9          Q.    What were you doing at that point?

10         A.    I have no idea.

11         Q.    Were you sitting in your bed?

12         A.    No.  When I heard the CO initially say they

13   had one hanging, I was at the door.

14         Q.    Did you know who they were talking about?

15   Would they be talking about Mr. Melendez, or the person

16   in, perhaps, upper nine, upper ten or any other cell?

17         A.    No.  I knew they were talking about Melendez.

18         Q.    How did you know that?

19         A.    Once I got to my door, I could see where the

20   CO was standing.

21         Q.    And you could see it from the window in the

22   door?

23         A.    Yes.  And if you look outside of the door

24   where the hinges are, you could look out the crack.

Curtis L. Evans

1          Q.    The crack, is that the crack in the bottom

2     where people throw trash out?

3          A.    No.  The side of the door.

4          Q.    Where the hinges are, actually, the slider?

5          A.    Yes.  So, it is not the side that closes all

6     of the way.  It is the opposite side.

7          Q.    Is that the side --

8          A.    Gap.

9          Q.    -- where the flap is?

10         A.    Yes.

11         Q.    Can you see out the flap?

12         A.    Out the flap?

13         Q.    Out of the flap.

14         A.    The flap was closed.

15         Q.    So, you're not able to open it on your own?

16         A.    No.

17         Q.    At that time, it wasn't open?

18         A.    No.

19         Q.    Did you say anything to Mr. Melendez?

20         A.    No.

21         Q.    Did you call out to him?

22         A.    No.

23         Q.    What did you see after the CO's and the nurses

24     came?

Curtis L. Evans

Page 25

1      A.    They took him out.  I'm not even sure if they

2    took him out.  I know they walked him out.  I'm not sure

3    if he walked or they carried him.  They took him out.

4      Q.    So, you don't remember if they carried him

5    out?

6      A.    Yes.  I'm not even sure if he walked on his

7    own, or they carried him out.  I'm pretty sure they

8    didn't bring a stretcher upstairs.

9      Q.    Do you know if they handcuffed him when they

10   took him out?

11     A.    I don't remember.

12     Q.    Do you know if he was in his jumper?

13     A.    I don't know that either.

14     Q.    Do you remember what his physical condition

15   was?  What his face looked like?

16     A.    He was in disarray.

17     Q.    What do you mean by "disarray?"

18     A.    Hair everywhere.

19     Q.    Could you see his face?

20     A.    Yes.

21     Q.    What did his face look like?

22     A.    Red.

23     Q.    Red?

24     A.    Yes.

Curtis L. Evans

Page 26

1      Q.    What do you mean by red?  Sunburn?

2      A.    No.

3      Q.    Like he was crying?

4      A.    Like he, probably, was just hanging.

5      Q.    Do you mean he couldn't breathe because of a

6  lack of oxygen?

7      A.    Maybe he had been down for a couple of minutes

8  and the blue/purplish look had just left and now he is

9  just red.

10     Q.    So, it's your belief he had been hanging for a

11  while, or hanging at some point, and that's what caused

12  his face to be red?

13     A.    Yes.  A while.  In hanging terms.

14     Q.    So, it's your testimony today that the redness

15  that you observed in Mr. Melendez's face was caused by

16  his attempted suicide?

17     A.    Yes.

18     Q.    Were there any bruises on his face?

19     A.    Not that I recall.

20     Q.    Were there any bruises on any other part of

21  his body?

22     A.    I don't remember anything about bruises.  Once

23  again, if I did, I wouldn't comment on it.

24     Q.    Why wouldn't you comment on it?

Curtis L. Evans

Page 27

1          A.    Rewind the transcript.

2          Q.    Rewind the transcript?

3          A.    Yeah.

4          Q.    What do you mean by that?

5          A.    When it comes to that, I'm not commenting on

6   that, any bruises, any altercations, any noises.

7          Q.    Did you see Mr. Melendez's arms or legs?

8          A.    I don't remember.

9          Q.    So, you don't remember if he had his jumper

10  on?

11         A.    No.

12         Q.    Do you remember if they, perhaps, brought an

13  infirmary gown for him?

14         A.    I don't believe they did that.

15         Q.    After Mr. Melendez returned to the SHU, what

16  did you say to him?

17         A.    What happened?  Are you all right?  Something

18  along those lines.

19         Q.    What was his response?

20         A.    They tried to torture him over in the

21  infirmary.

22         Q.    Anything else?

23         A.    That was the basics.

24         Q.    Did he talk about why he attempted suicide?

Curtis L. Evans

Page 28

1          A.    Not that I recall.  I mean, he, basically, was

2    saying that he didn't want to keep going through this.

3          Q.    When you say "he didn't want to keep going

4    through this," what was he referring to?

5          A.    I guess the whole situation.  Whatever he felt

6    he was going through.

7          Q.    Which would be what?  Was that something

8    personal?

9          A.    Yes.  His own personal stuff.  I can't really

10   tell you what was going on in his head.

11         Q.    So, he didn't tell you what this stuff was or

12   these things were that he was talking about?

13         A.    No.

14         Q.    Did he tell you that he had suffered any

15   injuries?

16         A.    Not that I recall.

17         Q.    Did he tell you about his experience in the

18   infirmary?

19         A.    He said they tried to torture him over there.

20   Basically, they made him tap out.  If you stay there,

21   we're going to continue to torture you, that's what he

22   said to me.

23         Q.    What does he mean by "torture?"  Physical

24   torture?

Curtis L. Evans

Page 29

1          A.    They were treating him bad over there.  I'm

2    not sure of the full extent.  They were treating him bad

3    over there.  They made him sign something or refuse

4    something or whatever just to put him back in the SHU.

5          Q.    When you use the term "torture," when you say

6    they were torturing him in the infirmary --

7          A.    Bad treatment.

8          Q.    -- is that the medical provider that was doing

9    that?

10         A.    I'm not even sure who he was talking about.

11   He was just talking about in general about his whole stay

12   over there.

13         Q.    Have you ever been in the infirmary?

14         A.    No.

15         Q.    Never?

16         A.    No.

17         Q.    Did he ever talk about any injuries that he

18   received while he was in the infirmary, physical

19   injuries?

20         A.    No.  Not that I recall.

21         Q.    Did he talk about any mental injuries or any

22   kind of mental abuse?

23         A.    When you're telling me that you were over

24   there, that you had to leave there because you feel as

Curtis L. Evans

Page 30

1    though you were being tortured, you didn't like how you

2    were being treated over there, that's mental to me.

3    That's what I took it as.

4         Q.   What was your understanding of what he was

5    talking about?  Was he exaggerating?  For example, if you

6    were to say, That guy killed me, or that guy beat me up,

7    and that's just a figure of speech, was he using the term

8    torture as a figure of speech, or were they, actually,

9    physically torturing him in the infirmary?

10        A.   I'm not sure what the physical part of it was.

11        Q.   Were they mentally torturing him in the

12   infirmary?

13        A.   It could have been one, it could have been the

14   other, or it could have been both.  I'm not 100 percent

15   sure.  And I didn't get into all of that with him.

16        Q.   When did you have this conversation?

17        A.   When he came back.

18        Q.   Were you in your cell?

19        A.   No.  I was outside of the tier.

20        Q.   And was he back in the same cell as before?

21        A.   No.  They put him on the same tier, like, in

22   upper four or upper five.

23        Q.   Did you stop by his cell and have a

24   conversation through the window?

Curtis L. Evans

Page 31

1        A.    Yes.

2        Q.    And how easy was it for you to hear what he

3    was saying?

4        A.    As easy as I can hear you.

5        Q.    And did the correctional officer ever tell

6    you, Move along now, you're not allowed to talk to Mr.

7    Melendez?

8        A.    No.  No.

9        Q.    Did you regularly talk to inmates when you

10   were cleaning the tier?

11       A.    Yes.

12       Q.    Did you know if Mr. Melendez had any issues if

13   with other correctional officers in the tier?

14       A.    He had problems with a few of them.

15       Q.    And who were they?

16       A.    One of them I remember specifically was Jones.

17       Q.    Do you mean Correctional Officer Jones?

18       A.    Yes.

19       Q.    Do you remember his first name?

20       A.    No.  I really don't remember it.

21       Q.    Is there anyone else?

22       A.    Not that I remember, off the top of my head,

23   by name.

24       Q.    Well, how about what they looked like?

Curtis L. Evans

1          A.    I'm bad with descriptions.

2          Q.    Were they white?  Were they black?  Were they

3    tall?  Were they short?  Were they young?  Were they

4    older?

5          A.    I don't remember.

6          Q.    Let's start with black or while.

7                Do you know if there were other people

8    other than Correctional Officer Jones?

9          A.    That's it.

10         Q.    So, there's no one else that comes to mind

11   that Mr. Melendez might have had an issue with?

12         A.    What I remember is, he may have a problem with

13   one of them.  And then, he would feel as though like that

14   CO would tell another CO that I don't like Melendez in

15   No. 11.  So, he felt as though that they were teaming up

16   with each other against him.  He would tell me about it.

17               A lot of times, I'm in my room reading

18   on my bed and I may hear them arguing or whatever, but

19   I'm not going to get up to the door and watch the

20   argument or listen or whatever.  But from what he was

21   telling me, that's what I understood it to be.  The

22   regulars that work in the building or friends or

23   whatever, they all had an understanding they didn't like

24   him.

Curtis L. Evans

Page 33

1      Q.    Did you have a radio when you were in the SHU?

2      A.    Yes.

3      Q.    And how often did you play your radio?

4      A.    Almost 80 percent of the time that I was

5   awake.

6      Q.    And from what time of the day would you turn

7   it on?

8      A.    Probably, like, eleven o'clock a.m.

9      Q.    Until when?

10     A.    Until I go to sleep.  Two or three in the

11   morning.

12     Q.    And do you know if you had it playing the day

13   that Mr. Melendez attempted suicide?

14     A.    No, I don't.

15     Q.    Is it likely that you had it playing that day?

16     A.    If Anibal and me weren't talking at the

17   through the vent, I probably did have it on.

18     Q.    Do you know how loud you turn it up?  Is it on

19   low, medium, high?

20     A.    Medium.

21     Q.    And why were you not speaking to Mr. Melendez?

22     A.    We didn't talk 24/7.

23     Q.    I mean, was there some kind of argument?

24     A.    No.

Curtis L. Evans

Page 34

1        Q.    Or falling out between the two of you?

2        A.    Not at all.

3        Q.    Were you good friends with Mr. Melendez?

4        A.    Well, as good as it gets in prison.

5        Q.    I mean, did you get along with all of the

6   inmates in the tier?

7        A.    Yes.

8        Q.    And with respect to all of the other inmates

9   in the tier, were you more friendly with Mr. Melendez or

10   less friendly?

11        A.    More friendly with him.

12        Q.    In what way?

13        A.    He was my neck door neighbor.  A guy I talked

14   to.

15        Q.    Did you ever play chest with him?

16        A.    I don't think we played chest.  We would talk

17   about what we see on TV.  We talk about the law.  We talk

18   about the stress a little bit.  Life.

19        Q.    Did he ever play chest with the people in the

20   cell below him, like a person in the cell below him?

21        A.    I don't remember whether they were playing

22   chest.  Maybe.

23        Q.    Did he ever read any magazines?

24        A.    (Witness nodding.)

Curtis L. Evans

Page 35

1        Q.    You're nodding your head yes?

2        A.    Yes.

3        Q.    Did he ever exchange magazines with you?

4        A.    Yes.

5        Q.    What kind of magazines were they?

6        A.    King.  I guess XXL.  That's about it.

7        Q.    Did you ever exchange any of your materials

8   with him?

9        A.    Yes.

10       Q.    What materials were they?

11       A.    Well, anything from law work to magazines.

12       Q.    When you say "law work," what do you mean?

13       A.    Case law.  Anything like that.

14       Q.    So, you have ongoing legal matters in court?

15       A.    Do I?

16       Q.    Yes.

17       A.    As of right now?

18       Q.    As of the time in December of 2003?

19       A.    Yes.

20       Q.    Do you know what matter that was?  What kind

21   of lawsuit it was?

22       A.    I was working on habeas corpus.

23       Q.    And that was for yourself?

24       A.    Yes.

Curtis L. Evans

Page 36

1          Q.    So, you exchange other habeas corpus materials

2    with Mr. Melendez?

3          A.    Yes.

4          Q.    Was he representing himself in those cases or

5    in his own habeas corpus case?

6          A.    He had a lawyer for his case.  I don't think

7    he was doing habeas corpus, though.

8          Q.    Did you ever file anything or write anything

9    for Mr. Melendez?

10         A.    No.

11         Q.    Did you ever write a grievance for him?

12         A.    No.

13         Q.    Did you ever write out any legal documents for

14   him?

15         A.    No.

16         Q.    Do you know if there was anyone in the tier

17   who helped Mr. Melendez with his legal work?

18         A.    No.  He was saying he had a lawyer.

19         Q.    Do you remember who his lawyer was?

20         A.    No.

21         Q.    Do you know if it was the public defender?

22         A.    No.

23         Q.    So, you're saying that at the time he was

24   filing his habeas corpus, he was --

Curtis L. Evans

1      A.   No.   I was doing my own habeas corpus at the

2   time, I believe.   He may have been doing Rule 61.

3      Q.   Rule 61?

4      A.   Yes.

5      Q.   So, he was represented by counsel in that

6   matter?

7      A.   That's what he was telling me.

8      Q.   Do you know if there was anyone in the tier

9   who ever helped Mr. Melendez with any legal documents?

10     A.   Not that I know of.

11     Q.   Do you know if there was anyone in the tier

12  who was the jailhouse lawyer?

13     A.   No.   I don't think we had one on our tier.

14     Q.   Were you in C tier the whole time you were in

15  the SHU?

16     A.   Yes.

17     Q.   You were never in D tier?

18     A.   No.

19     Q.   Or A, B?

20     A.   No.   On that trip right there with Melendez, I

21  was on C tier the whole time.

22     Q.   Did Mr. Melendez ever talk about filing a

23  lawsuit against the correctional officers?

24     A.   No.

Curtis L. Evans

Page 38

1      Q.    Never?

2      A.    Not that I recall.

3      Q.    So, in 2004, he never mentioned he had filed a

4  lawsuit against any correctional officers?

5      A.    No.  I left the tier in either the middle or

6  toward the beginning of 2004.  I was gone.

7      Q.    Is there anything else that you recall about

8  the day that Mr. Melendez attempted suicide?

9      A.    No.

10     Q.    So, you don't remember what happened earlier

11 that day?

12     A.    No.

13     Q.    You don't remember, for example, what you had

14 for lunch earlier that day?

15     A.    Not at all.

16     Q.    You don't remember cleaning up outside of the

17 tier that day?

18     A.    No.

19     Q.    So, it was not a day that was out of the

20 ordinary?

21     A.    I'm not sure.

22     Q.    What do you mean?  Other than the suicide

23 attempt, was December 10, 2003 an ordinary day?

24     A.    December 10, 2003 means nothing to me.  I

Curtis L. Evans

Page 39

1    don't remember what happened that day, specifically.  I'm

2    not good with dates.

3          Q.    All right.  But you do recall the day that Mr.

4    Melendez attempted suicide?

5          A.    I remember the time that he hung himself.  As

6    to whatever happened earlier that day, I'm not exactly

7    sure.

8          Q.    And, approximately, what time of the day was

9    it?

10         A.    I believe it was later on in the afternoon.

11         Q.    Approximately, like five o'clock, six o'clock?

12         A.    I believe around that time.  Six, seven,

13   eight, it could have been nine o'clock.  I'm not sure.  I

14   don't think it was in the morning hours.

15         Q.    So you said that you listen to the radio?

16         A.    Yes.

17         Q.    What station do you listen to?

18         A.    WDAS.

19         Q.    Do you always listen to WDAS?

20         A.    Sometimes flip it around to the jazz station.

21         Q.    Do you know what time, for example, the

22   countdown comes on?

23         A.    WDAS does not have a countdown.

24         Q.    How about WJJZ?  Is that the station you

Curtis L. Evans

Page 40

1    listen to?

2         A.    Yes.

3         Q.    Do they have a countdown or specific program

4    that comes on in the specific evening?

5         A.    No.  WDAS does.  Well, they did at the time.

6         Q.    At the time, what did they have?

7         A.    Michael Baisden.  B-A-I-S-D-E-N.

8         Q.    What time does that come on?

9         A.    Three o'clock.

10        Q.    Three o'clock in the afternoon?

11        A.    Yes.

12        Q.    How long does it last?

13        A.    Until seven.

14        Q.    Do you remember if that was playing at the

15   time that Mr. Melendez attempted suicide?

16        A.    No.

17        Q.    After you saw Mr. Melendez being taken away

18   from his cell, what did you do?

19        A.    I went on with my day.

20        Q.    Doing what?

21        A.    I might be doing law work.  Reading.  I might

22   have worked out.

23        Q.    How much longer did you work until you went to

24   bed that night?

Curtis L. Evans

Page 41

1          A.    I'm not sure.

2          Q.    Approximately?

3          A.    I went to bed my regular time.  Two or three

4    in the morning.

5          Q.    So, how long were you working?

6          A.    When I was a tier man.

7          Q.    After Mr. Melendez was taken away, how much

8    longer were you working on your legal materials?

9          A.    I'm not sure.

10         Q.    Did you say that you had a Television set?

11         A.    Yes.

12         Q.    Was the Television set in December of 2003?

13         A.    I believe I had one by then.

14         Q.    Did you watch any programs at nighttime?

15         A.    No.

16         Q.    Do you remember whether you had your

17   Television on at nighttime?

18         A.    I probably did, but I wasn't necessarily

19   looking at it.

20         Q.    So, when this incident was going on, did you

21   reach over and turn the radio off or turn the Television

22   off so you could hear what was happening?

23         A.    I, probably, turned the radio down if I had it

24   up.

Curtis L. Evans

Page 42

1        Q.    But you don't remember turning it back on?

2        A.    No.

3        Q.    Did you communicate with your cellmate in

4    upper ten or upper nine after Mr. Melendez was taken

5    away?

6        A.    I'm not sure.

7        Q.    You're not sure?

8        A.    No.

9        Q.    I mean, the next day, did people on the tier

10    ask you what happened?

11        A.    They probably did.  But I don't remember.

12        Q.    You don't remember what you said to other

13    people?

14        A.    Look, December 10th, that's the day you're

15    telling me it was, I remember Melendez attempted suicide.

16    I don't remember what day it was.  I don't remember what

17    happened the day before the incident, or I don't remember

18    what happened after the incident.  I can't recall names

19    specific, conversations or anything like that.  I don't

20    remember anything like that.  This was five-years-ago.

21        Q.    So, you're the tier man.  And when you're

22    cleaning up the tier the next day, no one said, Evans,

23    what happened?

24        A.    And if they did ask me that, and they probably

Curtis L. Evans

Page 43

1    did, Hey, he tried to kill himself.  In a nutshell,

2    that's it.

3           Q.   Aren't they depending on you to tell them what

4    happened?  You're the tier man?

5           A.   I can only give them what I got.  He tried to

6    kill himself.

7           Q.   Do you remember if anyone asked you what

8    happened?

9           A.   Not at all.

10          Q.   This wasn't news in the tier?

11          A.   No.  Because when the nurses and the CO's ran

12   on the tier, everybody on the tier knew what happened.

13          Q.   But you were his neighbor?

14          A.   Right.

15          Q.   Was there anyone in the cell?

16          A.   No.  There is no 13.

17          Q.   So, that's against the wall?

18          A.   Yes.

19          Q.   You're the only person that could have heard

20   what happened?

21          A.   No.

22          Q.   Who else could have heard what happened?

23          A.   Everyone on the tier.

24          Q.   You're saying that everyone on the tier can

Curtis L. Evans

Page 44

1    hear that Mr. Melendez's is attempting suicide?

2         A.    They can hear the same thing that I hear and

3    see the same thing I see.

4         Q.    You're saying everyone in the tier --

5         A.    This person right here has the best view of

6    what happens in that cell.  (Indicating.)

7         Q.    You're saying no one has to stand up to the

8    vents or stand by the wall or stand by the door to hear

9    what's going on?

10        A.    Right.  When the door to the tier opens, and

11   you got a bunch of keys jingling, and there's five CO's,

12   you'll hear a whole bunch of keys jingling.  So, that

13   will make everybody get up automatically and go to the

14   window and find out what's going on.  They will see all

15   of these CO's rushing on the tier.  And they will see

16   three or four nurses rushing on the tier.  So, they are

17   going to stand there and find out what happened.

18                    You got a whole tier, 20, not counting

19   me and him, you got, what, 22, maybe 23, if there was

20   somebody in handicap cell, there were 23 other people who

21   is going to know what's going on almost instantly.

22        Q.    Was anyone in the handicap cell?

23        A.    I'm not even sure.

24        Q.    Have you ever seen anyone in the handicap

Curtis L. Evans

Page 45

1   cell?

2          A.    Yeah.

3          Q.    Do you remember who was in upper ten?

4          A.    I forget his name.  They called him Geno.

5          Q.    Geno?

6          A.    Yes.  If you were to say his last name, I

7   would know.

8          Q.    What does he look like?

9          A.    Light skin.  5'10".  175 pounds.

10         Q.    Did Geno ever talk to you and say, Hey, did

11  you hear that?  Did you hear what Melendez did?

12         A.    I might have asked him, What happened when

13  they opened the door?  What did you see?

14         Q.    What was his response?

15         A.    I don't even remember?

16         Q.    What is his last name?

17         A.    I don't remember his last name.  I think he's

18  home now, though.

19         Q.    Do you remember Geno talking to his neighbor

20  in upper nine?

21         A.    No.

22         Q.    Do you remember who lived in upper nine?

23         A.    Somebody named Guns.

24         Q.    Guns?

Curtis L. Evans

Page 46

1       A.    Yes.

2       Q.    Do you remember Guns last name?

3       A.    Not at all.

4       Q.    Do you know why he was called Guns?

5       A.    No.

6       Q.    Do you know why Geno was called Geno?  Is that

7    his real name, or is that a nickname?

8       A.    Nickname.

9       Q.    Do you have a nickname?

10      A.    No.

11      Q.    Do you have a nickname now?

12      A.    No.

13      Q.    Did Melendez have a nickname?

14      A.    No.  Not that I recall.

15      Q.    So, you just call him --

16      A.    I started calling him by his first name

17   because the counselor called him by his first name one

18   day in a funny voice.  So, every time I called him, I

19   used that same funny voice and called him by his first

20   name.

21      Q.    So, do people call you Evans, or do they call

22   you Curtis?

23      A.    Curt.

24      Q.    So, there is nothing else, other than what

Curtis L. Evans

Page 47

1    I've asked you that you remembered from the day that

2    Melendez committed or attempted to commit suicide?

3         A.   Yes.  Basically, I told you on that day, I

4    don't remember anything, except him trying to hang

5    himself.

6         Q.   Do you remember afterwards going out to rec

7    the same time Mr. Melendez did?

8         A.   We wouldn't go out the same time.

9         Q.   They would put you in different yards, but at

10   different times?

11        A.   Yes.

12        Q.   So, did you talk to anyone else about this

13   case?

14        A.   This case?

15        Q.   Yes.

16        A.   I talked to him.  (Indicating.)

17        Q.   Right.

18             MR. McNALLY:  The record should show he

19   is pointing to me.

20   BY MS. DAMAVANDI:

21        Q.   Did you talk to Mr. McNally about this case?

22        A.   Yes.

23        Q.   Did you talk to another attorney about this

24   case, Jason Jowers?

Curtis L. Evans

1        A.    No.

2        Q.    What did you tell Mr. McNally about the case?

3        A.    I told him I was going to tell -- I would tell

4    what I saw or heard, which would be little or nothing.  I

5    don't know how beneficial it would be because of the

6    position of the cells.

7        Q.    And the things that you were reluctant to

8    share with me, did you tell that to Mr. McNally what

9    happened.

10       A.    Did I?

11              MR. McNALLY:  Yes, you did.

12              THE WITNESS:  Well, if he says I did,

13    then I did.

14    BY MS. DAMAVANDI:

15       Q.    Now, do you remember what you told him?

16       A.    Not specifically.

17       Q.    All right.  Now, why do you know no longer

18    recall what you told Mr. McNally?

19       A.    Why do I no longer recall.

20       Q.    Right.  You said you don't remember.  Your

21    testimony is you don't remember?

22       A.    This is my first time not recalling what I

23    told him.

24       Q.    All right.  Do you need to talk to Mr. McNally

Curtis L. Evans

Page 49

1    and have Mr. McNally refresh your memory about what you

2    said.  Would that help you?

3          A.    No.  We don't need to talk.

4          Q.    Do you remember now what you told Mr. McNally?

5          A.    No.

6          Q.    You don't?

7          A.    No.

8          Q.    All right.  Why is it?

9          A.    I don't remember the first thing you said to

10   me today.

11         Q.    Do you have a problem with your memory?

12         A.    Not at all.  I'm pretty sharp.

13         Q.    So, you don't remember something that happened

14   an hour ago?

15         A.    It's a short term memory thing.

16         Q.    All right.  Do you have any other memory

17   problems?

18         A.    No.  It is what we choose to put into

19   long-term memory storage.  Some things mean nothing.

20   You'll forget them real easily.  But other things you'll

21   put into long-term memory and keep that for life.  I

22   remember things that happened before I could talk.

23         Q.    But you don't remember what happened the day

24   that Anibal Melendez attempted suicide?

Curtis L. Evans

Page 50

```
 1        A.   I remember when he did that.  But I don't
 2   remember what I had for lunch that day.
 3               MS. DAMAVANDI:  That's all the questions
 4   I have.
 5   BY MR. McNALLY:
 6        Q.   Just a couple of questions, Mr. Evans.  I'm
 7   the lawyer appointed for Mr. Melendez.
 8               You've testified, I think, before that
 9   you were concerned about testifying about some things
10   because you thought there would be retaliation against
11   you.
12               Is that right?
13        A.   Couldn't word it any better.
14        Q.   You do remember meeting with me.
15               Correct?
16        A.   Yes, sir.
17        Q.   I guess I just want to get one thing straight.
18               You've testified a lot that you don't
19   remember what happened before Melendez tried to commit
20   suicide.
21               Is it accurate to say that if you did
22   remember anything about what happened that day, beside
23   the suicide, you're are not going to tell us.
24               Is that correct?
```

Curtis L. Evans

Page 51

1        A.    Yes.   Correct.   Damn, you should have been my

2    lawyer.   He's good.

3                    MR. McNALLY:   That's all I have.   Thank

4    you.

5                    (The deposition was concluded at,

6    approximately, 12:00 p.m.)

7                    (Presentation, reading and signing of

8    the deposition were waived.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Curtis L. Evans

1                          INDEX

2

3    DEPOSITION OF:   CURTIS L. EVANS

4

5    EXAMINATION                              PAGE

6

7        Examination by Ms. Damavandi          3

8        Examination by Mr. McNally           50

9

10                    E X H I B I T S

11

12   1.   One-page document, diagram,          6

13        was marked as Evans Exhibit

14        No. 1.

15

16

17

18

19

20

21

22

23

24

Curtis L. Evans

Page 53

```
 1                 C E R T I F I C A T E

 2   STATE OF DELAWARE:
                          :
 3   NEW CASTLE COUNTY:

 4              I, Gloria M. D'Amore, a Registered

 5   Professional Reporter, within and for the County and

 6   State aforesaid, do hereby certify that the foregoing

 7   deposition of CURTIS L. EVANS, was taken before me,

 8   pursuant to notice, at the time and place indicated; that

 9   said deponent was by me duly sworn to tell the truth, the

10   whole truth, and nothing but the truth; that the

11   testimony of said deponent was correctly recorded in

12   machine shorthand by me and thereafter transcribed under

13   my supervision with computer-aided transcription; that

14   the deposition is a true record of the testimony given by

15   the witness; and that I am neither of counsel nor kin to

16   any party in said action, nor interested in the outcome

17   thereof.

18              WITNESS my hand and official seal this

19   14th day of June A.D. 2008.

20

21

22              GLORIA M. D'AMORE
                REGISTERED PROFESSIONAL REPORTER
23              CERTIFICATION NO. 119-PS

24
```

