## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANIBAL MELENDEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 04-193-SLR |
| v. | ) |
| | ) |
| NATE GARDELLS and | ) |
| MICHAEL ALLEN, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

WHEREAS, Defendants Nate Gardells and Michael Allen have moved to strike proposed witness Curtis Evans as a witness; and,

WHEREAS, the Court has reviewed the papers filed in connection with the matter and/or has heard from counsel;

**IT IS SO ORDERED, this _____ day of June, 2008**, that Plaintiff is precluded from presenting Curtis Evans as a witness at trial.

_____
The Honorable Sue L. Robinson
United States District Judge