Anibal Melendez v. Nate Gardels and Michael Allen,
Civ. No. 04-193-SLR

VOIR DIRE

Good morning, ladies and gentlemen. I am Judge Robinson, and I will be presiding over the trial for which a jury is about to be drawn in the case captioned **Anibal Melendez v. Nate Gardels and Michael Allen**. Briefly stated, this case is a civil action brought by plaintiff Anibal Melendez against the defendants Nate Gardels and Michael Allen.

The trial is expected to last from today until tomorrow; however, jury deliberations may require you to be present longer. Our trial days will run approximately 9:30 a.m. to 5:30 p.m.

Plaintiff is represented by Edward M. McNally and Jason C. Jowers, attorneys with Morris James LLP. Defendants are represented y Catherine Damavandi, an attorney with the State of Delaware.

In light of this brief summary, I will ask you certain questions, the purpose of which is to: (1) enable the court to determine whether or not any prospective juror should be excused for cause; and (2) enable counsel for the parties to exercise their individual judgment with respect to peremptory challenges, that is, challenges for which no reason need be given by counsel. If any of you respond "yes" to any of the questions, please stand up and, upon being recognized by the court, state your juror number. When I have concluded asking all the questions, we will call you to the jury room to speak with you about your affirmative response or responses.

**HAVE CLERK ADMINISTER THE OATH TO THE PANEL**

1. Is any member of the panel related to the plaintiff Anibal Melendez?

2. Is any member of the panel related to the defendants Nate Gardels or Michael Allen or personally acquainted with any officer, director, or employee of, or ever done business with, the Delaware Department of Correction?

3. Do you or any member of your family have any relationship or significant feelings for or against the State of Delaware, its departments, divisions of offices?

4. Have you or any member of your immediate family been held in custody in any correctional facility?

5. Is any member of the panel related to, or personally acquainted with Mr. McNally or Mr. Jowers, plaintiff's attorneys, or ever been represented by them or by any associate or member of their law firm, Morris James LLP?

6. Is any member of the panel related to, or personally acquainted with Ms. Damavandi, defendants' attorney or ever been represented by her or by any associates or member of the Delaware Department of Justice?

7. Is any member of the panel related to, or personally acquainted with, any of the following individuals who might appear as witnesses in this case:

Anibal Melendez

Brian Stewart

Curtis Evans

Nate Gardels

Michael Allen

Thomas Seacord

Michael McCreanor

2

    Jeremy McEntire

    Dr. Raman Gopalakrishnan

    Robert Harris

    Ron Hosterman

    James Scarborough

    Cindy Wright

    8.    Does any member of the panel have any personal knowledge of this case, or have you read or heard it discussed, or have an opinion regarding it?

    9.    Has any member of the panel ever been a plaintiff, a defendant, or a witness in a civil lawsuit?

    10.    Has any member of the panel ever served as a juror in a civil lawsuit?

    11.    Does any member of the panel have any experience with, or knowledge of, the Delaware Correctional Center?

    12.    Does any member of the panel have any special disability or problem that would make it difficult or impossible for you to serve as a member of the jury in this case?

    13.    Do you know of any other matter which you believe should be called to the court's attention as having some bearing upon your qualifications or ability to sit as a juror, or which you think may prevent you from rendering a fair and impartial verdict based solely upon the evidence and my instructions as to the law?