IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANIBAL MELENDEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-193-SLR |
| | ) |
| NATE GARDELS and | ) |
| MICHAEL ALLEN, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 26th day of June, 2008,

IT IS ORDERED that the Clerk of Court for the District of Delaware be and is hereby directed to furnish lunch for eight (8) jurors in the above captioned case for the dates of June 24-25, 2008.

_____
United States District Judge

cc: Financial Administrator