IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANIBAL MELENDEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-193-SLR |
| | ) |
| NATE GARDELS and | ) |
| MICHAEL ALLEN, | ) |
| | ) |
| Defendants. | ) |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the jury verdict of June 25, 2008;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendants Nate Gardels and Michael Allen and against plaintiff Anibal Melendez.

_____
United States District Judge

Dated: June 27, 2008

_____
(By) Deputy Clerk